CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. PIERCE

02 MAR 22 PM 1:22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

| | |
|---|---|
| MAVERICK BOAT COMPANY, INC. ) <br> (a Florida corporation) ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> AMERICAN MARINE HOLDINGS, INC. ) <br> (a Delaware corporation) ) <br> ) <br> Defendant ) | **02-14102** <br> Civil Action No._____ <br> CIV-MIDDLEBROOKS |

COMPLAINT FOR INFRINGEMENT OF AN ORIGINAL
VESSEL HULL DESIGN AND TRADE DRESS INFRINGEMENT

JURISDICTION

(1) This is an action for infringement of an original hull design arising under the Vessel Hull Design Protection Act, 17 U.S.C. § 1301 *et seq.*, and for trade dress infringement under § 43(a) of the Federal Trademark Act, 15 U.S.C. § 1125(a), and at common law. The matter in controversy, exclusive of interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000) and arises under the laws of the United States.

(2) Plaintiff, Maverick Boat Company, Inc., is a Florida corporation having its principal place of business at 3207 Industrial 29th Street, Ft. Pierce, Florida, 34946.

(3) Defendant, American Marine Holdings, Inc., also doing business as ProLine Boats, is a Delaware corporation having its principal place of business at 1520 S. Suncoast Blvd., Homosassa, Florida, 34487.

1

(4)     This Court has jurisdiction of the subject matter and the parties under § 39 of the Federal Trademark Act, 15 U.S.C. § 1121, and the Judicial Code, 28 U.S.C. §§ 1331, 1338(a) through (c).

(5)     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(a).

## COUNT I -- INFRINGEMENT OF ORIGINAL HULL DESIGN

(6)     As a cause of action and ground for relief, Plaintiff alleges that Defendant has infringed an original hull design under 17 U.S.C. § 1039 and incorporates by reference ¶¶ (1) through (5) of the complaint as a part of this count.

(7)     In early 1999, Plaintiff completed work on an original design for the Pathfinder 2200 V-Hull bay boat (hereinafter "Original Design").

(8)     Plaintiff created a prototype of the Original Design for display at promotional events leading up to the Miami Boat Show that was held on or about February 15, 1999.

(9)     As the result of further testing following the introduction of the Original Design, Plaintiff substantially revised the Original Design during the Spring of 1999 (hereinafter "Revised Design").

(10)    The Revised Design included, *inter alia,* a modification of the Style Line, which is the slightly raised portion of the exterior of the hull that extends from the sheer line to the first indention on the hull.

(11)    Plaintiff's boats incorporating the Revised Design were first made available to the public on May 4, 1999.

(12)    In accordance with 17 U.S.C. § 1310, Plaintiff duly registered the Revised Design in the U.S. Copyright Office under Registration No. DVH 0056, which issued on April 19, 2001.

2

A true and correct copy of the Registration No. DVH 0056 is attached hereto as Exhibit A and made a part hereof.

(13) As commonly understood in the boat industry, "splashing" occurs when a boat manufacturer creates a boat by spraying the hull of an existing boat with fiberglass to create a mold which is then used to produce the finished fiberglass boat.

(14) Upon information and belief, Defendant splashed the Revised Design portion of the Pathfinder 2200 V-Hull boat in the process of creating its ProLine 22 Bay Boat ("ProLine Boat"), which Defendant has manufactured, offered for sale and sold in trade, all in violation of 17 U.S.C. § 1309.

(15) The hull portion of Defendant's ProLine Boat is substantially similar to Plaintiff's Revised Design and thus infringes Plaintiff's registered Vessel Hull Design in violation of 17 U.S.C. § 1309.

(16) Defendant's sale of the ProLine Boat in violation of 17 U.S.C. § 1309 has damaged Plaintiff in an amount to be determined at trial.

(17) Unless enjoined by this Court, Defendant will continue to infringe Plaintiff's federally registered Vessel Hull Design thereby causing Plaintiff immediate and irreparable injury for which it has no adequate remedy at law.

## COUNT II – TRADE DRESS INFRINGEMENT

(18) As a cause of action and ground for relief, Plaintiff alleges that Defendant is engaged in acts of trade dress infringement under § 43(a) of the Federal Trademark Act, 15 U.S.C. § 1125(a), and at common law, and incorporates by reference ¶¶ (1) through (17) of the complaint as a part of this count.

3

(19) For a number of years prior to the acts complained of herein, Plaintiff has been continuously engaged in the business of developing, manufacturing and distributing boats primarily for the sport fisherman and boating enthusiast, including the Pathfinder 2200 V-Hull bay boat. One of the distinctive features of the Pathfinder 2200 V-Hull bay boat manufactured by Plaintiff is the Style Line, a horizontal feature of the hull exterior, that has become well known to the purchasing public as a distinctive indication of origin of Plaintiff's boats.

(20) By virtue of its extensive use and highly distinctive nature, sport fishermen and boating enthusiasts have come to recognize the Style Line feature of Plaintiff's Pathfinder 2200 V-Hull bay boat incorporating the Revised Design as a distinctive indication of origin of that boat. As a consequence of the origin-indicating nature of the Style Line feature of the Pathfinder 2200 V-Hull bay boat, Plaintiff has established valuable, exclusive trade dress rights in that feature which are protectable under § 25(a) of the Federal Trademark Act, 15 U.S.C. § 1125(a), and at common law.

(21) Defendant's offering for sale and sale of its ProLine boats featuring a substantially identical reproduction of Plaintiff's Style Line trade dress is likely to cause confusion, mistake or deception as to the source, sponsorship or affiliation of the ProLine boats and thus constitutes trade dress infringement under § 43(a) of the Federal Trademark Act, 15 U.S.C. § 1125(a), and at common law.

(22) Unless enjoined by this Court, Defendant will continue its acts of trade dress infringement thereby causing Plaintiff immediate and irreparable injury for which it has no adequate remedy at law.

WHEREFORE, Plaintiff respectfully prays that:

(1) The Court enter judgment that Defendant has infringed Plaintiff's federally registered Vessel Hull Design in violation of the Vessel Hull Design Protection Act, 17 U.S.C. § 1309; has infringed Plaintiff's Style Line trade dress in violation of § 43(a) of the Federal Trademark Act, 15 U.S.C. § 1125(a); and has otherwise injured Plaintiff's business reputation in the manner complained of herein.

(2) Defendant and each its directors, officers, agents and/or employees be enjoined from directly or indirectly infringing Plaintiff's exclusive rights in the Revised Design and the Style Line trade dress or any other trade dress which is confusingly similar thereto.

(3) Pursuant to 17 U.S.C. § 1323(a) and § 35(a) of the Federal Trademark Act, 15 U.S.C. § 1117(a), Defendant be required to pay to Plaintiff the damages which Plaintiff has sustained as a result of Defendant's acts complained of herein and that such damages be trebled.

(4) Pursuant to 17 U.S.C. § 1323(b) and § 35(a) of the Federal Trademark Act, 15 U.S.C. § 1117(a), Defendant be required to account for and pay to Plaintiff the profits Defendant has realized which are attributable to Defendant's acts complained of herein.

(5) Pursuant to 17 U.S.C. § 1323(d) and § 35(a) of the Federal Trademark Act, 15 U.S.C. § 1117(a), Defendant be required to pay to Plaintiff both the costs of this action and the reasonable attorneys' fees incurred by Plaintiff.

(6) Defendant be required to pay to Plaintiff as punitive damages the sum of Five Hundred Thousand Dollars ($500,000) for Defendant's acts of trade dress infringement arising under the common law.

(7) Plaintiff be granted such other, further, and different relief as the Court deems equitable and proper under the circumstances.

Respectfully submitted,

MAVERICK BOAT COMPANY

By: *Thomas W. Tierney*

Thomas W. Tierney
Rossway, Moore & Taylor
5070 North Highway A-1-A,
  Suite 200
Vero Beach, Florida 32963
(772) 231-4440
Fax (772) 231-4430
ttierney@verobeachlawyers.com
Fla. Bar No.: 0390150

And

Alan S. Cooper
Cynthia D. Greer
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
Fax (202) 663-8007

Attorneys for Plaintiff

# CERTIFICATE OF REGISTRATION



**FORM D-VH**
For Vessel Hull Design
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

DVH 0056

DATE OF REGISTRATION/PUBLICATION

Apr. 19, 2001
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET. (Form D-VH/CON)

---

**1 TITLE**

Please give the make and model of the vessel that embodies the design.
Pathfinder 2200 Bay Boat (V-Hull Design)

---

**2 DESIGN**

(a) What is the type or style of the design for which registration is sought?
Fiberglass single V-Hull and Deck

(b) Provide a brief general statement setting forth the salient features of the design.
Hull design and shape, style line modification

☐ Check here if this is a single design.
☐ Check here if registering more than one design. Use Form D-VH/CON for additional designs.

(c) If this design is derived from an earlier design, describe how that design has been revised, adapted, or rearranged.
New improved version of earlier design
Revised original hull (forward) shape, style line location

---

**3 DESIGNER(S)**

Provide the name and address of the designer(s). The name of the employer may be given instead of the designer(s) if, (1) the design was made within the regular scope of employment of the designer(s) and (2) the individual authorship of the design is difficult or impossible to ascribe.
☐ Please check here if those conditions are satisfied and you are providing the employer's name.

Name: Maverick Boat Co., Inc.          Name: _____

Address: 3207 Industrial 29th St.       Address: _____
Ft. Pierce, FL 34946

---

**4 OWNER, IF NOT DESIGNER(S)**

If the owner is different from the designer(s) or employer named above, provide the name and address of the owner:

Name: _____

Address: _____



---

**5 PRIORITY CLAIM**

(a) Was an application for registration of this design identified in an application filed in a foreign country that extends to designs of owners who are citizens of the United States, or to persons filing applications in the United States, similar protection to that afforded in 17 U.S.C. chapter 13?
☐ Yes ☒ No

(b) If yes, identify the country and date of application:
Country: _____
Date of application: _____
Serial No: _____

---

**6 DATE MADE PUBLIC**

Was this design made public before the date of application? ☒ Yes ☐ No

If yes, on what date? May 4, 1999
Month  Day  Year

APPLICATION RECEIVED APR 1 0 2001
DESIGN COPIES RECEIVED APR 1 0 2001
FUNDS RECEIVED APR 1 0 2001

DO NOT WRITE HERE OFFICE USE ONLY

| EXAMINED BY JHA | FORM D-V |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET. (Form D-VH/CON)**

## 7 CONTACT PERSON

Please provide the name and address of the person to whom correspondence regarding this application may be directed:

Name: **James H. Leffew**

Address: **3207 Industrial 29th Street**

**Fort Pierce, FL 34946**     E-mail address: **jleffew@maverickboats.co**

FAX number: **561-489-2168**     Daytime phone: ( **561** ) **465-0631** Ext. **12**

## 8 DEPOSIT ACCOUNT

Give the name and account number if the registration fee is to be charged to a Deposit Account established in the Copyright Office.

Name of Account: _____

Account number: _____

## 9 CERTIFICATION AND SWORN STATEMENTS

**DECLARATION:** The undersigned, as the applicant or the applicant's duly appointed agent or representative, being hereby warned that willful false statements are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of this application or any resulting registration, hereby declares to the best of his/her knowledge and belief:

(1) that the design has been fixed in a useful article;
(2) that the design is original and was created by the designer(s), or employer if applicable, named in the application;
(3) that those aspects of the design for which registration is sought are not protected by a design patent;
(4) that the design has not previously been registered on behalf of the applicant or applicant's predecessor in title; and
(5) that the applicant is the person entitled to protection and to registration under chapter 13 of title 17, United States Code.

Complete if applicable:
The design has been made public with a design notice as prescribed by 17 U.S.C. §1306.
Following is the exact form of the design notice:

_____

Where on the useful article is the design notice located?

_____

If the undersigned is not the applicant, he/she is properly authorized to execute this application on behalf of the applicant.

X _(signature)_     Date: **3/29/01**
Signature

Print or type name: **James H. Leffew**     Position or Title: **Director of Manufacturing**

Telephone number: **561-465-0631**     FAX number: **561-489-2168**     E-mail address: **jleffew@maverickboats.com**

**As of July 1, 1999, the fee is $75.00. For current fee information, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.**

| Mail certificate to:<br>Certificate will be mailed in window envelope | Name ▼<br>**James H. Leffew**<br>Number/Street/Apt ▼<br>**3207 Industrial 29th Street**<br>City/State/ZIP ▼<br>**Fort Pierce, FL 34946** | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 9<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Design material<br>**MAIL TO:**<br>Dept. D-VH<br>Vessel Hull Registration<br>P.O. Box 71380<br>Washington, D.C. 20024-1380 |
|---|---|---|

17 U.S.C. §1327. Penalty for false representation. "Whoever knowingly makes a false representation materially affecting the rights obtainable under this chapter for the purpose of obtaining registration of a design under this chapter shall pay a penalty of not less than $500 and not more than $1,000, and any rights or privileges that individual may have in the design under this chapter shall be forfeited."

January 1999—60,000    ✿ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE:

# Pathfinder 2200 V Hull Modifications




1.) Hull redesigned
2.) Style line modified

DVH 0056

JS 44
(Rev 12/96)

# CIVIL COVER SHEET

02-14102

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
Maverick Boat Company, Inc.

**DEFENDANTS**
American Marine Holdings, Inc.

CIV-MIDDLEBROOKS
MAGISTRATE JUDGE
LYNCH

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __St. Lucie__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Citrus__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Thomas W. Tierney, Esq.
Rossway Moore & Taylor
5070 North Highway A-1-A, Ste 200, Vero Beach, Fl 32963

ATTORNEYS (IF KNOWN)
N/A

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, (ST LUCIE,) INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☒☒ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence HABEAS CORPUS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | B☐ 530 General | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

17 U.S.C. Section 1301; 15 U.S.C. Section 1125 - infringement of vessel hull design and trade dress infringement

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE N/A   DOCKET NUMBER

DATE 03/21/02

SIGNATURE OF ATTORNEY OF RECORD
Thomas W. Tierney

**FOR OFFICE USE ONLY**

RECEIPT # 221090   AMOUNT $150.00   APPLYING IFP ___   JUDGE ___