IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-14102-CIV

MAVERICK BOAT COMPANY,
a Florida corporation,

                        Plaintiff,

vs.

AMERICAN MARINE HOLDINGS, INC.,
a Delaware corporation,

                        Defendant.

DEPOSITION OF H. SCOTT DEAL

DATE:        March 4, 2003

TIME:        9:00 a.m. to 4:35 p.m.

PLACE:       3470 North Highway A1A
             Vero Beach, Florida

TAKEN BY:    Attorney for American Marine

**CERTIFIED COPY**

---

APPEARANCES:

FOR PLAINTIFF:    SHAW, PITTMAN, LLP
                  ALAN M. WIPER, ESQUIRE
                  CYNTHIA D. SPEAR, ESQUIRE
                  2300 N Street, NW
                  Washington, DC 20037

FOR AMH:          FREDERICK J. ELBRECHT, ESQUIRE
                  M. STEVEN HERB, ESQUIRE
                  2070 Ringling Boulevard
                  Sarasota, Florida 34237

FOR BLAZER:       ARNOLD & WILLIAMS
                  GLENN ARNOLD, ESQUIRE
                  191A East Government
                  Pensacola, Florida 32502

ALSO PRESENT:     DONNIE CRAFT, BLAZER
                  SUSAN MERRILL-DEAL, Esquire

**NIGHT BOX FILED JUL 17 2003 CLARENCE MADDOX CLERK USDC SDFL/MIA**

INDEX

5

```
1   WHEREUPON,
2                    D. SCOTT DEAL,
3   having been first duly sworn, as hereinafter certified,
4   testified as follows:
5                    DIRECT EXAMINATION
6   BY MR. ELBRECHT:
7        Q   Can you state your name, please?
8        A   My name is Douglas Scott Deal.
9        Q   And your address.
10       A   1503 West Camino Del Rio, Vero Beach.
11       Q   Mr. Deal, have you ever given a deposition
12  before?
13       A   Yes.
14       Q   So you're familiar with the general
15  procedure?
16       A   Yes.
17       Q   I'm going to be asking some questions
18  about issues involving this litigation, if you don't
19  understand any of the questions I ask, let me know
20  and I'll be glad to rephrase them for you.  Okay?
21       A   Uh-huh.
22       Q   You need to be sure to answer your
23  questions out verbally.  If for some reason you nod or
24  shake your head, I'll remind you to give a verbal
25  response.
```

6

```
1            What is your occupation?
2        A   President, chief executive officer of
3   Maverick Boat Company.
4        Q   What are your duties as president and
5   chief executive officer?
6        A   I run the manufacturing operation.
7        Q   And how long have you had that position?
8        A   I started the company in 1985 in
9   production.  I think we incorporated in December of
10  1984.
11       Q   What type of company is Maverick?
12       A   It's a C Corp, if that's your question.
13       Q   And what do they manufacture?
14       A   They manufacture boats.
15       Q   What type of boats does Maverick
16  manufacture?
17       A   Can you be more specific?  Are you talking
18  about brands?
19       Q   Types of boats.
20       A   Fiberglass fishing boats.
21       Q   Is that how you describe it?
22       A   It's a name.
23       Q   Are there various types of fishing boats
24  that Maverick manufactures?
25       A   Yes, we manufacture different types.
```

```
1        Q   What type of fishing boats?
2        A   We manufacture flats boats, bay boats and
3   offshore boats.
4        Q   What are the -- how would you describe a
5   flats boat?
6        A   A flats boat is a boat that is designed to
7   be used in the flats.
8        Q   And what are flats?
9        A   Flats are generally shallow water in
10  saltwater water where people fishing.
11       Q   Are there certain geographic areas that
12  flats boats are more predominantly used?
13       A   Yes.
14       Q   Where are they?
15       A   Southeastern United States predominantly.
16       Q   And what is a bay boat?
17       A   A bay boat is similar but a different
18  boat than a flats boat in that the length and are
19  generally more in that a flats boat.
20       Q   And is this a boat.
21       A   Is a boat that is designed to be used in
22  saltwater, shallow water that -- a saltwater style
23  flats boat.
24       Q   Does Maverick design manufacture the
25  three types boats?
```

```
1        A   Sir.
2        Q   Can you tell me when you first started
3   manufacturing the flats boats?
4        A   You are going back quite a while.
5   Maverick started manufacturing flats boats in 1987,
6   '86 or '87.
7        Q   Is there any affiliated organization with
8   Maverick?
9        A   There are, yes.
10       Q   What are those companies?
11       A   I have a management company that's like
12  Management.
13       Q   Yes.
14       A   Yes.
15       Q   What else?
16       A   I have a company now, I think there are
17  and then.  We have one operations under Maverick
18  and they are selling Maverick fishing guy?
19       Q   The operation and selling guy, Maverick
20  selling different than others.
21       ...   Is that Maverick.
22       Q   Is a part of it and Maverick on Maverick
23  and it's operations, Maverick this that is a?
24       A   Yes, it.
25       Q   And what type boats are two more
```

9

```
 1      A    Flats boats.
 2      Q    Exclusively?
 3      A    Exclusively.
 4      Q    Can you tell me about your background in
 5  the boating industry?  Did you have any prior
 6  experience before you started Maverick?
 7      A    In manufacturing, no.
 8      Q    Did you work in the boating industry?
 9      A    No.
10      Q    Can you tell me about your educational
11  background?
12      A    Certainly.  I graduated from Princeton
13  University in 1982 with a degree in history.
14      Q    And any further formal education after
15  that?
16      A    I went in the training program for Xerox
17  Corporation, sales training.  Worked for them
18  until -- I left Xerox, which I'm going to say was in
19  '84 -- '84, '85, as a senior marketing executive.
20  And that's when I began the boat business.
21      Q    Do you don't have any formal training in
22  boat building or anything of that nature?
23      A    No.
24      Q    Engineering?
25      A    No.
```

10

```
 1      Q    Did you have general boating experience
 2  prior to starting Maverick?
 3      A    Yes.
 4      Q    Can you describe that for me?
 5      A    I grew up on a lake with a boat that ran
 6  poor.
 7      Q    Where did you grow up?
 8      A    Winter Park.
 9      Q    Was Maverick the first company to make a
10  flats boats?
11      A    No.
12      Q    Who else was making flats boats back in
13  1984, '85 when Maverick started?
14      A    Hewes, Action Craft I think was in
15  business then.  And there was a company called
16  Dolphin, which is still a brand that is built.  I
17  think that's about it.
18      Q    And was Hewes already in existence prior
19  to starting Maverick?
20      A    Yes.
21      Q    Can you tell me how that came about, how
22  Hewes ended up becoming a part of Maverick?
23      A    We did an asset purchase of Hewes in 1990.
24      Q    Was Maverick the first company to make a
25  bay boat?
```

11

```
 1      A    No.
 2      Q    What are the -- what differentiates a bay
 3  boat from a flats boat?
 4      A    It's similar configuration, but in my
 5  mind it means the bay boats tend to be a little
 6  bigger, a little wider, and you're in a bay boat
 7  when you are on a flats boat.
 8      Q    Can you explain what you mean by that?
 9      A    I'm in this chair and there's arms around
10  it and I'm own in it.  If I had a board arm on it
11  and I was sitting on it, that's how I would be on
12  it.  It's very little cockpit space, it's mostly
13  upper deck.
14      Q    Do you know who made the first bay
15  boat?
16      A    No.
17      Q    Have you ever heard of Hewes.
18      A    Yes.
19      Q    Did they make the first bay boat.
20      A    Who knows?
```

12

```
 1      Q    That's a quote of a Ranger boat
 2  brochure, and are you familiar with that company,
 3  R-A-N-G-E-R?  And if you look to the second page of
 4  that exhibit it's always.
 5      A    Right.
 6      Q    It states in this brochure by Ranger that
 7  quote, The Ranger family began designing and
 8  building boats in 1971.  Since then, the Ranger name
 9  has become synonymous with dependable, high-quality
10  fishing craft, and this you is an exception.  The
11  concept of "bay boats" birthed decades ago by
12  Ranger, has been copied ever since.  End quote.
13           Do you agree with this statement in
14  this Ranger brochure?
15      A    I think it's clear many people have used
16  the term bay boat, yes They stated that term bay
17  boat.
```

13

```
 1   were used in similar applications made out of wood,
 2   they probably more resembled the bay boat.  I'm sure
 3   there is examples that predate that.
 4       Q    Can you cite any manufacturer?
 5       A    No.
 6       Q    Can you cite any manufacturer that was
 7   making bay boats prior to Kenner?
 8       A    Prior to the Kenner brand?
 9       Q    Yes.
10       A    I think the fish & ski barge predated the
11   Kenner.  But I'm not representing myself as an
12   expert on the Texas, Oklahoma Kenner family and
13   their history in the bay boat history business.
14       Q    What is the fish & ski barge?
15       A    I believe just based on my understanding
16   of the antidotal evidence that that is the boat that
17   the first Kenner family member built, but it wasn't
18   a Kenner, it was a fish and ski barge.  But I
19   could -- and that's just based on what I've heard.
20       MR. COOPER:  I think you should restrict
21       your testimony to what you know of your own
22       personal knowledge.
23       THE WITNESS:  Okay.
24   BY MR. KLEPPIN:
25       Q    Did Maverick borrow or copy any aspect of
```

14

```
 1   Kenner's bay boat design?
 2       A    No.
 3       Q    Now, you indicated that Maverick makes a
 4   flats boat and a bay boat, and you have spoken in
 5   general terms about the difference between the two
 6   boats.  Can you tell me what specific different
 7   features there are that differ between the Maverick
 8   bay boat and the Maverick flats boat?
 9       A    Maverick -- well --
10       Q    When I say Maverick, I'm including Hewes.
11   Can we have that understanding since it's a part of
12   Maverick?
13       THE WITNESS:  Do you understand my
14       problem, what should I do?
15       MR. COOPER:  He asked you what other
16       companies were involved under that trademark.
17       THE WITNESS:  Just for clarification,
18       Pathfinder is the brand under which we build
19       bay boats.  So knowing that, do you want to
20       rephrase your question?
21   BY MR. KLEPPIN:
22       Q    What's your relationship between
23   Pathfinder and Maverick?
24       A    Pathfinder is the trade name under which
25   we build bay boats and offshore boats.  Maverick is
```

15

```
 1   the parent company but also a brand that we build
 2   flats boats, which it's the difference between a
 3   flats market and a profit market, boats owned by the
 4   company.
 5       Q    Can you tell me the difference between
 6   between the bay Pathfinder and the Maverick flats
 7   boat.
 8       A    Well, we build several different models of
 9   Pathfinder bay boats.  And we build different models
10   of Maverick flats boats, which are different in
11   their own right.  So that would be impossible.
12       Q    What's a model of a flats boat that you
13   build?
14       A    Mirage HPX.
15       Q    Can you compare the Mirage HPX with the
16   Pathfinder 1900?
17       A    Sure.  The Mirage is 18 feet long.  Has
18   got a narrower beam and similar properties, for
19   sake.  The hull help was practically built a
20   tripe hull.
21       And the length bay boat is a boat
22   by, up although, it's a copy, it's a key, in
23   the extra length.  The hull was practically a
24   deeper or a deeper entry to the line.
25       So they were generally a different boat.
```

16

```
 1   in deeper water than flats boats?
 2       A    Generally speaking I think that's fair.
 3       Q    Is that true of the Pathfinder?
 4       A    That, certainly relative to the HPX.
 5       Q    Is the bay boat is the trade actually
 6   larger than a bay boat as compared to a flats boat?
 7       A    No.
 8       Q    Is there typically more deck space on a
 9   bay boat as compared to a flats boat?
10       A    No.
11       Q    Is there generally more gunwale height on
12   a bay boat as compared to a flats boat?
13       A    Yes.
14       Q    What's a gunwale?
15       A    Gunwale is the -- it's the area around the
16   side of the boat, which crowded generally used
17   interchangeably.
18       It is generally have a deeper
19   gunwale on a bay boat.
20       Q    And the gunwale is --
21       A    The sides of the generally more rigid, that
22   what we just here.
23       Q    But normally, a --
24       A    It is also less distance on the side
25   that we actually sit on as opposed to standing on.
```

17

```
 1    A    I don't know.  No, I don't believe so.
 2    Q    Would you say that a bay boat is more
 3  versatile than a flats boat?
 4    A    Yes.
 5    Q    Is the sitting position of an operator of
 6  a bay boat different than a flats boat?
 7    A    Yes.
 8    Q    How does it differ?
 9    A    Flats boats -- going back to the statement
10  earlier, a bay boat again you generally stand up
11  when you drive or lean against a post.  Flats boats
12  you generally sit on the deck when you drive.
13  Generally speaking.
14    Q    When did Maverick first decide to develop
15  a bay boat?
16    A    When the decision was made -- I'm not
17  exactly sure of the exact date the decision was
18  made.
19    Q    Not necessarily the exact date, but can
20  you tell me what year it was when Maverick first
21  started?
22    A    When we made the decision or when we
23  started to play in the business, I want to say it
24  was probably somewhere latter '97, early '98.
25    Q    As when you first decided?
```

18

```
 1    A    Yeah, decided to do that.  I would say
 2  early '98 now that I think about it.
 3    Q    When did you first -- Maverick first
 4  consider developing a bay boat, when was it first
 5  generated?
 6    A    Been considering it for years prior to
 7  that.
 8    Q    When did you first start thinking about
 9  building a bay boat?
10    A    When I -- I had been trying to sell flats
11  boats in Texas with mixed success for five years
12  prior to building the bay boat.
13    Q    And why were you not successful or did you
14  have mixed successes in trying to sell the flats
15  boats in Texas?
16    A    I think part of it was price sensitivity
17  to that market.  And part of it was application
18  issues.
19    Q    Can you describe what you mean by
20  application issues?
21    A    They prefer to stand up and drive their
22  boat.
23    Q    They ride?
24    A    The Texans.
25    Q    And that's not how you operate a flats
```

19

```
 1  boat.
 2    A    Generally speaking, no.
 3    Q    So why was -- was any one now marketing or
 4  selling bay boats back in Texas at that time?
 5    A    Sure, there were many, many bay boats
 6  being sold.
 7    Q    Can you give me the names of the companies
 8  that you can think of?
 9    A    Right off the top of my head?
10    Q    Yeah.
11    A    There was Kenner, Blue Wave, Gulf Coast.
12  And there are many, many builders that were building
13  bay boats.  How many examples do you want?
14    Q    I don't know how many you know in your
15  head.
16    A    Let me think about it.  There was Kenner.
17  There are several bay boats in Texas.  Actually that's
18  one that's popular as it is in Texas, similar
19  in both layout and large population.  The bay
20  boat thing in Texas are a natural to use, but I
21  would say there are still bay boats.  That's about
22  the only names that I can think of in my head.
23         Now that the fact that people aren't
24  -- aren't in on their own generally, on their own,
25  you know anyone may that has it figured out way
```

20

```
 1  attractive to Texas that you have --
 2    A    They had a lot of motor spare.
 3    Q    Anything else?
 4    A    I think that's pretty much it.
 5    Q    And you said I think that was back in the
 6  mid-90's that you first started to think about that,
 7  mid 90's?
 8    A    What did I say?  I think, as I recall, I
 9  said that I had been considering that market for a
10  while and tried to penetrate it with our existing
11  flats boats product lines to mixed success.  And I
12  think I said this was a good 5 prior to making the
13  decision that we needed to get into the bay boat
14  business.  It was that business.
15    Q    I'm not trying to put words in your mouth
16  here, I'm just saying about five or so years
17  or so, you mean that's what I understand you
18  that, you know, the existing flats boats, or
19  that market --
20    A    I'm not sure - don't think it was five
21  years that we were seeing bay boats to Texas but
22  the reality is I think I was seeing that
23  I had a market to penetrate there that I couldn't
24  penetrate with our line product lines. And
```

21

```
 1   little bit longer than it should have to learn that
 2   lesson.
 3       Q   Can you tell me what years we are talking
 4   about?
 5           MR. COOPER:  I think the record shows his
 6       testimony was late 1997 or early 1998.  And all
 7       of us can subtract three to five years from
 8       that.
 9           MR. ELBRECHT:  If you have an objection --
10           MR. COOPER:  My objection, it's asked and
11       answered.
12           MR. ELBRECHT:  Okay.
13   BY MR. ELBRECHT:
14       Q   Can you tell me what years it was that you
15   first started to consider developing the bay boat
16   then?
17       A   A '97 plus three, that would be '94.
18   Somewhere between, you know, '92, '94.  Again, you
19   know, this is to the best of my recollection.  This
20   is not a subject that I was prepared to talk about.
21   I'm just doing the best I can on those dates, I
22   believe.
23       Q   When you say that you began developing a
24   bay boat during that time period, were you
25   discussing this concept with other people there
```

22

```
 1   within the company?
 2       A   No, not really.
 3       Q   Just thinking about it in your own mind?
 4       A   Uh-huh.
 5       Q   Yes?
 6       A   Yes.
 7       Q   Who designed boats for Maverick back in
 8   the mid 90's?
 9       A   We did all of our tooling work and design
10   work in-house back then.  And I was very actively
11   involved in the design work of the boats at that
12   point in time.  I did most of the basic design work
13   myself.
14       Q   Did you have anyone else that you worked
15   with in doing this design work within the company?
16       A   The engineering and tooling departments.
17   And you're talking about the period -- what date are
18   you talking about?
19       Q   In the mid 90's.
20       A   In the mid 90's we had a tooling
21   department and I would bring sketches out and I
22   would discuss them with the people that were
23   physically in the shop.
24       Q   Ellig?
25       A   Yes.
```

23

```
 1       Q   Was he with the company at that time?
 2       A   He was a start and with the company, I
 3   can't recall.  In the history my team wear that start
 4   date was.  I would say it was sometime about that
 5   timeframe, but I can't remember it the top of my
 6   head when he started.
 7       Q   When he started, had you in your mind been
 8   considering the development of a bay boat?
 9       A   The two things are kind of self-
10   explanatory.  If his start date falls in the time
11   period that I said I was starting, then yes.  If the
12   timeframe that he started is outside that timeframe,
13   the answer would be no.
14       Q   Did you consult with Mr. Ellig about the
15   development of the bay boats in that timeframe?
16           MR. COOPER:  Anytime?
17           [illegible]
18       Q   Did you did, did you then consult with
19   Mr. Ellig about the development of the bay boat,
20   [illegible]
21   [illegible] and I went with Mr. Ellig with this
22   [illegible]
23   [illegible]
24   [illegible]
25       Q   [illegible]
```

24

```
 1       A   I want to say that was early '94.
 2       Q   And who made the preliminary drawings?
 3       A   [illegible] to you to the preliminary.
 4   The initial sketches that were done that I did.  But
 5   Ellig then took that initial sketch and prepared
 6   more working drawings from there, things that he
 7   could actually translate into a completed product.
 8       Q   Do still have those original sketches and
 9   drawings that he made?
10       A   [illegible] we do, maybe we don't.
11           MR. ELBRECHT:  Have you produced these?
12           MR. COOPER:  [illegible] drawings produced
13       we have the picture in the frame which is been
14       referring.
15           MR. ELBRECHT-RAY:  I don't know at this time
16       last night.  I can have someone read it down.
17       We can provide you the original of it.
18           MR. ELBRECHT:  [illegible]
19   [illegible]
20           MR. COOPER:  [illegible]
21       [illegible]
22   [illegible]
23   BY MR. ELBRECHT:
24       Q   [illegible]
```

25

1 Exhibit No. 8?
2     A    Yes.
3     Q    And what is Exhibit No. 8?
4     A    That is the initial sketch that I drew of
5 the 22 Pathfinder.
6     Q    And you were indicating you have something
7 where you can -- there's a photograph of that?
8          MS. GREER:  There's a photograph of this.
9     Our discussion was it's framed.  Remember, we
10     didn't want to take it out.
11 BY MR. ELBRECHT:
12     Q    Do you know -- I can't make out on this
13 copy what we were given if there's a date anywhere
14 on this envelope.
15     A    I believe we looked at this yesterday and
16 you cannot read a date on the postmark.
17     Q    Was there any particular reason this
18 drawing was made on an envelope?
19     A    Because that's what was on the coffee
20 table next to the couch.
21     Q    You weren't trying to document the date on
22 which you were making a drawing, so to speak, to
23 the couch (?)
24     A    No, absolutely not, not really.
25     Q    And that's your feather(?)

26

1     A    Correct.
2     Q    Were there any particular design features
3 that you were incorporating into this drawing?
4     A    This was purely styling as opposed to
5 design.  Honestly, I was trying to --
6     Q    How did this drawing differ from the flats
7 boats that Maverick was making at the time?
8     A    Well, the boat represented in the drawing
9 differed from the flats boat in that it had a deeper
10 free board.  It had a more aggressive styling.  It
11 had a larger console relative to the size of the
12 boat and equivalent size to the flats body would
13 have had.  It includes a low-profile gunwale mounted
14 railing.  It had the product name and size of the
15 both loyoed into the hull side, which is something
16 that we have not done on any of our flats boats.
17     Q    Is there any name written on this drawing?
18     A    Yeah, it says Pathfinder 2000 V.
19     Q    So you had decided on a name at that time?
20     A    Correct.
21     Q    Any other particular features that you
22 were intending to include in this drawing?
23     A    In this drawing, no, it's purely styling.
24     Q    You mentioned the larger console, were any
25 of the key boat manufacturers that you mentioned

1 earlier in the deposition, were they using a larger
2 console like this in any of their designs?
3     A    Yes.
4     Q    You mentioned that there was a deeper free
5 board, is that what you call it?
6     A    Yes.
7     Q    What is a free board.
8     A    Free board is the distance between either
9 the chine line or the water line and the gunwale or
10 rail of the boat.
11     Q    And were there any -- any of the bay boat
12 manufacturers that you mentioned earlier, did any of
13 their designs have the deeper free board?
14     A    Yes, deeper relative to a flats boat?
15     Q    Right.  I think you mentioned a more
16 aggressive style?
17     A    Yes.
18     Q    What is a more aggressive style?
19     A    Aggressive in the sense that the boat
20 would not -- would not look like a flats boat that
21 would -- was muted colors. The flats boat
22 was traditionally built off of a very
23 conservative color scheme, off-white, pastels or
24 whites, subtle gray tones. Aggressive is where a
25 bay boat would have more of the brighter, more

1 aggressive colors like a deep blue or reds and
2 bolder colors. And I felt that it would be a good
3 idea to make a boat that offered more of a
4 aggressive style, personality styles.
5     Q    More color?
6     A    More color and also more aggressive look, too
7 look of a better form.
8     Q    What is a style line?
9     A    Style line is a line that's cut in the
10 boat for style purposes.
11     Q    Is there any particular place on a boat
12 that a style line is located?
13     A    A style line can be placed anywhere on
14 it's molded.
15     Q    Is a style line painted or is it built
16 into the hull or are there different ways to do
17 that.
18     A    ...
19     ...
20     ...
21     ...
22     ...

29

```
1      A   No, not at that time.
2      Q   Had you -- were you making offshore boats
3  at this time?
4      A   No.
5      Q   When did you start making offshore boats?
6      A   Two years ago.  Has it been two years?  It
7  hasn't been two years.  It's been a year and two
8  months, I guess.  Less than two months.
9      Q   You also indicated in this drawing you
10 were including a low-profile railing; is that
11 correct?
12     A   That's in the drawing, yes.
13     Q   And that's located on the side of the
14 boat?
15     A   The gunwale, yes.
16     Q   Were there any -- of the other bay boat
17 manufacturers that you mentioned earlier, were any
18 of them using this low-profile railing in any of
19 their designs?
20     A   Yes.  It was fairly common throughout most
21 of the bay boats.
22     Q   Was there anything about this initial
23 drawing that was unique from any bay boat that was
24 on the market at the time?
25     A   The look and style of the boat is unique.
```

30

```
1      Q   How?
2      A   The way the concept of the style lines
3  were executed was different than any one I had seen.
4      Q   Aside from the style lines, was there
5  anything else that was unique about this drawing, I
6  guess, compared to the other bay boats that were
7  already on the market?
8      A   Yes.
9      Q   What was that?
10     A   In general in my opinion the bay boats
11 that were on the market were very unattractive
12 boats.  They were unattractive and ugly.  And that
13 made it unique and different than everything that
14 was built.
15     Q   What aspects of the existing bay boats did
16 you feel were ugly that were not included in this
17 drawing?
18     A   The shape, the styling, the -- I mean, how
19 do you -- the execution of the whole design of most
20 of the boats did not work for me aesthetically.  I
21 mean, does that satisfactorily answer your question
22     Q   Not really.  I'm trying to understand
23 what's different with the aesthetics about this boat
24 that you drew here from the bay boats that were
25 existing on the market.  And you told me that you
```

31

```
1  thought the ones on the market were ugly.  What's
2  different about it?
3      A   I mean it was a real ugly sketch.  I
4  thought this boat would ... and, so I'd build
5  this boat.
6      Q   Can you cite any specific features that
7  you believe make this boat more aesthetic or better
8  looking than the bay boats on the market?
9          MR. COOPER:  Other than the ones that he's
10 already mentioned.
11         MR. EISSEY:  I don't think he's
12 mentioned any.
13         THE WITNESS:  I mean, I just drew
14 something that I thought I liked and I thought
15 the market would like esthetically.  I thought
16 it would make an attractive package.
17 BY MR. EISSEY:
18     Q   Well, so the answer is you can't tell me,
19 that's fine.
20         [illegible]
21     Q   [illegible]
22     [illegible]
23     [illegible]
24     [illegible]
25     [illegible]
```

32

```
1  [illegible] of a two-dimensional visual
2  impression of a number of production boats
3  also what's shown in Exhibit 4.
4          MR. COOPER:  I'm asking did just what I
5  asked him.
6  BY MR. EISSEY:
7      Q   Do you want him to read the question back,
8  Mr. Cool?
9          THE WITNESS:  What do you want me to do?
10         MR. COOPER:  Answer the question if you
11 can.  I think it would move things along if the
12 question would be reworded.  What we are
13 talking about, the testimony is that it's a look
14 and feel of the very, this two-dimensional
15 illustration is the idea that's shown in
16 Exhibit 4 versus an illustration of production
17 boats.  And I don't know how you're going to
18 [illegible]
19 [illegible]
20         MR. EISSEY:  [illegible]
21 [illegible]
22 [illegible]
23 [illegible]
24 [illegible]
25 [illegible]
```

33

```
 1    form, that's if you have an objection, and
 2    we'll just move on.
 3            MR. COOPER:  And we'll object to the form
 4    of the question as being unclear and calling
 5    for really an answer that cannot be provided
 6    for the reasons that I stated in the little
 7    speech where I made my objection.
 8            MR. ELBRECHT:  I mean, you understand that
 9    speaking objections are not appropriate and I
10    would appreciate it if you didn't do it in the
11    future.
12            MR. COOPER:  And I understand we are here
13    on a tight schedule for this week and we are
14    intending to ask questions and I would like you
15    to proceed on that basis, as well.  Thank you.
16            MR. ELBRECHT:  I have the right to.
17    BY MR. ELBRECHT:
18        Q   After all this, do you want us to read it
19    back, I don't know if I can state it again?
20        A   Yes.
21            ..........................................
22            MR. COOPER:  Let me elaborate on my
23    objection on the grounds it's a compound
24    question.
25            MR. ELBRECHT:  Okay.
```

34

```
 1            THE WITNESS:  What do I do?
 2            MR. COOPER:  I think it would move things
 3    along if Mr. Elbrecht could ask the question
 4    again in a non-compound format.
 5    BY MR. ELBRECHT:
 6        Q   Can you tell us what about this drawing
 7    that you believe made it more aesthetic than the
 8    existing bay boats that were already on the market?
 9        A   I think -- let me go back and look at the
10    drawing again.  The styling of the boat.  .
11        Q   And what about the styling?
12        A   To me it looked like it had the potential
13    if properly executed to produce an attractive boat
14    that was unlike anything else on the market.
15        Q   Can you identify any specific features
16    that you believe make this drawing more aesthetic
17    than the bay boats that were already on the market?
18        A   Not really, no.
19        Q   You mentioned that after this drawing that
20    Mr. Ellig made some drawings after you spoke with
21    him?
22        A   Mr. Ellig and I did.
23        Q   Made some drawings?
24        A   Yeah.  Primarily Mr. Ellig.
25        Q   And how many drawings did Mr. Ellig make?
```

35

```
 1        A   I don't know.
 2        Q   Do you have more drawings?
 3        A   No.
 4        Q   What happened to them?
 5        A   I have no idea.
 6        Q   Were they destroyed?
 7        A   I didn't -- I imagine eventually they were
 8    thrown out.  They were shop drawings I'm sure.
 9        Q   What was the next step in the process of
10    the development of the Pathfinder?
11        A   The next step was to make this turn of the
12    ... good drawing to realization, to get together
13    with Paul and discuss the best way to bring this
14    project to reality.
15        Q   And when did you do that?
16        A   It would have been the evening after I
17    ...
18    ...
19    ...
20    ...
21    ...
22    ...
23    ...
24    ...
25    ...
```

36

```
 1        A   Well, Paul then I asked at the ...
 2    said yes, that's interesting, that looks neat.
 3        Q   Did Mr. Ellig joining the company have
 4    anything to do with your plans to develop a new
 5    boat?
 6        A   No.
 7        Q   And then what happened?
 8        A   Then we had to take it from the ... at
 9    the concept to ..., and build -- physically build,
10    you know, a boat out of a concept.
11        Q   And when did you do that?
12        A   In early 1995, I believe.
13        Q   And when did you build it?
14        A   At our factory in Fort Pierce.
15        Q   And is this a prototype of the boat that
16    was built?
17    ...
18    ...
19    ...
20    ...
21    ...
22    ...
23    ...
24    ...
25    ...
```

37

```
 1      Q    How did you modify the existing flats
 2  boat?
 3      A    We changed aspects of the bottom, the
 4  sheer line, added the style line. Changed how the
 5  tooth was designed to assemble and then changed
 6  aspects of the transom.
 7      Q    How was that physically done? What do you
 8  do to the existing hull? I mean, how do you change
 9  it? That is a compound question, but if you
10  understand it.
11      A    How do you change the hull? You cut and
12  you either remove or add to the hull thereby
13  changing the physical dimensions.
14      Q    How do you add to it, what materials do
15  you use?
16      A    Again, I didn't physically do the work. I
17  have a rudimentary understanding of plug building.
18  We added fiberglass to raise the free board. We
19  removed a pod off the bottom which was using a
20  grinder I would assume.
21      Q    Which flats boat was used in this process?
22      A    The 18 Maverick.
23      Q    And why did you use an existing hull
24  instead of just manufacturing an entirely new one?
25      A    Because it was initially more expeditious
```

38

```
 1  to start with an existing hull than it is to hire an
 2  outside enabled architect. Paying for a c&c shop to
 3  cut and plug. And then thereby the decision of the
 4  architect and build your mold from that. Which is
 5  what we did in the case of the 21 Maverick.
 6      Q    What was done then once you had that
 7  initial prototype developed?
 8      A    Initial plug?
 9      Q    I'm sorry.
10      A    Plug was built and we made a mold off of
11  that plug.
12      Q    Then what did you do with the mold?
13      A    We removed the mold from the plug and then
14  we built a hull in the mold.
15      Q    Is that original mold still around?
16      A    I don't believe so, no.
17      Q    How about the plug that the mold was made
18  from?
19      A    No.
20      Q    What did you do then once you had the
21  first hull built?
22      A    Then we proceeded to build a production
23  hull.
24      Q    And were there any drawings made for the
25  mold?
```

39

```
 1      A    Yes, there were.
 2      Q    And who made those?
 3      A    I believe I made the initial drawings.
 4  ...
 5  ...
 6  ...
 7  ...
 8  ...
 9      Q    Do you still have the initial drawings you
10  made?
11      A    I don't believe so.
12      Q    Do you still have the drawings that I had
13  made?
14      A    No.
15      Q    Do you know what happened to them?
16      A    No.
17      Q    And when physically was this first
18  21 Maverick built?
19  ...
20  ...
21  ...
22  ...
23  ...
24  ...
25  ...
```

40

```
 1      A    Paul Ellis.
 2      Q    What's the next step once you got the line
 3  and the hull built?
 4      A    Well, we built the deck and then we built
 5  a mold from the deck plug.
 6      Q    And then what was the next step?
 7      A    Then we would build parts from the
 8  respective mold and then put them together. We
 9  would also have to build small parts, including the
10  inside lists.
11      Q    When was the assembly completed for the
12  first 21 Maverick?
13  ...
14  ...
15  ...
16  ...
17  ...
18  ...
19  ...
20  ...
21  ...
22  ...
23  ...
24  ...
25  ...
```

41

```
 1   generally we change our model year after July 4th.
 2       Q    So the 2004 model year would begin in
 3   July -- after July 4th of 2003?
 4       A    Yes.
 5       Q    And you mentioned dealer meetings.  Does
 6   Maverick have annual dealer meetings?
 7       A    Yes.
 8       Q    What time of the year is that generally
 9   held?
10       A    July.  Coincides with the model year
11   change.
12       Q    And do you know where the dealer meeting
13   was held in 1996 in July for Maverick?
14       A    Boy.  I believe it was at the Indian River
15   Plantation in Stuart.  Fairly sure, but I'm not
16   positive.
17       Q    What is the purpose of a dealer meeting?
18       A    It's an entertainment function for our
19   dealers.  Relationship event which we showcase our
20   products but also try to have a good time with our
21   dealers, working relationships, and the upcoming
22   production of the coming model year.
23       Q    The July '96 dealer meeting, was that the
24   first time that the Maverick -- that the Pathfinder
25   was presented to the public?
```

42

```
 1       A    To the dealers, yes.
 2       Q    Was there any brochures or literature that
 3   was prepared at that time regarding --
 4       A    I don't know the answer to that.
 5       Q    -- I didn't finish the question --
 6   regarding the Pathfinder?
 7       A    I don't know the answer to that.
 8       Q    Who would know?
 9       A    Well, I would know.  I would be the most
10   likely person to know, I just can't remember whether
11   we were able to get both boats and brochures to the
12   dealer meeting at the same time.  Generally those
13   two things are more than what we can handle.
14       Q    Was there only one Pathfinder made at that
15   time for that dealer meeting?
16       A    I believe so.  There was one unit.  One
17   running prototype that we built.
18       Q    And what type of a hull was that, was that
19   a V-hull?
20       A    Yes.
21       Q    What was the reaction at the dealer
22   meeting to this boat?
23       A    You received everything, and I think in
24   retrospect we also had a tunnel hull at the same
25   meeting.  I think we had a tunnel hull and a V-...
```

45

1course of discovery, wasn't it?  You have the
2answers, so I don't need to guess.
3    Q    Look at what we have marked as Exhibit No.
410.  Can you read that?
5    A    Yeah, I can read it, but it's going to
6give me a headache doing it.
7    Q    What is this exhibit that we've marked as
8Exhibit No. 10?
9    A    This looks like a bunch of numbers, hull
10numbers and invoice amounts.
11    Q    Let me ask you, the first column where it
12says purchase order number, what does that
13represent?
14    A    Well, I believe, and if I can ask -- this
15was prepared by us, by Kim or somebody in the
16office, because I didn't prepare this document, so
17I will point out some things.  It says at the top
18purchase order number, but below it has hull I.D.
19numbers.  So that's obviously not accurate.  I think
20what it should say is hull identification number
21instead of purchase order number.
22    Q    Is that a hull identification number?
23    A    Hull identification number is a number
24assigned by the Coast Guard to a manufacturer.
25    Q    And is all the numbers a hull

46

1identification numbers start with M?
2    A    MVI is our HIN.
3    Q    And the next column is customer number?
4    A    Yes.
5    Q    And does that refer to dealers?
6    A    Yes, I think so, yes.
7    Q    And there are different codes?
8    A    Different codes.
9    Q    Each dealer has his own code?
10    A    Yes.
11    Q    And then the rest of them are pretty
12self-explanatory.  Order date, I guess that's the
13date that the dealer would order the boat from
14Maverick?
15    A    Not necessarily.
16    Q    Okay.  What is order date?
17    A    Order date can -- I mean, you'll never get
18there asking questions, so I'll tell you how it
19works.  We take orders at the dealer meeting for
20scheduled production, so they buy a year of
21production slots.  In July they may order boats for
22next December or next March, and that will then go on
23a March order.  And we may not deliver a March
24order, unfortunately sometimes until July because
25we are behind.  But it reflects the time period in

47

1which they order the boat.
2    Q    Are all these orders in writing?
3    A    Yes.  Typically is a purchase form.
4    Q    Does Maverick maintain those forms?
5    A    I don't know that we keep them since we
6enter them in the computer.  I don't think we would
7keep them.
8    Q    The information would be available on the
9computer?
10    A    I don't think -- I don't know.
11    Q    Is there a list with the code for the
12dealers that we wanted to identify who these dealers
13were?
14    A    Yes.
15    Q    And who has custody of that list?
16    A    It's in the computer at the office.
17    Q    But who knows the approximate story?
18    A    The few that work at the factory, I
19guess.
20    Q    Who, you or one of the office people that
21are in there or a secretary, who has the
22code?
23    A    I suppose they're the ones that deal with
24the orders.
25    Q    Who is currently the one that's

48

1the orders, today, is that right?
2    A    Correct.
3    Q    Okay, but you had in looking at any of
4this information whether the boat that was sold was
5a V-hull or a tunnel hull?
6    A    Yes.
7    Q    And how do you tell that?
8    A    From the hull I.D. numbers.
9    Q    Can you explain what in the hull I.D.
10numbers designates it as a tunnel hull or V-hull?
11    A    If it's a hull I.D. for the V-hulls and then
12all appear to be PC's.
13    Q    Do you know how many boats Maverick
14shipped in 1996, how many I distinguish?
15    A    No.
16    Q    If I asked that to date, we would just
17go through all this and identify, looking at the
18shipment dates?
19    A    I mean, these are not exact dates,
20it's close to the dates exact.
21    Q    The time would identify the month.
22    A    The month and the year.
23    Q    And there's actually every line I can
24see them, I'm interested in the day by day of the
25time period.

49

```
1      A    In very -- we are primarily exclusive to
2  dealers.  In very rare instances, if someone like a
3  Jimmy Buffet or someone with a high-profile, we
4  would do an accommodating sale and let them have
5  special attention through the factory.
6      Q    What would be -- were there -- after 1998,
7  did Maverick continue to produce the Pathfinder 22
8  Vs?
9      A    Yes.
10     Q    And did they make a model in 1999 for the
11 '99 model year?
12     A    I think -- yeah, we make model year
13 changes every year, which is appropriate for --
14     Q    Were there changes made from the '98 model
15 year to the '99 model year for the Pathfinder 2200
16 V?
17     A    There were changes made, but as I recall,
18 they did not directly tie in with the model year.
19     Q    Can you explain what you're referring to,
20 how it was done?
21     A    Sure.  What we basically build is a set of
22 tooling, we build a master to run.  And we went about
23 getting feedback, feedback being, finding what worked,
24 what didn't work.  And then also building the boat
25 and checking what worked and what didn't work in the
```

50

```
1  design.  And then sometime after the Miami Boat
2  Show, which is in February of '99, it became
3  apparent that the demand for this product was far
4  greater than we had anticipated and that we needed
5  to build additional capacity and tooling to be able
6  to satisfy it.
7           Also, we had become aware of some
8  problems in the tooling that were inherent in the
9  way we went about building this that we hadn't
10 anticipated that required us to re -- basically
11 rebuild a plug to straighten it out and do some
12 other things.  So the decision was made rather than
13 make ten new sets of tooling with problems, to
14 redesign the boat, make it right, and then build our
15 new set of tooling.  And that happened in the
16 winter, spring of '99.
17     Q    When you refer to tooling in a boat
18 industry, what are you referring to?
19     A    Everything related to converting the
20 design to an actual production part of the operation
21 is considered tooling.  At least in my world in it
22 is.
23     Q    You mentioned there were some problems
24 with the original design for the Pathfinder 2200 V?
25     A    Correct.
```

51

```
1      Q    And what problems were those?
2      A    I was getting feedback back from
3  our own people and warranty that we had some boats
4  that were seen complaining about the sheer line
5  not being straight.  Some lack of symmetry
6  that was readily apparent to people when they were
7  trailering about looking in the mirror.  When you
8  have a perfect straight line in the mirror and the
9  boats are not following that straight edge.  Also
10 had some complaints from customers about perception
11 was that their boat was listing underway that we
12 required to fix.  And we finally realized the
13 problem was there was a twist in the upper section
14 of the hull on the bow.
15     Q    Any other problems with the design.
16     A    The original -- I believe that that was
17 so small as it was that I was hard to fix.  I think
18 probably built the boat, and I wasn't too happy
19 with it so to speak.  I was a perfectionist.
```

52

```
1  the sheer line, was that a really issue or was it
2  a manufacturing problem?
3      A    It was a design issue.
4           It was not just symmetrical.
5      A    It was -- the plug I added of the initial
6  effort was done improperly.
7      Q    Was it the intent when you originally made
8  the original plug to be non-symmetrical?
9      A    No.
10     Q    And you mentioned the listing that was a
11 problem.  First of all, what is listing?
12     A    A list is a lean, for lack of a better
13 term.
14     Q    Were those any written complaints that you
15 received or Maverick received from customers or
16 dealers concerning the problems that you just
17 described.
```

53

```
1     Q   Is it somebody different now?
2     A   Yeah.
3     Q   Who was in charge back then?
4     A   Honestly, I would have to check my
5   records.  I could do that.  It was probably John
6   Sampson, but I'm not sure of that.
7     Q   Is Mr. Sampson still with the company?
8     A   Yes.
9     Q   He's in a different position?
10    A   Yes, he's in quality assurance.
11    Q   Who's in charge of the warranty department
12  now?
13    A   Well, ultimately the head would be Paul
14  Ellig.  And, actually, back then if I think about it
15  Paul Ellig was in charge of warranties back in that
16  time period, as well.
17    Q   Were the warranty claims, do you know,
18  about the lack of symmetry or about the listing
19  problems?
20    A   I think they were about the boat being
21  crooked, it not to be fixed.
22    Q   Are those the same kind of problems --
23  are these related problems, the lack of symmetry and
24  the listing?
25    A   Like what I said earlier, it was a
```

54

```
1   perception that the boat was listing.  But what I
2   think the person was perceiving the list to be was
3   the lack of symmetry which gave him the lack of
4   symmetry in a crooked state.
5     Q   Do you know how much the boat was off?
6     A   No.
7     Q   Do you know how many warranty complaints
8   you received regarding that?
9     A   No.
10    Q   Were there any other problems with the
11  original Maverick design that was marketed in 1998
12  for the Pathfinder?
13    A   From there -- as I said, there were
14  manufacturing issues, there were crookedness issues
15  and symmetry issues.  And the nuts and bolts of
16  those I don't recall to be quite honest.
17    Q   I just want to make sure I'm clear on
18  this.  What are you talking about when you say
19  manufacturing issues, is that something different
20  than the symmetry?
21    A   The lack -- yes, there were issues.  And I
22  can't recall what they were, but I know there was
23  discussion.  Well, if we were going to fix the
24  symmetry issues, we ought to go ahead and fix a
25  couple of other things that would make the boat
```

55

```
1   easier to build.
2     Q   Do you recall as you sit here today what
3   any of these other manufacturing issues were?
4     A   There was something to do with the way the
5   boat bonded to the rub rail area, the overlap.  And
6   I don't recall -- I suspect there were some
7   complaints it was finished crooked and not mounted
8   properly.
9     Q   When you refer to installed on the rub rail, what
10  do you mean?
11    A   When the boat is decked -- what we
12  referred to as decked and railed, when the upper
13  deck goes under the hull and it's trimmed and rub
14  railed.  That whole process was not working as well
15  as it should.  It was too labor intensive.
16    Q   Was it a problem that you noted during
17  the manufacturing process and not a problem that it
18  isn't well was complaining to?
19    A   Well, during the building aspect of it, and
20  I know of at least one complaint where there was no
21  difference -- there was difference with the width of
22  the overlap of the rub rail on the two sides, so
23  if you looked at one side of the boat it would have a
24  different -- if you looked at one side, it was a
25  [illegible]
```

56

```
1   our customer wall.
2     Q   And that's different from the asymmetry in
3   the sheer line that you referred to before?
4     A   A crazy, different problem.
5     Q   Are there any other manufacturing issues
6   that were noted in regard to the original Pathfinder
7   in 1998 that you recall in issue?
8     A   I don't recall.  I'm sure there were, but
9   I don't recall what they were.
10    Q   Who would know that?
11    A   Paul Ellig.
12    Q   And when you spoke earlier about there
13  being an increased demand for the boat or a greater
14  demand than you could out-sell to increase your
15  ability to meet it or the body, were you referring
16  to those manufacturing issues, or were you not
17  regarding the rub rail and the listing?
18    A   [illegible]
19    [illegible]
20    [illegible]
21    [illegible]
22    [illegible]
23    [illegible]
24    [illegible]
25    [illegible]
```

57

1    Q    What, if any, changes needed to be made to
2  accommodate that situation?
3    A    I think I already discussed that.
4         MR. COOPER:  I think he just covered that.
5    Q    Are you talking about those manufacturing
6  issues that you just mentioned, those were done to
7  allow you to make more boats quickly?
8    A    No, that's not what I said.
9    Q    Then I'm not following you.
10   A    We can go back and read it again.  I think
11 I said we had to go back and make a bunch of new
12 tooling, multiple molds.
13   Q    And how many molds were made for the
14 Pathfinder?
15   A    Of the 2200, I'm not positive about that.
16 But I'm going to say -- I think we made ten sets of
17 complete sets of tooling for that boat.  But I could
18 be off by two, it might be eight.
19   Q    Would that be boats for the tunnel hull
20 and the V-hull?
21   A    That would just be for the V-hull.
22   Q    How about the tunnel hull?
23   A    I think we ran with one set of tooling
24 for the tunnel hull.
25   Q    Would it be fair to say the demand for the

58

1  V-hull was in much greater demand than the tunnel
2  hull?
3    A    That would be a fair statement.
4    Q    Were you selling the Pathfinder 2200 V
5  just in Texas in 1998?
6    A    Our initial -- well, no, that's not true.
7    Q    Where else did you sell it?
8    A    We sold them in Florida and we sold them
9  in Louisiana and we sold them in Texas.
10   Q    What is the general geographical area
11 where your dealers are located for Maverick?
12   A    We have dealers from Cape Cod to very
13 southern San Benito, Texas.
14   Q    These changes then that were made, you
15 mentioned that was in the spring -- winter of '98,
16 spring of '99?
17   A    I think I said -- I think I said it was in
18 the winter and spring of '99.
19   Q    And that would have been during the middle
20 of the model year?
21   A    Correct.
22   Q    Was that unusual for changes to be made
23 relative to a boat during the middle of a model year?
24   A    No, not if we had problems.
25   Q    What -- was there a new boat that was

59

1  reintroduced then, a different boat that was marketed in
2  1999 for the Pathfinder 2200 V?
3         MR. COOPER:  Form of the question.
4         Unless you are being different, we are talking
5  about many different characteristics.
6         MR. EDGECOMB:  I'll ask him.
7  BY MR. EDGECOMB:
8    Q    You mentioned that there were new molds
9  that were made in the winter and spring of '99?
10   A    Yes.
11   Q    When did Maverick start utilizing those
12 molds to manufacture boats?
13   A    I think the latter part of the spring,
14 early -- latter part of the spring of '99.  I think
15 that's also reflected in the 11th part of the
16 discovery that you had requested.  I can't recall
17 the specific date, but I believe it's in there.
18   Q    Do you recall if a specific change was
19 made relative to when the boat was made with the new
20 molds?
21   A    Can you phrase it more accurately --
22 phrase it or rephrase it or ask it differently --
23 that?
24   Q    Let me ask it a new relative to the Miami
25 Boat Show.

60

1    A    Yes.
2    Q    In '99?
3    A    Yes.
4    Q    Was there any presence in the Miami
5  Boat Show of the 2200 V?
6    A    That's when we took the initial production
7  and really showed it to the Florida market.  And
8  that's when I realized that they didn't just sell in
9  Texas, too.
10   Q    What time of year is the Miami Boat Show?
11   A    February.
12   Q    So which prototype did you display at the
13 Miami Boat Show?
14   A    It was one of the initial boats that's --
15 I'm sure it's one of the boats in discovery, I
16 didn't roll you all the way --
17         Q    So did the boat have the initial
18 molds.
19         A    Correct, one new out of the initial
20 molds.
21         Q    So what was actually your last new
22 mold.
23         A    I didn't show all of them to you, I
24 only showed you one, there's one out there.
25         Q    So there's the one out of the

61

```
 1  Miami Boat Show was the same boat that had been sold
 2  in 1998?
 3       A.   Yes.
 4       Q.   And it was that identical boat that was
 5  displayed at the '99 Miami Boat Show; correct?
 6       A.   I believe that's what I said, yes.
 7       Q.   Now, at the time of the Miami Boat Show,
 8  had you already started receiving some input and
 9  complaints from customers and dealers regarding the
10  problems you mentioned earlier?
11       A.   Yes, I think I've already said that.
12       Q.   Do you know if there had been any warranty
13  claims made at the time of the Miami Boat Show?
14       A.   That would be speculation on my part.
15       Q.   But the Miami Boat Show was not the first
16  time -- let me start over.
17            The 1999 Miami Boat Show is not the
18  first time that the Pathfinder 22-foot V was made
19  public; correct?
20       A.   I think that the -- what I said before was
21  the dealer meeting for the '00 model year, which
22  happened in roughly -- we said June of '98 -- was
23  when we brought this initial design out for public,
24  not view, for our dealers anyway ... correct and
25  ... meeting. I believe that would be the initial date
```

62

```
 1  for that.
 2       Q.   If we look at Exhibit No. 1, have you seen
 3  this document before?
 4       A.   I think so, yes.
 5       Q.   And this is an application for a
 6  registration with the United States Copyright office
 7  for vessel hull design?
 8            MR. COOPER:  I'm going to object to the
 9       form of the question.  It asks him to construe
10       the legal significance of a document.  If you
11       want to ask him his understanding of it in his
12       own words, that would be fine.  He is a lay
13       witness and not a lawyer.
14  BY MR. ELBRECHT:
15       Q.   What is your understanding of what this
16  document is?
17       A.   I think this is a -- looks like a
18  vessel -- the form you fill out with the vessel
19  protection people and copyright office.
20       Q.   Have you seen this before?
21       A.   Yeah, I think I have.
22       Q.   Is this ...
23       A.   That's what it says right there, yes.
24            MR. COOPER:  ...
```

63

```
 1  ... use of this vehicle on the grounds that it's
 2  not complete.  There is a second page of the
 3  ... application here which is identified
 4  ...
 5  ...
 6  ...
 7  ...
 8            MR. ELBRECHT:  Do you have a second page?
 9            MR. COOPER:  It's attached to the
10       complaint.
11            MR. COOPER:  It's attached to your answer
12       to the complaint, it's not attached to ours.
13            MR. COOPER:  I stand corrected.
14            MR. ELBRECHT:  We've been having a hard
15       time finding it.
16            MR. COOPER:  It's a odd page?
17            MR. ELBRECHT:  Yeah.
18  ...
```

64

```
 1  ...
 2  ...
 3  BY MR. ELBRECHT:
 4  ...
 5  ...
 6  ...
 7  ...
 8  ...
 9  ...
10  ...
```

65

```
 1       Q    Where the design was made public on
 2  February 15, 1999, that is not a correct statement,
 3  is it?
 4            MR. COOPER:  I'm going to object to that
 5  question as to the legal conclusion what made
 6  public is.  Which has a specific meaning in
 7  copyright law and the vessel design and
 8  protection act, not necessarily the meaning to
 9  the general public.  He can answer it in terms
10  of his lay understanding, but certainly not in
11  the sense binding as a legal admission.
12            MR. ELBRECHT:  Could you read the question
13  back?
14            THE WITNESS:  I remember the question.  I
15  thought I answered it once already.  Yeah, I
16  think it was an incorrect answer.
17  BY MR. ELBRECHT:
18       Q    The Pathfinder 2200 V bay boat was made
19  public back in 1998 at the first dealer meeting?
20       A    Right.
21       Q    And, in fact, it was built in 1998?
22       A    Correct.
23       Q    Were 20 boats sold of the Pathfinder 2200
24  bay boat I'll help in 1999?
25       A    That number I make, you know, I'll that
```

66

```
 1  is the correct number, then I will agree to that.
 2       Q    Do you know who completed this?
 3       A    I believe Jim Leffew did this paperwork.
 4       Q    What is Jim Leffew's position?
 5       A    He is now vice president of manufacturing.
 6       Q    And what was he back in March of 2001?
 7       A    He was the new guy.
 8       Q    I think I've had that job.  I avoided the
 9  initials we usually use.
10            What were his job duties back when
11  he started as the new guy?
12       A    His background is he was a degreed
13  engineer and so anything where we felt his skills as
14  an engineer would be useful.
15       Q    And Maverick brought a lawsuit against
16  American Marine Holdings, that's why we are here
17  today?
18       A    Yes.
19       Q    Have you read the complaint in this
20  lawsuit?
21       A    Our complaint?
22       Q    Yes.
23       A    I believe that I have, you.  I don't
24  believe that I have labored over it and combined
25  every word to memory but I have seen the complaint,
```

67

```
 1  you.
 2       Q    I want to ask you about some of the
 3  averments in the complaint and you tell if you can
 4  tell me if they are true or not.
 5       A    I'm sure they are all true or in the complaint
 6  if they weren't true.
 7       Q    Paragraph seven of the complaint states
 8  quote, in early 1999 plaintiff completed work on an
 9  original design of the Pathfinder 2200 V-hull bay
10  boat hereinafter original design.
11       A    Yes.
12       Q    Is that true?
13       A    Well, I think that the date -- it was in
14  '99, I don't know -- I don't tell you exactly what
15  date the work was completed, but I trust that is
16  substantially true, you.
17       Q    That's to say that in 1999 you were
18  selling the original design of the Pathfinder 2200
19  V-hull.
20            MR. [illegible] ...
21  [remaining lines illegible]
```

68

```
 1  ...or perhaps the value.
 2       A    I think we have been talking about that
 3  for the last four-and-a-half.
 4       Q    Do we answer to the position 14?
 5       A    The first design we started selling back
 6  in 1998, yes.
 7       Q    So when it says it was first sold or you
 8  completed work in 1999, that's not accurate, is it?
 9            MR. COOPER:  Asked and answered.
10  BY MR. ELBRECHT:
11       Q    You can answer.
12       A    Right now -- read the whole thing back to
13  me, make sure I'm paying attention enough to answer
14  correct I don't understand your question.
15       Q    My position is, in fact the Pathfinder
16  was being sold --
17       A    In the original design.
18  [remaining lines illegible]
```

69

```
 1         don't think you want us to show it to him.
 2   BY MR. ELBRECHT:
 3         Q    Tell you what, I'll come over there.
 4         A    What are we talking about?
 5         Q    Paragraph number seven, have you read
 6   that?
 7         A    I'm reading it as we speak, just give me a
 8   minute.  I'm going to read the whole thing here.
 9         Q    Okay.
10         A    I've read it.
11         Q    Paragraph seven states that in early 1999
12   plaintiff completed work on an original design for
13   the Pathfinder 2200 V-hull bay boat.
14                   Isn't it true that in 1998 Pathfinder
15   had actually sold versions of the original design of
16   the Pathfinder 22 V-hull bay boat to the public?
17         MR. COOPER:  Object on the relevance.  The
18   document marked as Exhibit No. 1, vessel hull
19   design 0049, is not pled in the complaint and
20   in this regard to your countercomplaint we
21   submit that was invalid.  I don't think that
22   would have any relevance to any of the issues
23   remaining in the action.
24         MR. ELBRECHT:  Will you read the question
25   back, please?
```

70

```
 1              (Whereupon, question read back.)
 2         THE WITNESS:  Yes, it is true.
 3         MR. COOPER:  I would like to note for the
 4   record in Paragraph 27 of our reply to the
 5   countercomplaint plaintiff admits that DVH 0049
 6   which is not pled and not relied upon by
 7   plaintiff in this civil action is invalid
 8   because the vessel hull design which is the
 9   subject matter of said registration was made
10   public more than two years to the filing of the
11   application which matured into said
12   registration, closed quote.
13              In view of that judicial admission, I
14   can't imagine what purpose there is in
15   continuing this line of interrogation, it is
16   established.
17   BY MR. ELBRECHT:
18         Q    Paragraph seven is not a correct
19   statement, is it, would you agree with that?
20         A    No, I wouldn't entirely agree with that.
21         Q    In what way is paragraph seven --
22         A    I read that it says we built a boat with
23   the original design, brought it to the Miami Boat
24   Show.
25         Q    Well, you're calling the Miami Boat
```

71

```
 1   Show -- the original boat for sure as the boats that
 2   were being sold in January, correct?
 3         A    Yeah.
 4         Q    Thank you.
 5         A    You're welcome.
 6         MR. COOPER:  We'll take a break.
 7              (Whereupon, a recess was taken.)
 8   BY MR. ELBRECHT:
 9         Q    Mr. Deal, at some point did you make a
10   decision that you were going to register the hull
11   design for the Pathfinder 2000 bay boat V-hull
12   design?
13         A    Yes.
14         Q    And when was that?
15         A    I don't remember the specific date.
16         Q    Do you know when you did it was the
17              When I made the decision -- when I made
18   the decision that I'm going to do that, making
19   probably '99.  What month or that month, I
20   don't know what kind of that.
21         MR. COOPER:  Actually, I'm going to object
22   to the calling date of this, objection is
23   the subject that has not been asked about.
24         Q    I'm the answer.
25         MR. ELBRECHT:  The question is, when
```

72

```
 1   the first time that you decided to attempt to
 2   register the 2200 V-hull bay boat design?
 3         MR. COOPER:  There are two designs, one is
 4   the subject of the first design and one is the
 5   subject of the second design.
 6         MR. ELBRECHT:  What is your objection?
 7         MR. COOPER:  My objection is it's
 8   ambiguous and misleading.
 9   BY MR. ELBRECHT:
10         Q    The question is, when did you first decide
11   to register the design for the Pathfinder 2200 bay
12   boat V-hull design?
13         A    Well, the first hull design the board
14   reflects is that the -- well, it doesn't have the
15   an application in context, but it was reviewed in
16   February of '01, so I would think I'm not sure.
17   within a year after the date in the application.
18         Q    And the February of which it's so
19   it's date.
20         A    Okay.
21         Q    So you're saying it was in the first
22   that it was in January application context
23   February 1, '01.
24         A    Okay.
25         Q    That it was the thing in application context
```

1  attempt to register the Pathfinder 2200 bay boat
2  V-hull design sometime a couple weeks prior to
3  February 27, 2001?
4      A   I think that -- that's not what I said.
5      Q   Again, when did you first decide to
6  register the Pathfinder 2200 bay boat V-hull design?
7      A   I don't remember.
8          MR. COOPER:  I'm going to object to the
9  question.  It is relating to two different
10 designs as one.  I'm asking you please to
11 differentiate between the design which is the
12 subject matter of registration 0049 and the
13 design which is the registration of 0056.
14 We can argue later what the differences are but
15 there are two different designs which are the
16 subject to that question, and I think for your
17 questions to be meaningful you have to
18 differentiate what we are talking about.
19         MR. ELBRECHT:  I'm going to ask you once
20 more, the rules are you're well familiar with
21 are question objections are not permitted.
22         MR. COOPER:  That's correct.
23         MR. ELBRECHT:  If you have an objection to
24 the form of the question, I'm asking, I raise
25 this is the rules that, I'd please make it as to

1  the form of the objection and that's all and
2  not to coach the witness or to --
3          MR. COOPER:  I'll have a continuing
4  objection on this line of questioning.
5          MR. ELBRECHT:  I wasn't finished talking.
6          MR. COOPER:  Please continue.
7          MR. ELBRECHT:  Not making speaking
8  objections, not making statements to coach the
9  witness, make objections for the record.
10 That's the way it's supposed to be done and I'm
11 sure you know that.
12         MR. COOPER:  I'll have a continuing
13 objection to your questions which fail to
14 differentiate between two different designs
15 which are the subject of different copyright
16 registrations.  On the grounds that that
17 question is misleading, intends to elicit a
18 muddy record that's not going to get us
19 anywhere.  And I think you can note the
20 distinction as well as I can.
21         MR. ELBRECHT:  Can we have an agreement
22 you won't make any more speaking objections?
23         MR. COOPER:  I'm going to object as I see
24 fit.  I know the rules.
25         MR. ELBRECHT:  I know you know the rules.

77

```
1        A    Because I thought it was an appropriate
2   thing to do.
3        Q    Why did you think it was an appropriate
4   thing to do?
5             MR. COOPER:  Same objection as to the
6        advice of counsel.
7   BY MR. ELBRECHT:
8        Q    You can answer the question if you can
9   answer outside instructions or advice or
10  communications that were given to you by your
11  attorney.
12       A    No.  At some point in time I became aware
13  of the act through I assume -- I'm going to make the
14  assumption through the NMA, National Marine or
15  something.  And that awareness led me to believe
16  that that was something that I should look into and
17  should pursue on all of our hulls that were
18  appropriate.
19       Q    And which was the first hull that you
20  attempted to --
21       A    I don't remember.
22       Q    -- register?
23            Do you know if the Pathfinder 2200
24  bay boat V-hull design was the first one that
25  Maverick attempted to register?
```

78

```
1        A    I think I just answered that.  I don't
2   remember which one.  I think we have done several,
3   it may or may not be the first one.
4        Q    Who in your organization participated in
5   the registration process?
6        A    I think we have discussed that already,
7   and that was Jim Leffew.  I think I've already
8   answered that.
9        Q    Was there anybody else other than
10  Mr. Leffew that participated in the registration
11  process?
12       A    Yes.
13       Q    Who else?
14       A    We had counsel.
15       Q    Who else besides counsel?
16       A    I think that's it.
17       Q    The first registration related to the
18  Pathfinder 2200 bay boat V-hull design was DVH 0042;
19  is that correct?
20       A    I believe that, as we have discussed
21  earlier, that's an incomplete document, but it does
22  look like that.
23       Q    And do you have any reason to disagree
24  with the date indicated on DVH 0042 that the
25  application was received on February 27, 2000?
```

79

```
1        A    No.
2        Q    Who prepared the photographs that are
3   attached to DVH 0042?  And you can look at the rest
4   of Exhibit No. 7.
5        A    Well, Jim Leffew.
6        Q    The first photograph that's attached to
7   DVH 0042, do you know where that photograph came
8   from?
9             MR. COOPER:  For the record, I think
10       that's a page out of a publication, some sort
11       of brochure rather.  That is the photograph on
12       the successive pages and I think the record
13       should reflect that.
14  BY MR. ELBRECHT:
15       Q    Do you know where that came from?
16       A    It looks like it's out of our brochure.
17       Q    Could you look at Exhibit No. 7, please.
18  Are you on that?
19       A    Yes.
20       Q    Exhibit No. 7.
21       A    It's a copy of our -- looks like the top
22  photo is the powerpole ... [illegible]
23            Do you understand that for the record
```

1   A   Yes.
2   Q   Does this boat that's shown in Exhibit No.
3  7 have those changes?
4   A   No.
5   Q   Maybe you can explain; it's not the
6  original one, it's not the one with changes?
7   A   If that's a question, I'm not sure how to
8  answer it.
9   Q   I'm not understanding your response.
10   A   I know that.
11   Q   You indicated there was a boat that you
12  made from an original design that was sold in Texas
13  and that you then made some changes to that boat
14  design in 1999; is that correct?
15   A   I believe that's correct.
16   Q   And what were those changes that you made?
17   A   We have discussed those laboriously.
18   Q   That's -- does this boat have those
19  changes that were made in 1999?
20   A   No.
21   Q   Was this a later version of that boat?
22   A   No.
23   Q   What version of the boat is shown in
24  Exhibit No. 7?
25   A   That's not the boat.

1   Q   That's not a 22 V?
2   A   No.
3   Q   What is it?
4   A   That's a 22 T.
5   Q   Do you know what year model that is?
6   A   No.
7   Q   Now, the changes that we have discussed
8  before laboriously, were those changes only made to
9  the 22 V or were they made to the 22 T, as well?
10   A   I don't know the answer to that question.
11   Q   Is this the same brochure, is that the
12  same catalog?
13   A   It looks like it probably came from the
14  same spot.
15       MR. COOPER:  May I see it, please?
16       MR. ELBRECHT:  Sure.
17   Q   Going back to Exhibit No. 1.  Is this
18  photograph and brochure that's attached to Exhibit
19  No. 1, if you compare that to this catalog --
20       MR. COOPER:  I'm going to ask you to have
21   the original catalog marked as an exhibit so we
22   have a complete record of what he's referring
23   to.
24       MR. ELBRECHT:  That's fair.  We'll mark it
25   as Exhibit No. 13.

[text illegible]

[text illegible]

```
 1      Q    They would have done all your
 2 advertisements and promotional material?
 3      A    Yes.
 4           MR. ARNOLD:  Where are they out of?
 5           THE WITNESS:  Fort Lauderdale.
 6 BY MR. ELBRECHT:
 7      Q    Do you know if the photograph and the
 8 brochure that's incorporated into DVH 0049, whether
 9 that boat has those changes that were made from the
10 original design that we have discussed earlier in
11 this deposition?
12      A    I would say it does not.
13      Q    And why do you say that?
14      A    Because it was a photograph of the
15 original Pathfinder 22 with a tunnel in it.
16      Q    This photograph 2200 V, that's a tunnel
17 hull boat?
18      A    It appears to be.
19      Q    Why does it say 2200 V if it's a tunnel
20 boat?
21      A    I don't know.
22      Q    Is that a tunnel in Maverick's
23 promotional literature?
24      A    I can say.
25      Q    Who's in charge of reviewing those
```

```
 1 materials to see if they are accurate?
 2      A    Typically people in the sales department
 3 do that.
 4      Q    Who in the sales department?
 5      A    Well, now or in the past?  At that point
 6 in time?
 7      Q    Yeah, at that point in time.
 8      A    Maybe -- I might have done it, I might
 9 have reviewed it.  Skip Lyshon might have done it.
10      Q    Are there any differences between the
11 Maverick 2200 V and the Maverick 2200 T other than
12 the tunnel hull and V-hull?
13      A    You're talking about the Pathfinder?
14      Q    Let me ask that again.  Is there any
15 difference between the Pathfinder 2200 V and the
16 Pathfinder 2200 T other than the shape of the hull?
17           MR. COOPER:  Timeframe, please.
18 BY MR. ELBRECHT:
19      Q    When this application was made in February
20 of 2001, DVH 0049, were there any differences
21 between the Pathfinder 2200 V and the Pathfinder
22 2200 T other than the tunnel hull versus the V-hull?
23      A    At that time, no.
24      Q    At anytime were there differences between
25 the Pathfinder 2200 V and the Pathfinder 2200 T
```

89

```
 1    I've got my own -- which describes the standard
 2    features of the 2200 V, those apply to the 2200
 3    V-hull boat?
 4        A    Yes.  I would like to state, though, that
 5    the list of standard features in this Exhibit No. 1
 6    are totally illegible and I cannot read them.  With
 7    your glasses or mine.
 8        Q    Looking at the specifications for the 2200
 9    V as it's indicated here on Page 1 of the DWH 0049
10    exhibit, does the length overall of 2110, does that
11    apply to the 2200 V?
12        A    I believe so, yes.
13        Q    Does the beam of eight foot six inches
14    apply to the 2200 V?
15        A    I believe so.
16        Q    Does the weight of approximately 1350
17    pounds apply to the 2200 V?
18        A    Yes.
19        Q    Does the draft of 11 inches apply to the
20    2200 V?
21        A    Yes.
22        Q    Does the fuel capacity of 60 gallons apply
23    to the 2200 V?
24        A    Yes.
25        Q    Does the maximum horsepower of 225
```

90

```
 1    horsepower apply to the 2200 V?
 2        A    Yes.
 3        Q    Are any of those different for the 2200 T?
 4        A    No.
 5        Q    Do you know what model year boat is
 6    depicted in the photographs that are shown in the
 7    attachment to DWH 0049?
 8        A    No.
 9        Q    Can you state that that is not a 1998
10    original version that was sold in Texas?
11        A    No.
12        Q    That was a bad question because it was in
13    the negative.
14             Is that possibly the 1998 version
15    that was sold in Texas?
16             MR. COOPER:  I'm going to object to the
17        form of the question on the grounds of the word
18        possibly, possibly covers --
19             MR. FLEABENT:  If he can rule it out.  If
20        he knows.  If he doesn't, then he can say that.
21             MR. COOPER:  Viewedly agreeing to
22        problem.  I think you could rephrase the
23        question.
24    BY MR. FLEABENT:
25        Q    In looking at the photograph of the
```

91

```
 1    attachment to your application, DWH 0049 --
 2             MR. COOPER:  We are talking about the
 3        first attachment?
 4             MR. FLEABENT:  First.  Page 1.
 5    BY MR. FLEABENT:
 6        Q    -- can you tell in only looking at that
 7        photograph whether or not that was the boat that was
 8        sold in Texas in 1998?
 9        A    If by that you mean -- do you mean the
10        specs that are on the list contained in here; yes, I
11        can tell you that was one of those boats.
12        Q    How can you tell that?
13        A    Because, as I said before, it's a tunnel
14        boat.
15        Q    Did you sell any tunnel boats in Texas in
16    1998?
17        A    I can't answer that prior to the question.
18             Maybe you want to go back a page to the
19        reddition.  Do you in looking at the photograph that
20        were attached to the sale, can you tell whether the
21        photographs, if you will, were of those were taken.
22        A    No, I'm not.
23        Q    Do you know what model year boat those
24        are?
25        A    No, I'm not.
```

92

```
 1        Q    Do you know whether it's a tunnel or a
 2    V-hull?
 3        A    I think it appears to me a V-hull.
 4        Q    And can you tell that in DWH 0049 in
 5    Exhibit No. 1 in the top photograph?
 6        A    Yes.
 7        Q    Now, does this boat that's shown in here,
 8    if DWH 0049 have the standard that we discussed
 9    earlier in this deposition that were made to the
10    original design that was sold in Texas in 1998?
11        A    I don't know the answer to that question.
12        Q    Can you turn to Exhibit No. 4, and is in a
13    letter that was written to Mr. Don Cooper it.
14    And if you read all of it says it is that being,
15    process.  These pages, page 4 and page 4, were
16        generated to us as a template of the individual
17        sales and it reflects that was made to Mervine's
18        reflects in our individual -- and in the re
19        solid that was produced the 3, 1999.
20             No, I do not have a good for us.
21        Q    All I'm asking is the item to you asked
22        if you sold -- in that produced in part of it.
23        A    If you sold were each in the being,
24        process.
25        Q    And that reflects what's the can a solid or a
```

1    Q    Yeah.
2    A    Okay.  I've read it.
3    Q    Those responses that describe the changes
4  that were made in the Maverick Pathfinder 2200
5  contain an accurate description of what those
6  changes made prior to its publication of the revised
7  boat on May 4, 1999?
8    A    I believe so, yes.
9         MR. COOPER:  Let me state for the record
10        we intend to serve a supplemental answer to the
11        interrogatory where this will be set forth
12        under oath.
13        MR. ELBRECHT:  Okay.  But for now that's
14        all we have got so we are working with that.
15        MR. COOPER:  I understand.
16  BY MR. ELBRECHT:
17    Q    In regard to the change in the sheer line,
18  can you tell me exactly what that change was?
19    A    No.
20    Q    Well, it indicates that you participated
21  in the change; correct?
22    A    As the person who is in all operations
23  in the company, I participate to various degrees in
24  everything that happens.
25    Q    And what was your participation in the

1  change in the sheer line?
2    A    I think I gave Paul direction to do it,
3  that was my limited participation.
4    Q    And what direction did you give Paul?  We
5  are talking about Paul Ellig?
6    A    Correct.
7    Q    What direction did you give him?
8    A    To fix the sheer line.
9    Q    Anything more than that?
10   A    No.
11   Q    Tell him how to fix it?
12   A    No.
13   Q    And what the problem with the sheer line
14  was?
15   A    Yes.
16   Q    What did you tell him?
17   A    We discussed the fact that A, there was a
18  problem.  And B, we were getting customer and dealer
19  feedback about the problem, which we have already
20  discussed earlier today.
21   Q    And the sheer line is -- what is the sheer
22  line?
23   A    The sheer line of the boat, as I refer to
24  it on the Pathfinder, is the upper most part of the
25  hull and basically provides the profile of the

1  boat.
2    Q    Was the length of the sheer line changed
3  at all?
4    A    I don't know.
5    Q    Were there any angles in the sheer line
6  that were changed at all?
7    A    I believe so, yes.
8    Q    And what angle was changed?
9    A    The sheer line was crooked so in
10  straightening they would have to change it around.
11   Q    Do you know to what degree the angle in
12  the sheer line was changed?
13   A    No.
14   Q    Were there any drawings made to
15  demonstrate this change that was made in the sheer
16  line?
17   A    No.
18   Q    How was the sheer line changed?
19   A    I don't know.
20   Q    Had tooling made ...
21   A    Yes.
22   Q    ...
23  ...
24  tools.
25   A    ...

1    Q    ... the sheer line that was on the
2  Pathfinder 2200 that was published on May 4th,
3  1999.
4    A    Yes.
5    Q    What other boats have the same similar
6  sheer line?
7         MR. COOPER:  Objection.  Compound
8         question.  Also, you know, similar --
9         MR. ELBRECHT:  He answered the question so
10        if you have an objection, just make it to the
11        form.
12        MR. COOPER:  My objection to the last
13        question was a compound question.
14  BY MR. ELBRECHT:
15   Q    What other boats have similar sheer lines
16  that are out there today?
17   A    ...
18  ...
19  ...
20  ...
21  ...
22        Mr. ...
23        Mr. ELBRECHT:  ...
24  ...

97

```
 1        changes were to the sheer line that were
 2        published on May 4, 1999.
 3   BY MR. ELBRECHT:
 4        Q    You mentioned some other companies had
 5   similar sheer lines, you said Blazer and Proline?
 6        A    Yes.
 7        Q    Were there other companies that had
 8   similar sheer lines?
 9        A    Now?
10        Q    Yeah.
11        A    I believe there is one more, but I'm -- I
12   believe there's maybe one more, maybe two more at
13   present.
14        Q    I didn't hear the last word.
15        A    Present.
16        Q    What are those companies?
17        A    Avenger and Bass Cat.
18        Q    And you're referring to sheer lines on
19   their bay boats?
20        A    On the specific models that they have
21   updated onto.
22        Q    Do you know when they began using that
23   sheer line?
24        A    No.
25        Q    Was it Bass Cat, was that one sheer line?
```

98

```
 1        A    Yes.
 2        Q    Do you know when they began using that
 3   sheer line?
 4        A    No.
 5        Q    Going back to the photographs in exhibit
 6   0049, starting with the one on Page 1, does that
 7   photograph have the sheer line that was changed as
 8   referred to in interrogatory number five?
 9        A    Can you state your question again?
10        Q    Interrogatory number five we have went
11   over --
12        A    Let me get them both in front of me at the
13   same time.  Which exhibit?
14        Q    That's Exhibit No. 3, Page 3.
15        A    Okay.
16        Q    It says there was a change to the sheer
17   line.  And you have already described to me --
18        A    The changes that were made.
19        Q    Right.  And looking at Page 1 of 0049,
20   does that boat that's depicted in that photograph
21   have that change to the sheer line in it?
22        A    No.
23        Q    In present?
24        A    No.
25        Q    Is that because it's a 21-hull boat?
```

99

```
 1        A    Yes.
 2        Q    So the change to the sheer line was not
 3   made to the 21-hull.
 4        A    It wasn't made on this 21-hull.  It wasn't
 5   made in this picture.
 6        Q    Maybe I'm not telling you.  Can you tell
 7   the sheer line was not made by looking at the sheer
 8   line in 0049?
 9        A    I can tell that no -- first of all, I've
10   already answered I don't know whether we changed the
11   21-hull or not.
12        Q    My question, though, by looking at this
13   photograph --
14        A    The Xerox copy of the photograph?
15        Q    Right.  Actually, this is printed out
16   directly from the internet.  Can you tell by looking
17   at that photograph whether the changes related to
18   in interrogatory number five, whether the sheer
19   line in that 21-hull in that photograph has
20   received that change?
21        A    No.
22        Q    If that first part -- on or about March,
23   1999, would it depicting the changes to the sheer
24   line.
25        A    No.
```

100

```
 1        Q    Looking at the next photograph, or the
 2   photograph, Page 2, 0049, is there that change
 3   depicting the change to the sheer line that's related
 4   to in interrogatory number five.
 5        A    I don't know.
 6        Q    What would you need to do -- what would
 7   you make whether or not the sheer line had been
 8   changed?
 9        A    I would need -- I would -- my first thing
10   would be to see the boat.  That would be my best
11   option.
12        Q    What do we need to look at -- it is --
13        A    Everything that's 21 hull in
14   interrogatory number five.
15        Q    Well, I'm asking you the one that's for
16   Triton's -- related to their application on --
17        A    Right.
18        Q    -- on the builder of the sheer lines in
19   your data, any updates to them -- would be in
20   that interrogatory related to it.
21        A    I think so, I don't know.
22   (off record)
23   BY MR. ELBRECHT:
24        Q    If I understood it --
25        A    Right, I think I understand.
```

1    Q    In looking at Page 3 of DVH 0049, can you
2  determine from looking at that photograph whether or
3  not the sheer line had been changed?
4    A    That's these pictures of the interior of
5  the boat?
6    Q    Right.
7    A    Obviously not.
8    Q    In looking at photograph number four, can
9  you tell?
10   A    No, I can't tell.
11   Q    In looking at the drawing that's attached
12 to Exhibit No. 5, does that indicate whether or not
13 the sheer line had been changed?
14   A    No.
15   Q    Is there anything about the sheer line for
16 this Pathfinder that makes it unique?
17   A    Which Pathfinder?
18   Q    Pathfinder 2200 V.
19       MR. COOPER:  Which sheer line, original or
20 modified?
21 BY MR. HAUGHT:
22   Q    The modified sheer line.
23   A    Yes.
24   Q    What makes it unique?
25   A    It's a totally unique style that had not

1  been brought to market at that point.
2    Q    And what's unique about the style?
3    A    It's true, it's straight, it's well
4  tooled, it has a very strong aesthetic appeal.
5  Strong profile, recognizable from Cape Cod to south
6  Texas as our brand.
7    Q    So the fact that it's a true sheer line,
8  does that make it unique in the industry?
9    A    No.  I think it's more often or not the
10 industry prefers straight to crooked.
11   Q    Do you know the amount and the change of
12 the sheer line in inches or fraction of inches?
13   A    I already answered, I don't.
14   Q    Who would know that?
15   A    Paul Ellig, if anyone.
16   Q    Was any material added or removed to the
17 sheer line, do you know?
18   A    I think if you read interrogatory number
19 five it's very explicit, it says material was added.
20 And I think it says right here, removal and addition
21 of material.
22   Q    But this isn't sworn to yet, so I have to
23 ask you the question that's why I'm asking you.
24   A    Yes, I believe that to be the case.
25   Q    What material was added to the sheer line

1    A    I don't know.
2    Q    What material was removed from the sheer
3  line?
4    A    I don't know.
5    Q    What was the purpose or net effect that
6  that's referenced in interrogatory number 5b?
7  There's a reference to a desired effect, what was a
8  desired effect?
9    A    To change the sheer line.
10   Q    Does the change in the sheer line affect
11 the performance of the boat in any way?
12   A    Can you ask that again?
13   Q    Sure.  Does the modification that was made
14 to the sheer line affect the performance of the boat
15 in any way?
16   A    The modification we made to this sheer
17 line?
18   Q    Yes.
19   A    No.
20   Q    Does a sheer line in general affect the
21 performance of a boat?
22   A    Yes.
23   Q    How?
24   A    Depends on the sheer line.
25   Q    [illegible]

1  line can affect the performance of a boat.
2    A    Well, say a Bullet Bass Boat, they have a
3  very pronounced sheer to go forward to elevate the
4  amount of wind resistance, to drive wind in that
5  impact the performance at high speed of that boat.
6    Q    Does the design of the sheer line in a bay
7  boat affect the performance of a bay boat?
8    A    I think that I've already stated that the
9  design of the sheer can affect the performance in a
10 boat.
11   Q    Are you claiming that the sheer on the
12 sheer line is an element of design that is protected
13 under your application 0006?
14   A    [illegible]
15   Q    [illegible]
16 [illegible]
17 [illegible]
18 [illegible]
19 [illegible]
20 [illegible]
21 [illegible]
22 [illegible]
23 [illegible]
24 [illegible]
25 [illegible]

105

1   version, we quit building the old version.
2       Q    So when you went to register the boat, the
3   Pathfinder in February of 2001, was it your intent
4   to register the design that was in production?
5       A    Yes.
6       Q    You didn't want to register the design of
7   the boat that you had abandoned; correct?
8            MR. COOPER:  Objection.  Your question
9       mischaracterizes his testimony.
10           MR. ELBRECHT:  It's just a question.
11  BY MR. ELBRECHT:
12      Q    Did you intend to register the boat design
13  that you had abandoned?
14           MR. COOPER:  Objection.  That
15      mischaracterizes his testimony.
16           MR. ARNOLD:  Are you instructing him not
17      to answer?
18           MR. COOPER:  I'm asking you as counsel to
19      frame questions under Rule 26 that can be
20      answered and not try to mislead the witness.
21           MR. ELBRECHT:  I'm not mischaracterizing
22      his testimony, I'm asking him a question.
23           MR. COOPER:  I'll clean it up on cross
24      examination, with your questions.
25           MR. ELBRECHT:  Can you read the question

106

1       back, please?
2            (Whereupon, question read back.)
3            THE WITNESS:  Yes.
4   BY MR. ELBRECHT:
5       Q    And why did you want to register the
6   design of a boat that you had stopped making?
7       A    Because I thought it would be a good idea.
8       Q    Why did you think that?
9       A    Because it was our product and I wanted to
10  register all things that we made.
11      Q    So I just want to make sure I understand
12  this time line.  You built a boat in 1998 and you
13  sold it.  Then you made some changes to it in 1999.
14  You started making a new and improved version of
15  that boat.  And then when you registered the boat in
16  February of 2001, a year-and-a-half later, 0045, you
17  wanted to register the original design and not the
18  new and improved design?
19      A    I wanted to register all -- everything
20  that we made.  You asked me what my intent was, my
21  intent was to register everything we had built or
22  intended to build that would be eligible for
23  registration.  Whether we were building at the time
24  or not is really irrelevant.
25      Q    But in looking at the photographs that are

107

1   attached to the 0045, you can't tell us whether or
2   not that is the original design or the revised
3   design, can you, sir?
4       A    I think I've answered this three or four
5   different routines.  I can tell you it's neither,
6   it's the tunnel boat and we are not talking about
7   the tunnel boat.
8       Q    I didn't mean just the first picture, I'm
9   talking about the other pictures, as well.
10      A    Can you be specific as to each picture?
11      Q    Looking at the pictures that are shown in
12  Page 1.
13           MR. COOPER:  We are on Exhibit No. 1?
14      A    Exhibit No. 1, Page 1.
15      Q    And this is an attachment to the 0045 that
16  that your company submitted; correct?
17      A    Correct.
18      Q    And your company supplied these
19  photographs; correct?
20      A    Correct.
21      Q    Can you tell by looking at these
22  photographs whether they are the original design, or
23  your 1998 original design or your revised design,
24  the tunnel boat?
25           MR. COOPER:  Objection.  Incorrect

108

1   characterization.
2       A    I'll answer the question.  Exhibit No. 1,
3   Page 1, is a picture as I have said of both a hull
4   shoe since it has a tunnel boat.
5       Q    We are looking at Page 1?
6       A    I would call the second page the second
7   page.
8       Q    They are numbered 2 out of 5.
9            MR. COOPER:  It's the second page of the
10      exhibit, first page of the photographs.  It's
11      the third page of the exhibit, second page of
12      photographs.
13           Q    I'm showing you what I call, which is the
14      second page, it's the No. 2, Page 1.
15           Q    Could you answer the question?
16      A    I think I already answered, that I can't
17  tell, I don't --
18      Q    It's either only --
19      A    I can't tell the difference and I can't,
20  no, I can't tell the difference, is my answer.
21      Q    They all look the same to you, is that
22  correct?
23      A    I couldn't tell you actually, I don't know,
24  they all look the same, yes, you know, once
25  you build the hull you put in the tooling boxes.

109

```
1    from these photographs or these copies of
2    photographs.
3         Q    In looking at photographs on Page 3 of 5,
4    can you tell by looking at those photographs whether
5    that is the original 2200 Pathfinder V that was sold
6    in Texas or the revised design?
7         A    You already asked me this and I already
8    answered that in the negative.
9         Q    You cannot tell?
10        A    No.
11        Q    And the same answer to Page 4?
12        A    Correct.
13        Q    You can't tell?
14        A    I am unable to tell at this point.
15        Q    Would you agree that persons that are
16   outside the Maverick organization would have a
17   difficult time telling?
18        MR. COOPER:  Objection.  Calls for
19   conclusions on a vast number of people.
20   Objection to the form of the question.  You're
21   asking him a question that's impossible for him
22   to answer.
23   BY MR. ELLSWORTH:
24        Q    You're the president of the company, if
25   you can't tell from looking at these pictures which
```

110

```
1    boat it is, would you agree it is difficult for
2    people that don't work for your company to tell
3    which boat it is?
4         A    From these photographs, absolutely.
5         MR. COOPER:  Same objection.
6         Q    Going back to No. 3, which is the
7    interrogatories, Exhibit No. 3, please, the next
8    change that you stated was made was a change to the
9    style liner; correct?
10        A    Is that a question?
11        Q    Yes.
12        A    That's what's indicated in here, yes.
13        Q    And were there changes made to the style
14   line from the original boat that was sold in Texas
15   to the revised boat?
16        A    Yes.
17        Q    What changes were made in the style liner?
18        A    There was removal and addition of
19   material, sanding, filing, grinding of additional
20   material.
21        Q    What material was removed to make this
22   change to the style liner?
23        A    I'm not sure.  Gelcoat and fiberglass
24   would be in my opinion.
25        Q    What material was added to make the change
```

111

```
1    to the style liner?
2         A    Gelcoat was on the rase.
3         Q    What was the change in the style line, or
4    you said to make that was?
5         A    The change in the style line was to remove
6    the scribe line.
7         Q    What was the scribe line?
8         A    The same problem that affected the sheer
9    line affected the style line.
10        Q    What change are you referring to?  What
11   scribe are you referring to in the style line?
12        A    I think what I just said, the same problem
13   that affected the sheer line affected the style
14   line.
15        Q    Can you explain that?
16        A    Yes.
17        Q    Will you explain it?
18        A    Yes.  Removal of material additionally, we
19   ...
```

112

```
1    ...
```

113

```
1        Q    Is that all that was done, a crooked line
2   was straightened?
3        A    I think what I stated was pretty clear.
4        MR. COOPER:  Can we go off the record for
5   a second?
6        (Whereupon, off-the-record.)
7   BY MR. ELBRECHT:
8        Q    Is that what the change in the style line
9   was, a crooked line was straightened?
10       A    I think I already said that there was a
11  design flaw in the style line which manifested
12  itself in the boat as a result of poor plug work,
13  stabilization of the plug.  And it was evident in
14  the sheer, the style line and the chine.
15       Q    So is it accurate to say in order to make
16  those changes in the design, Pathfinder straightened
17  a crooked line?
18       A    I think in layman's terms that makes it
19  somewhat more understandable.
20       Q    And do you know what degree of change was
21  made in the crooked line?
22       A    No.
23       Q    And would the change in the style line,
24  the straightening of the crooked line, would that be
25  visible to the naked eye?
```

114

```
1        A    Yes.
2        Q    In looking at the photographs that are
3   attached to Evil 0049, starting with Page 1 of the
4   photographs, does that photograph show the changed
5   style line?
6        A    How many times are we going to do this?
7   You have asked me six times.  I think I've answered
8   this in the negative each time.
9        Q    I'm asking specifically about the style
10  line.  And if doesn't, that's fine.
11       A    It doesn't.
12       Q    It doesn't show the change in the style
13  line?
14       A    No.
15       Q    So that -- and that's because it's a
16  tunnel hull?
17       A    It's a different boat.
18       Q    What is the difference in the style line
19  of the tunnel hull and the T-hull?
20       A    I don't know.
21       Q    Is there a difference between the style
22  line in the tunnel hull and T-hull?
23       A    I don't know.
24       Q    You don't know if there's any difference?
25       A    I don't know.  I've never made a study of
```

115

```
1   regardless of the differences.
2        Q    You have looked at the style lines on the
3   T-hull and the V-hull, correct?
4        A    On a while.
5        Q    Can't make the distinction between the
6   hulls?
7        A    Yes, it makes very few of the T-hulls.
8        Q    In your description of the T-hull and
9   V-hull, have you learned any differences in the
10  style line?
11       A    Never really looked for it.
12       MR. COOPER:  Before you set the record for a
13  second.
14       MR. ELBRECHT:  Sure.
15       (Whereupon, off-the-record.)
16  BY MR. ELBRECHT:
17       Q    I want to ask you two questions.
18  First way, was the T-hull considered the V-hull ...
19  particular original T-hull, or any, ...
20  V-hulls.
21       Q    ... by any way.
22       Q    You said the T-hull was much bigger than
23  the original.
24       A    ...
25  anything the design.
```

116

```
1        Q    You said more truth.
2        A    I'm sure Paul Ellis would remember.
3        Q    Do you know if the patents or the process
4   that were present in the V-hull were also present in
5   the original T-hull?
6        A    With certainty I can't answer that
7   question.
8        Q    Who would know that?
9        A    Paul Ellis should know.
10       Q    You indicated there were essentially new
11  hulls made in the V-hull?
12       A    Yes.
13       Q    Do you know if there was a hull made in
14  the original T-hull?
15       A    I think I could say I didn't have any
16  knowledge.
17       Q    ... don't know that?
18       A    Right.
19       Q    ...
20  ...
21  ...
22  ...
23  ...
24  ...
25  ...
```

1    A   No.
2    Q   By Pathfinder?
3    A   No.
4    Q   Is it sponsored by Pathfinder?
5    A   No.  I mean, it's produced by our agency.
6    Q   On your behalf?
7    A   Sure.
8    Q   It's the Pathfinder products
9  specifications for 2001?
10    A   That's what it says, yes.
11    Q   Do you recognize that photograph?
12    A   This looks just like the photograph you
13  showed me earlier.
14    Q   The one that's attached to DVH 0049?
15    A   This photograph?
16    MR. COOPER:  I believe.
17    THE WITNESS:  I think we discussed that
18  photograph as being fairly illegible, but it
19  appears substantially similar if not the same
20  to that photograph.  So that would be my
21  answer.
22  BY MR. COOPER:
23    Q   And I think you told me you didn't know
24  what model year was reflected in the 2/16 photograph,
25  Exhibit No. 1, by looking at that photograph; is

1  that right?
2    A   Correct.
3    Q   In looking at Exhibit No. 19, for the 2001
4  model year does that help you in identifying the
5  model year that that boat was manufactured?
6    A   No.
7    Q   Why not?
8    A   Because the photography that we use does
9  not necessarily represent the individual model year.
10  We do not shoot new photography every model year.
11    Q   If there had been substantial changes to a
12  boat, would you include those photographs of the
13  boat that had those changes in the new model year
14  advertisements and promotional materials?
15    A   Can you ask that question again?
16    Q   Sure.  You indicated that sometimes you
17  don't use the photographs from the current model
18  year; is that right?
19    A   Correct.
20    Q   If there had been any substantial changes
21  from the last model year, would you still use old
22  photographs in your current advertising materials?
23    A   Yes.
24    Q   And why is that?
25    A   In the event that we did it, it was

[The lower-left column of text is too faded to read reliably.]

[The lower-right column of text is too faded to read reliably.]

121

```
1       Q    And let me show you what we have marked as
2   Exhibit No. 20 and ask if you can identify that.
3       A    Looks like the same photograph again.
4       Q    And is that for the 2000 Pathfinder
5   product specifications?
6       A    I don't know.
7       Q    Is there a way you can look at that to
8   determine what date your company's specifications
9   were published?
10      A    I don't see a date on it.  No, I don't see
11  a date on it.
12      Q    Look on the back page where there's the
13  copyright there, is there a date there?
14      A    Yes, it says 2000.  I'm sorry, I didn't
15  see the date.  Copyright 2000, Maverick Boat
16  Company.  Which meant this brochure was printed in
17  2000.  Sometime in 2000.
18      Q    So the front of the brochure, does that
19  appear to be the same photo --
20      A    Yes.
21      Q    -- as in Exhibit 19?
22      A    Yes, it does.
23      Q    In Exhibit No. 19 there's a picture of
24  both the V-hull and the -- is that correct?
25      A    Correct.
```

122

```
1       Q    Now, that picture of the V-hull, is that
2   the boat that has the changes that we have discussed
3   that were made from the 1998 2200 V-hull that was
4   sold in Texas and revised model?
5       A    I believe this is an old picture, so this
6   would be the original design.
7       Q    You indicated that some of these changes
8   were made for aesthetic reasons, correct?
9       A    Yes.
10      Q    Why would you not portray your new, more
11  aesthetically pleasing boat in your promotional
12  material?
13      A    Cost of photography would be my guess.
14  Photography is very expensive.  At least quality
15  photography is very expensive.  Unless there is a
16  reason that we believe that the photography is no
17  longer acceptable, we are going to run it as long as
18  we can.
19      Q    And these are the materials that are
20  distributed to potential buyers?
21      A    Yes.
22      Q    Free from going to your boat lot.
23      A    Yes.
24      Q    So the aesthetically pleasing changes
25  that you changed in 1998 were not even shown in your
```

123

```
[text too faded to read reliably]
```

124

```
[text too faded to read reliably]
```

125

```
 1    photographs specifically, is that the identical
 2    style line?
 3         A    Like I said, I don't know without having
 4    both boats there to examine them in detail.  I can't
 5    tell from these pictures whether they are identical
 6    or whether they are substantially similar.
 7         Q    Would you agree that to the general public
 8    those style lines look the same?
 9              MR. COOPER:  Objection.  Asking him to
10         speculate what's in the mind of the general
11         public, he's not competent to do that.
12    BY MR. ELBRECHT:
13         Q    You can answer.
14         A    Can you ask the question again?
15         Q    Yeah.  To the average person who looks at
16    these materials, do you think they'd be able to see
17    any difference between the style lines as they are
18    depicted in the 2260 T and 2200 V?
19         A    I think it would be very clear to the
20    average person these are both Pathfinders.
21         Q    Is there any difference between the style
22    lines in the 2260 T and the 2200 V that can be seen
23    in these photographs?
24         A    Again, given the size of the photograph,
25    the use of my glasses, and the fact that I don't
```

126

```
 1    know when this boat was built -- I think I know when
 2    that boat was built -- I can't really give you an
 3    opinion on that.
 4         Q    When you say the style line, can you
 5    describe what you're referring to relating to
 6    Exhibit No. 20?
 7         A    For purposes of this discussion I will
 8    call the style line the colored portion of the hull;
 9    which in the case of the 22 V was the burgundy color
10    and in the case of the 22 tunnel it was a gray
11    color.
12         Q    And that's what's visible in these
13    photographs; correct?
14         A    Correct.  Partially, it's not completely
15    visible because of the angle of the photography.
16         Q    You indicated that the style line is built
17    into the hull, as well?
18         A    It is built into the hull.
19         Q    Well, given all of what you said about the
20    photographs and limitations, but in looking at your
21    promotional material, can you identify any
22    difference between the style line in looking at what
23    material between the 22 V and the 22 T?
24         A    Yes, there's a big difference.  One is the
25    port side and one is the starboard side.
```

127

```
 1         Q    Do you have the style line on both sides
 2    of the boat?
 3         A    Yes.
 4         Q    And both of them be around, have the
 5    style line on the opposite side; correct?
 6         A    Correct.
 7         Q    After that, looking at both sides of
 8    a boat, do you see any difference between the style
 9    lines that you can see that are depicted in your
10    promotional materials, Exhibit No. 20, for the 2200
11    V and the 2260 T?
12         A    As I stated, I think I've already answered
13    that earlier, given the limitations we are dealing
14    with, no.
15         Q    Now, the descriptive material in this it
16    specifically . . . working the features
17    it has that are found the 2260 V and the 2260
18    T; correct?
19         A    Yes.
20         Q    . . . this is one of the materials . . .
21    that would be . . .
22         A    It's fair that the item spec it the
23    . . . . . . . . . I don't guess
24    my . . . . . . . . . . But the
25    . . . . . . . . . . . . . . .
```

128

```
 1    . . . provide . . . former . . . charge.
 2         Q    . . . the . . . that are available in the
 3    2200 V and the 2260 T are the same?
 4         A    That's what's indicated in the brochure,
 5    yes.
 6         Q    Do you have any reason to disagree with
 7    what's indicated?
 8         A    Let me read it.  I see no mistake.
 9         Q    What's that?
10         A    Well, under the standard features for the
11    2200 V and 2260 T it references a tipped transom
12    . . . hull which is molded in on the V and not on the
13    T.  That was reflected.  It has a hatch, the V has
14    a step.  So they shouldn't have been modified in
15    the brochure.
16         Q    . . . that that item on the V and
17    reflected, are these any . . . -- that is there any
18    point --
19         A    . . . . . . . . . . . . item.
20         . . . . . . . . . . . . . . . there
21    . . . a hatch there . . .
22         . . . . . . . . . . . . . . . .
23    . . . there . . . . . . . . . . . . .
24    . . . . . . . . . . . . . . . . .
25         . . . . . . . . . . . . . . .
```

129

```
1      A    Yes.
2      Q    And the specifications regarding length,
3  the beam, the weight, the draft, fuel capacity and
4  maximum horsepower, are those both the same for the
5  2200 T and the 2200 V?
6      A    Yes.
7      Q    And can we agree that the boat that's
8  shown in your 2000 specifications, 19 and -- 2001
9  specifications in No. 19 and the two specifications
10 shown in Exhibit No. 20 are the specifications that
11 are in the DVH 0049?
12     A    The running shot in DVH I would agree to.
13     Q    I'm going to show you what we have marked
14 as 22 and 23, which are two photographs.
15         MR. COOPER:  Do you have other copies?
16         MR. ELBRECHT:  I do not have copies,
17     we can make copies.
18 BY MR. ELBRECHT:
19     Q    In looking at -- for the purposes of this
20     question I'll represent to you that the hull
21     identification number in Exhibit No. 23 is the boat
22     that's depicted in No. 22.
23     A    Are you referring to the other that this
24     red tail's got to the --
25     Q    I believe that's the case.  I'm...
```

130

```
1  testify, but assume for the purposes of this
2  question that this is the case.
3          Can you tell when that boat was made?
4      A    I can tell by looking at this.
5      Q    When was that?
6      A    It was made in 2000.  You read the I.D.
7  number.
8      Q    What numbers in the hull number?
9      A    The last three digits.
10     Q    Does it indicate what month in 2000 it was
11 made?
12     A    Yes, it does.
13     Q    When was it -- what month in 2000 was it
14 made?
15     A    March.
16     Q    So that boat would have the changes that
17 you have described that were made and published in
18 May of 1999?
19     A    Yes, I believe they would.
20     Q    All of the changes --
21     A    This boat would.
22     Q    I'm asking you to assume it's this same
23 boat.
24     A    I can't know that I'm willing to make that
25     leap, but you are.
```

131

132

133

1  here, then I would say hypothetically, yes.
2       Q    Is there anything in either of these
3  photographs that would indicate to you that it's not
4  a 2000 model year boat?
5       A    Well, this photograph would indicate that
6  this is a 2000 year boat.  This photograph doesn't
7  give me anything to indicate what year it is.  You
8  know, it's not a complete picture of the boat.  Part
9  of the boat is cut off in the picture, the lighting
10  is bad.  It's on a trailer that could be crooked or
11  straight.  There's not really much there that gives
12  me an indication of what year it is.
13       Q    So if this photograph, Exhibit No. 22, has
14  any of the changes that were made to the '99 model
15  that was sold, you can't see it in this photograph?
16       A    I'm just saying that I can't tell from the
17  photograph what model your boat that is.
18       Q    And you can't tell from this photograph or
19  any of these whether any of these changes that were
20  made to the original design are present in this
21  boat?
22       A    I'm certain you will have to take the jury
23  right from a supported and discussion with a
24  photograph of a boat. I've never seen to make a
25  comparison that would turn into testimony.  And I'm

134

1  not going to turn an assumption into fact and
2  testify that this is anything.
3       Q    This question is just based on your
4  observation of this photograph, Exhibit No. 22 on
5  it's own.  In looking at this photograph of the
6  Pathfinder V-hull, can you tell as president of the
7  company whether any of the changes that were made to
8  the original design are present in this photograph?
9            MR. COOPER:  Asked and answered.  He also
10       testified with respect to the quality of the
11       photograph which impedes his testimony.
12            MR. ELBRECHT:  That's a speaking
13       objection, that's coaching.  And that's number
14       four.
15            MR. COOPER:  I'm reciting what he said.
16            MR. ELBRECHT:  You are not supposed to
17       make a speaking objection, only to the form.
18            MR. COOPER:  I don't need any lectures.
19            MR. ELBRECHT:  Why do you keep doing it?
20            MR. COOPER:  Your questions are improper,
21       let's give the answer.  You got your answer.
22            MR. ELBRECHT:  Can you restate my last
23       question, please?
24            (Thereupon the record was read.)
25            THE WITNESS:  Now that's the question

1  going to take it anymore -- any further than that.
2      Q    When you say that the sheer line appears
3  to be true, what are you referring to?
4      A    Well, the sheer line is to me this line
5  right here (indicating).
6      Q    When you say it's true, it's straight?
7      A    It appears to be straight.  It's difficult
8  because of the wide angle of the lens.  The camera
9  kind of gives you a fish eye version of the boat
10 which kind of distorts the lines.  Which is why I'm
11 not comfortable with what I know about photography
12 after having done this for 10 years, the wide angle
13 lens that took that picture distorts the lines.  And
14 by nature of photography, I am really hesitant to
15 make any definitive determination.
16     Q    What about the style line that's shown in
17 this photograph that makes you think that it is the
18 revised style line?
19     A    That appears to me to be the revised style
20 line for the reasons that I just stated.  The
21 revised sheer line on the two, lined up together,
22 you would have to...
23     Q    The style line would be the portion that
24 is outlined in yellow --
25     A    Correct.

1      Q    -- part of the hull?
2           Are you saying that the style line
3  and portion of the hull that's depicted in Exhibit
4  No. 22 appears to be straight as opposed to the
5  original design?
6      A    I think maybe I can help you out here in
7  the interest of time.  There were symmetry issues.
8  And without having both sides of the boat at the
9  same time, I can't comment on symmetry.  So showing
10 me one side and then showing me another side will
11 not get me there.  And I'm not going to get there.
12 So we can do this for two more hours, but I'm not
13 going to get there.
14     Q    Let me show you what we have marked as
15 exhibits No. 21 and 25.  Again, for these
16 questions -- assume for purposes of these questions
17 that the hull identification number --
18     A    These are the same boat?
19     Q    Depicted in 21 is boat No. 25.
20          MR. O'HARE:  Same objection that I
21     interposed earlier.
22          BY MR. STABINSKI:
23     Q    In looking at that hull I.D. number, can
24 you tell me, again, assuming for these questions
25 this is the same boat in 21 and 11, what that boat

141

```
 1   that what you're asking me or physically point them
 2   out in the photographs?
 3        Q    Let me finish the question first.  I'm
 4   talking about changes specifically referring to the
 5   items you listed in response to interrogatory number
 6   five.
 7        A    Well, you have got a picture of the
 8   starboard side of one boat and a port side of one
 9   boat.  So you're back to my original problem, you
10   can't have a discussion of symmetry when you show me
11   one half of one boat and you show me the port side
12   of one boat and now ask me to comment on the
13   starboard side of another boat.  I can't really do
14   that.
15        Q    If you can't, just answer the question
16   that way.
17             Do you see any difference in these
18   two pictures in the sheer line of the two boats?
19        A    Yes, one is the port side and one is the
20   starboard side.
21        Q    Aside from that, do you see any difference
22   in the sheer line?
23        A    She had a gouge and rail repaired in the
24   picture in the sheer line, in boat 001.
25        Q    But that's not a design change, that was
```

142

```
 1   made from the '99 to the -- the original '99 model,
 2   isn't it?
 3        A    Is this a question?
 4        Q    Yeah.
 5        A    No, that's an option.  It's there and you
 6   asked me to comment on it.
 7        Q    I appreciate that.
 8        A    Both photographs are, you know, somewhat
 9   distorted because of the wide angle of the lens.  In
10   both cases you can see the center part of the
11   photograph is actually rounded because of the shape
12   of the lens.
13        Q    That being said the question is, can you
14   identify or see any difference in the sheer line as
15   depicted in these photographs?
16             MR. COOPER:  I'm going to object to the
17        form of the question based on the exhibits that
18        you have presented.  If they are not accurate
19        depictions, I don't think you can ask him to
20        make that comparison.  If the photographs
21        distort the imaging, I don't think that's a
22        fair question.
23             MR. ELEMENT:  I don't believe that's a
24        fair objection.
25             MR. COOPER:  I'm not examining him, I'm
```

143

```
 1        making my objection.  You're instructed to ask
 2        questions that are appropriate under Rule 26.
 3        I don't think the portion of her you're asking
 4        her...  I have an answer from her so I'm asking that
 5        question for the objection.
 6   BY MR. ELEMENT:
 7        Q    The portion is, given that you're
 8        limited to these photographs you believe valid
 9        and you already expressed that -- you testified what
10        was shown or not shown in the photographs and how
11        they were taken, given these limitations the
12        question still is, can you identify or see any
13        difference in the sheer line as it's depicted in
14        these photographs?
15        A    This boat appears to have a drop in the
16        stand section of the sheer, or I can't tell, in
17        this is the way the water line at the stern again,
18        it's on the wide angle lens and it's that it's
19        rather that it's a portion of the straight line...
20        Q    I said boat 001.
21        A    I say...
22        Q    So 001?  So this is in reference to my
23        photographs that with respect to boat 001.
24        A    ...
25        Q    Referring to the image that I saw,
```

144

```
 1        A    Well, I mean if you are looking at it, it's
 2        hard to say that that's straight distortion.
 3        Q    And when you say boxy, what do you mean.
 4        A    What I mean is a wider edge, now I
 5        call a straight edge, a piece of paper, what I
 6        believe to be straight edge over the sheer and it
 7        shows that the image is distorted both above and
 8        either in a downward direction from the center
 9        portion of the boat.  And that is either a part or
10        that is a distortion of the picture.  Now, which is
11        is, I can't tell you, but it's certainly not
12        straight either.
13             But it is the case that on the other
14        boat, it reflects a very similar but smaller --
15        well, actually, there is no deep toward on this a
16        boat that I can see.  And this is a very much so
17        on its side.  But so...  appears to be distorted and
18        boxy.
19        Q    So it would be fair to say that the
20        difference between the two sides is actually
21        really apparent and that reaffirms it is boxy.
22        A    Oh, not really.
23        Q    It gets to you on the sheer line per se?
24        The center is in and the middle away, and now
25        really apparent when you look at the side of the...
```

145

```
1   side --
2        A   Yes, I think they are.
3        Q   -- to a layperson?
4        MR. COOPER:  Objection to the form of the
5   question.
6   BY MR. ELBRECHT:
7        Q   I'm talking about not necessarily a boat
8   builder or expert, but do you think the general
9   public would see the difference?
10       MR. COOPER:  You can't ask him questions
11   about what's in the mind of the general public.
12       MR. ELBRECHT:  He filed an interrogatory
13   that talks about the unique look of the
14   Pathfinder, how it looks in the water, so I
15   thought he already brought that up.  I think it
16   is an appropriate question, but your objection
17   is noted.
18       THE WITNESS:  What was your question?
19   BY MR. ELBRECHT:
20       Q   Do you believe that the changes that were
21   made to the sheer line are apparent to the general
22   public?
23       A   Yes.
24       Q   But in order to see that change in the
25   sheer line, what needs to be done; do you need to
```

146

```
1   look at it from a certain angle or do you need to
2   take measurements or what needs to be done?
3        A   I think taken from a correct angle and
4   looking at both side by side --
5        Q   What's the correct angle?
6        A   I think the easiest angle is straight on.
7        Q   From the bow?
8        A   From the bow.
9        Q   Do you think if photographs were taken of
10   the old original design and the revised design
11   head-on that those photographs should be able to
12   show the difference in the sheer line?
13       A   Is it possible that they would, yes.
14   Would I recommend that as a way and would I use that
15   as a methodology to make that determination,
16   absolutely not.
17       Q   Can you see any difference or identity any
18   difference, you know, to Exhibit No. 25 and Exhibit
19   No. 22 of the style lines?
20       A   Yes.
21       Q   What other than its curvature and port?
22       A   The curvature and section of the style
23   line on Exhibit No. 25 appears in both Exhibit No.
24   25 and Exhibit No. 21, which you said referenced the
25   same boat, to have a fairly severe distortion to it.
```

147

```
1        Q   Can you tell me what you're referring to?
2        A   I'm going to Exhibit No. 21.  Above the
3   number on this one there's a port while hook and
4   then there's a sort of symmetry to the curve.
5        Q   You're referring to this third or the
6   fourth one?
7        A   Sort of, it's my tardy straight edge.
8   I'm noticing many things about that, but that is
9   ...
10       Q   In Exhibit No. 21 you just hand-picked a
11   something, can you try finding it?
12       A   I think this quite showing, again I'm
13   dealing with a photograph, but it appears to me that
14   this section here is in a sweep motion.
15       MR. COOPER:  Let the record reflect the
16   the witness has placed an actual ruler on Exhibit
17   No. 21 in the middle portion of the photograph,
18   What I was about to tell him, make part of the
19   acknowledgement.
20       THE WITNESS:  ...
21       ...
22       MR. COOPER:  ...
23   of 21, number 21?
24       ...
25   ...
```

148

```
1   the style line on the original version?
2        A   I can't testify to that, because I didn't
3   physically see the work.  But had that been part of
4   the original design and they retained it without
5   correcting that, redesigned the boat without
6   correcting that, I would be very surprised.
7        Q   So the second version would have a
8   straightening of this curve in the style line?
9        A   The second version, the second body,
10   would not have that in it, I would hope.
11       Q   When you're talking about design, was the
12   original design of the style line designed to have a
13   curve or any kind of molded ways to it?
14       A   Not intentionally, no.
15       Q   But in the manufacturing process something
16   occurred to cause the style line to bend or warp?
17       A   I'm your manufacturing standpoint exactly
18   what you're talking about --
19       Q   Okay, from the 25 -- during the original
20   tooling process there was a bend to that style
21   line or it bent right.
22       A   During a part to it.
23       Q   So it wouldn't hold it what it was, do you
24   understand what is it is talking.
25       A   We're not really saying what it would
```

1 you said something that didn't really get me back to
2 the original question.
3     Q    Let me start over.  I'm not trying to
4 confuse you.  Would the problem that you have
5 identified that existed in the style line, would
6 that have been some kind of defect that would have
7 been in the mold?
8     A    That is my assumption.
9     Q    And that mold would have ended up
10 producing a boat from what was originally intended
11 because it had this defect in it?
12     A    The defect that was in the mold
13 undoubtedly came from a defect in the plug, which is
14 what we have discussed hours ago about how that all
15 came about.
16     Q    And that ended up producing a crooked
17 style line, if you will?
18     A    Among other things, yes.
19     Q    And in the revised version the style line
20 was straightened?
21     A    In the revised -- where is the -- I think
22 we have talked with great detail why what happened
23 in the issue of the rotality, and I think we have
24 already covered the style line, haven't we.  The
25 original style line contained a design flaw, and the

1 design flaw was --
2     Q    It was crooked?
3     A    -- repaired.  I'm sure that was part of
4 it.
5     Q    That's what I'm trying to find out.  Is
6 there anything else that was corrected but the style
7 line that was produced in a crooked manner?
8     A    It was asymmetrical and crooked.
9     Q    Was it designed to be asymmetrical?
10     A    No, that's why we designated it as a
11 design flaw.
12     Q    What's the difference between a design
13 flaw and a manufacturing flaw?
14     A    Well, in my opinion a manufacturing flaw
15 is when in the course of manufacturing the
16 product -- a process variation makes it through to
17 the customer who receives a product that is
18 substandard.  Not because of the design of the
19 product but because of the execution and the
20 manufacturing of that product.
21     Q    And what is that, is that a manufacturing
22 flaw?
23     A    Correct.
24     Q    Is that what happened with the style line?
25     A    No, that's not what happened with the

[text illegible/faded]

[text illegible/faded]

1    Q    And in style, is that what you're
2  referring to?
3    A    Is that a question?
4    Q    When you say they had to adjust the style
5  line, what did they have to adjust to adjust the
6  sheer line?
7    A    My understanding, and I'm not the one who
8  did the work, but my understanding is the sheer line
9  had to be raised where it was low, lowered where it
10  was high.  So where it was low and the sheer line
11  was raised, then the style line would have to be
12  raised as well.  Where it was high, the sheer line
13  was lowered, then the style line would be narrowed
14  in that area.
15    Q    Were there any other changes made to the
16  style line?
17    A    I am not aware.  But as I said, I would
18  not be aware of the intimate details of what went on
19  in the redesign.
20    Q    The style line, does it run from the bow
21  of the boat to the stern of the boat in the original
22  design?
23    A    Yes.
24    Q    Does it run from the bow of the boat to
25  stern of the boat in the revised

1    A    Yes.  Actually wraps around the transom.
2    Q    Does it do it in both designs?
3    A    I believe so.
4    Q    The style line proceeds from the bow of
5  the stern and then it jets up at an angle towards
6  the stern of the boat, is that deviation or jet up
7  as I refer to it, is that present in both the
8  original design and revised design?
9    A    Yes, it is.
10    Q    Is the logo, is that a -- it says
11  Pathfinder?
12    A    Yes.
13    Q    Is that present in the same position as in
14  relation to the style line on the old -- on the
15  original design and revised design?
16    A    Truthfully, the people that put those on
17  put them on by hand, so I suspect if you took 200
18  different Pathfinders they would all have some
19  differences.
20    Q    But not necessarily consistent?
21    A    Correct.
22    Q    And you testified coloring is part of the
23  style line; correct?
24    A    No, I think that what I said was the style
25  line for purposes of this discussion we need to

[Text too faded to read reliably]

[Text too faded to read reliably]

```
 1      Q    What changes, if any, were made to the
 2 chine line from the original version that was sold
 3 in 1998 and what you have called the revised
 4 version?
 5      A    Not having done the work myself, I'm very
 6 limited in my ability to comment on it.  But I will
 7 reference interrogatory number five which says
 8 changed the chine line, required sanding, drilling,
 9 grinding to repair, the change was both aesthetic
10 and functional.
11      Q    Do you know what material was added or
12 removed from the chine line?
13      A    I'm sure it's fiberglass and gelcoat off
14 and fiberglass and gelcoat on.
15      Q    Do you know what the nature of the change
16 to the chine line was?
17      A    No.
18      Q    Do you know if there was a change in the
19 length of the chine line?
20      A    I doubt that.  But like I said, I already
21 said I don't know the nature of the change, it's
22 still not for me to comment on the change.
23      Q    It references in the interrogatory that
24 there was sanding, filling and grinding to repair the
25 chine line.  Do you know what was sanded, filled or
```

```
 1 grinded?
 2      A    The chine it sounds like.
 3      Q    What does it mean when it says repair?
 4      A    My opinion to repair a chine is to change
 5 it and to make it what you want it to be.
 6      Q    Does chine line affect the performance of
 7 the boat?
 8      A    Yes.
 9      Q    Did the changes that were made of the
10 chine line affect the performance of the boat?
11      A    I'm sure they did.
12      Q    Do you know in what way?
13      A    Hopefully positive.
14      Q    Well, what positive way?
15      A    I can't answer that because I don't know
16 what changes were made.
17      Q    When it says in the interrogatory you
18 participated in the changes, what was your
19 participation?
20      A    You asked me that a couple of hours ago.
21      Q    That was in relation to the sheer line, I
22 believe, asking but my way down the list.
23      A    My participation in the chine line was
24 similar to my participation in this whole video in
25 that I discussed with Mr. Elliotgtee turn that
```

```
 1 changes needed to be made and I gave him
 2 authorization to make the changes.
 3      Q    Changes made to the chine line, is that a
 4 design element that you are claiming is protected
 5 under any of the registrations with the --
 6           MR. COOPER:  I object to that question to
 7      the extent it calls for a legal conclusion.
 8      The scope of copyrights is a matter of law.  We
 9      answered the interrogatories, the
10      infringement questions were answered by attorneys,
11      they set forth the information that you need.
12 BY MR. SCHMETT:
13      Q    Can you answer the question?
14      A    Ask it again.
15           MR. COOPER:  He can't answer the question
16      in any sense that you have asked it because it
17      calls for a legal conclusion.
18           MR. SCHMETT:  Can you even make that
19      objection.
20           MR. COOPER:
21      Q    If the allegations -- the changes in the
22 chine line is an element in a number of your
23 claiming infringement, is it any, is it that has
24 anyone's expert testimony indicating infringement
25 of it.
```

```
 1           MR. COOPER:  I renew my question subject
 2      to the objection.
 3      A    Yes.
 4      Q    You testified that you thought the change
 5 in the chine line would positively affect the
 6 performance of the boat; is that correct?
 7      A    Correct.
 8      Q    Would it help it in the way it handled
 9 rough water?
10      A    I think I also said without being asked to
11 the actual changes that were made it would be
12 impossible for me to comment on what the effects
13 would be.  So any positives related to that I'm not
14 able to answer.
15      Q    In looking at the page question that was
16 attached to Exhibit 7..., which is the application
17 only, it sets forth as an ornamental and has two --
18 draws the subject of the application is a drawing.
19           MR. COOPER:  Let me object.
20           ...
21           ...
22           ...
23           ...
24           ...
25           ...
```

```
1   photograph.  I can't even see it much less comment
2   on --
3              MR. COOPER:  We are referring to the
4       second page of photographs.
5              THE WITNESS:  2 of 5.
6   BY MR. ELBRECHT:
7       Q    You can't tell whether the chine line has
8   been revised in this photograph or not?
9       A    Correct.
10      Q    And in going back to the previous page,
11  can you tell whether the chine line has been revised
12  in either of those photographs?
13      A    No, I cannot.
14      Q    Going to Page 3 of 5, can you tell whether
15  the chine line has been affected?
16      A    Obviously not from the deck.
17      Q    And Page 4 of 5.
18      A    Obviously not from the deck.
19      Q    And 5 of 5.
20      A    Obviously not.
21      Q    Going to Exhibit No. 3, which is your 0056
22  application.  Let me ask you first of all, we
23  received this application DVM 0056?
24      A    It says Dr Leffew on the application.
25      Q    And I think you indicated he's the
```

```
1   gentleman that did 0049?
2       A    Correct.
3       Q    Did you give any instructions to
4   Mr. Leffew relating to DVM 0056?
5       A    I don't believe so, no.
6       Q    I'm not asking about discussions you had
7   with counsel, your attorney, but did you or have any
8   discussions with anyone in Maverick about DVM 0056
9   prior to its submission of the application?
10      A    Can you ask that question again?
11      Q    Did you speak with anyone other than your
12  attorneys about this application DVM 0056?
13      A    About the fact we are making an
14  application?
15      Q    Yeah.
16      A    Yeah.
17      Q    Who did you speak with?
18      A    I'm sure I spoke to both Jim and possibly
19  Paul.  Or they in turn spoke to me.
20      Q    What was the nature of those -- what did
21  you guys talk about?
22      A    That we are making an application,
23  believe the changes that we have made from the
24  original Pathfinder 2050 V.
25      Q    Was it your decision to go ahead and
```

```
1   proceed with this application DVM?
2       A    Yes.
3       Q    And it's referred to in the paragraph two as
4   a new improved version of an earlier design in that
5   right.
6       A    Correct.
7       Q    Now, did there come a point in time where
8   you become aware that 050 was not a valid
9   registration?
10      A    Yes.
11      Q    And when did you become aware of that?
12             MR. COOPER:  If you can answer that
13      question without disclosing the advice of
14      counsel.
15      A    Then I can't answer that question.
16      Q    Were you aware at the time that you
17  submitted the 0056 application that DVM 050 was
18  invalid?
19      A    I can't in really recall.
20      Q    ... if you had become aware you had
21  filed with regard to application DVM 056 --
22      A    That ... with regard and
23  I don't know what the application ... do with
24  that.
25             MR. COOPER:  I'll just ... there is
```

```
1       A    We referring to the photographs that
2   accompanied 056?
3       A    I don't know.
4       Q    Did you see the photographs that are
5   attached to 056 before they were submitted with the
6   application?
7       A    I made up.
8       Q    Looking at 056, can you see the changes
9   to the style line that were made to the original
10  design?
11      A    Well, again, I'm not to estimate the
12  fact that image quality in these things is very
13  poor.  But the ... and certain, aspects of the
14  ... and I can't -- I can't see any of the
15  problems that were evident on the original version.
16  But the image quality is not that I would want
17  to make a final statement based on it.
18      Q    ... really, this are the points on this
19  ... relate to the application.
20      A    ... the points ...
21  ... and regard to ...
22  ... design.
23      Q    ... the ...
24  ... and
25  ... you had based on the ...
```

1 the photographs attached to DVH 0056, see where it
2 says two parenthesis style line modified?
3    A   Uh-huh.
4    Q   Who put that information below those
5 photographs?
6    A   I don't know.
7    Q   And you see where there's little drawings
8 in the two photographs?
9    A   Uh-huh.
10    Q   The number two it looks like is drawn
11 towards the rear or the stern of the boat?
12    A   It looks like it's on the chine actually.
13    Q   Right.
14    A   But, again, I can't -- if you look at this
15 picture, the whole aft section of the boat, the
16 whole color of the style line is washed out in the
17 copy.
18    Q   What is that referring to when it says
19 style line modified at stern side of the boat?
20    A   I can't tell from this picture. Actually,
21 I should say I can't tell from this exhibit.
22    Q   Do you know whether or not you could
23 tell -- you could see the change in the style line
24 in the original that was submitted to the copyright
25 office?

1    A   I think I testified earlier I don't
2 believe that -- there's a very high probability I
3 never saw the original photographs, so it would be
4 impossible for me to testify what I could see in the
5 photographs having never seen the photographs.
6    Q   Can you see any changes that were made to
7 the sheer line in the photographs that are attached
8 as DVH 0056?
9    A   The image quality of the sheer line
10 section of both photographs, or both copies of the
11 photographs in this exhibit are of such poor quality
12 I would not be able to do that.
13    Q   And you don't know -- again, you haven't
14 seen the originals so you don't know if that's
15 better or not?
16    A   I don't. What I said, I don't believe
17 I've seen the originals. Assuming I haven't seen
18 the originals, it would be impossible for me to
19 comment on what I could discern from them.
20    Q   Do you know why there's only two
21 photographs attached to this?
22    A   I don't know that the bulge applicable
23 had two, four or more photographs attached to it. I
24 know that your Exhibit No. 1 we all agreed was
25 incomplete when in reference the applicable, and

1  discussion, we'll use the chine and the gunwale of
2  the boat.
3      Q    What changes were made to the free board
4  from the revised design that differed from the
5  original design of the Pathfinder?
6      A    The changes made in the free board would
7  be simply where the sheer was raised, the free board
8  was raised.  Where the sheer was lowered, the free
9  board was lowered.
10      Q    And it indicates in the interrogatory
11  response that the reason for the change was
12  aesthetic, is that right, that's Exhibit No. 2,
13  Mr. Deal?
14      A    I don't know.  You have it, is that what
15  it says?  I agree with what it says here, yes.
16      Q    What was it about it that changed that,
17  improved the aesthetic?
18      A    Go back to my earlier statement that every
19  action has a reaction so, therefore, you cannot
20  change one aspect of any of the items we are
21  discussing here without having implications down the
22  line to all the other parts that are interrelated.
23  So, therefore, it's impossible to change the chine
24  without changing the free board.  It's impossible to
25  change the style without changing the sheer.

1      Q    So when the change was made that resulted
2  in the change to the free board, are you saying that
3  the free board became more aesthetic or that other
4  aspects of the boat became more aesthetic?
5      A    I think in totality this made the entire
6  boat -- these changes made the boat more
7  aesthetically appealing.
8      Q    How?
9      A    They all worked together in concert to
10  make a more symmetrical and better styled product.
11      Q    So the reason for the change in the free
12  board went to what we talked about earlier, that you
13  needed to correct the asymmetry that was present in
14  the sheer line?
15      A    Is that a question?
16      Q    Yes.
17      A    Can you ask it again?
18          MR. COOPER:  Let's take a break.
19          _____
20          _____
21          THE WITNESS:  To put it into context, the
22          answer to that question is yes.
23  BY MR. SLEMROTT:
24      Q    All of the changes that we talked about so
25  far, the sheer line, the style line, the chine line

173

```
 1    A    No.
 2    Q    This photograph, exhibit number 1 of 5, do
 3  those views of those photographs depict changes that
 4  were made in the free board?
 5    A    No.
 6         MR. ARNOLD:  Excuse me, you're looking at
 7    the wrong page, Mr. Deal.
 8         MR. ELBRECHT:  No, that is 1 of 5.
 9  BY MR. ELBRECHT:
10    Q    Same question, 2 of 5, does that show
11  changes to the free board?
12    A    Don't know.
13    Q    You don't know?
14    A    Don't know.
15    Q    Can you see any changes to the free board
16  in these photographs?
17    A    No.
18    Q    Photograph 3 of 5, can you see any changes
19  to the free board in those?
20    A    Obviously not.
21    Q    1 of 5?
22    A    Obviously not.
23    Q    And the drawing that's 5 or 5.
24    A    Obviously not.
25    Q    And then on to the pictures that are
```

174

```
 1  attached to 0056, can you see the changes to the
 2  free board in either of those photographs?
 3    A    Well, again, we have discussed adnauseam
 4  the image quality and the nature of the photographs
 5  are such that you would not be able to discern a
 6  difference or see a specific change.  But do I
 7  believe that the changes are represented in this
 8  photograph, this fairly represents the redesigned
 9  boat, I would say yes.
10    Q    Let me just show you, this is the same
11  copy, if you could circle on those photographs where
12  the changes would be to the free board?
13         MR. COOPER:  Can we have this marked as a
14    separate exhibit?
15         MR. ELBRECHT:  Yes, he's going to mark on
16    it, so we'll have it marked.
17    A    I think I already stated since I'm not the
18  one that did the work, I'm not able to indicate
19  specifically with great accuracy what was done.  I
20  know it was done, I can tell you specifically what was
21  done, but I can't tell you .... and a quarter inches
22  from this point there was an additional ... seven in
23  free board.
24    Q    Well, you indicated that it would be
25  reflected in these photographs if they were taken
```

175

```
 1    A    I will tell you that, these areas are
 2  changed. This would satisfy your question, which is
 3  ... ing the area it changed.
 4    Q    So we had much ... any ... ? you put your
 5  initials, free board changes.
 6         ........................................
 7         ...........
 8         MR. ELBRECHT:  Let's do the same thing
 9    with regard to the style line.
10         ........................................
11         ...........
12         MR. ELBRECHT:  The same thing with the
13    sheer line.
14         ........................................
15         ...........
16         MR. ELBRECHT:  And the same thing as the
17    filler.
18         ........................................
19         ......
20         MR. ARNOLD:  Well, that's ... one ... of
21    the ... that I can't ... ... on it ... I have,
22    but I also feel like that I don't ... want
23    to ... of what was the ... to this ... I
24    mean, I couldn't tell you where the ... you
25    know, I can't ... ...
```

176

```
 1         ........................................
 2  BY MR. ELBRECHT:
 3    Q    Do the changes made on the ... are not
 4    visible in the --
 5         MR. COOPER:  I think he marked the area
 6    where the change would be.
 7         MR. ELBRECHT:  Are you testifying?
 8         MR. COOPER:  No, I'm trying to ... the
 9    record.
10         MR. ELBRECHT:  If you have an objection,
11    just make an objection, that's all I'm asking.
12  BY MR. ELBRECHT:
13    Q    I believe it's been tied in the
14    interrogatories that the changes to the free board
15    ... filler ... to the model.  Can you
16    explain the changes to the model that ... to the
17    production of the model?
18         ........................................
19         ........................................
20         ........................................
21         ........................................
22         ........................................
23         ........................................
24         ........................................
25         ........................................
```

1 will not be the limit of the effected changes. But
2 I believe that the free board changes were designed
3 to make the decking process of decking more
4 consistent and to make it easier for the guys
5 physically doing the decking to do the decking.
6     Q Did that make the production of the
7 building of the boat less expensive?
8     A Well, I think in a global sense anytime
9 you make something easier to do, it has an effect on
10 quality and on cost. So I would have to say yes.
11     Q Did it increase the speed at which you
12 could manufacture the boats?
13     A I'm sure to some margin, yes, but not to a
14 huge degree.
15     Q There's a reference in the interrogatories
16 the next change is to the flange. What is the
17 flange?
18     A Well, the flange that we are discussing
19 here is the hull flange. And that is the part of
20 the hull exterior to the top side of the boat. Part
21 of which is stripped off and then added and
22 remaining on the product.
23     Q Well, is the flange something that's
24 visible to the customer in the final product?
25     A I think that the description of the made

1 as I understand the change to be made includes the
2 part of the flange which remains on the product and,
3 therefore, is visible to the customer. In addition,
4 there are parts of the product that are stripped off
5 and thrown away. But part of the flange remains and
6 travels with the finished product and is visible to
7 the customer.
8     Q Do you know in what manner the flange
9 dimensions were changed?
10     A No.
11     Q Do you know what material was added or
12 removed from the flange?
13     A No.
14     Q What, if anything, to the change in the
15 flange improved the aesthetics of the boat?
16     A I think that we had some asymmetry and fit
17 issues associated with the hull, the deck joints at
18 the flange. And that the hull flange was changed to
19 eliminate those asymmetries. And also changed
20 flange to facilitate the decking process of the
21 boat.
22     Q Did this change to the flange make the
23 hull and deck fit together better?
24     A That would be the intent, certainly.
25     Q Would it be fair to say that before this

181

```
1    an answer and opinion on that hours ago.
2        Q    If you did, I apologize.  I don't believe
3    I asked that specific question.
4        A    You did. .
5        Q    I'm just going to ask you again.  Can you
6    tell with certainty whether or not the photographs
7    that are attached to 0056 are of the revised design?
8        A    I think that I already answered that
9    question and I'll stick to my original answer.
10   Which if memory serves me correct, no.  But there
11   are reasons I can't answer in the affirmative, they
12   are to the image quality, especially in the areas I
13   would need to see to make that determination.
14   However, I think I also stated relative to symmetry
15   of the style line and relative appearance of the
16   trueness to the sheer line would lead me to believe
17   that they were.
18       Q    Is the change of the flange an element of
19   the design that you contend is protected in your
20   registration?
21       A    Yes.
22       Q    Is the flange itself protected in any
23   regards
24       A    Yes.
25       Q    In what way is it protected?
```

182

```
1        A    Well, it's functional in that it helps
2    make the boat easier to build.  It provides certain
3    spray catching characteristics that makes the boat
4    dryer under operation.  Provides rigidity to the
5    hull and cap rail which provides a superior ride in
6    rough water and greater fuel stability to the user.
7        Q    Can you draw on this exhibit, we'll make
8    this No. 29, where the flange is depicted?
9        A    It goes all the way around the boat.  You
10   really want me to do that?
11       Q    Just so we understand so we are clear as
12   to what you're referring to.
13           MR. COOPER:  29 or 30?
14   BY MR. ELDREDGE:
15       Q    Are there any boats in the market that
16   have a similar flange as the revised version of the
17   Pathfinder?
18       A    I don't know the answer to that question.
19       Q    Do you contend that the flange is a design
20   that's unique to the Pathfinder?
21       A    Yes.
22           MR. COOPER:  Would you let the witness
23   read my objection.  Object to the form of the
24   question because the word unique has different
25   meanings in different contexts, and I think we
```

183

```
1    need to know.
2        Q    Do you contend that Pathfinder is the only
3    registrant having cap rails that has a flange like the
4    one in the 24072?
5        A    I can get to that for a simple one.
6        Q    Other than registered?
7        A    Yes.
8        Q    In regard to the tri-hull board design, do you
9    contend that Pathfinder is the only company that has
10   the same designed tri-hull board?
11       A    No, I think included in our complaint we
12   have indicated that Hi-Tide, who you represent, and
13   Blazer have copied those elements on our boat.
14       Q    Other than companies that you contend have
15   copied Pathfinder, are there any other companies
16   that have the same flange?
17       A    No.  They would have a reason to have it
18   ... that way.
19       Q    In regard to any design that you ...
20   ... the tri-hull ... the design, what are the ...
21   ... that the tri-hull board ... to in building and
22   ... making Pathfinder.  ... ? What are the features
23   ... raised surface to the bottom of the hull.
24   ...
25   ...
```

184

```
1    ...
2        A    There were some statements ... the answer
3    and some opportunity for improvement.  Somebody
4    wasn't able to do it ... minutes ... other
5    ... details.
6        Q    Well, can you tell us -- I'm going to ask
7    you the boat you ... what changes were made.
8        A    I have ... it.
9        Q    Do you know if the length of the ... was
10   was changed at all?
11       A    I have no idea.
12       Q    ... was it changed?
13       A    The process did ... of the width, which was
14   so that Hi-Tide.
15       Q    Was it or the -- I'm not saying you
16   ...  If I had all of this in front me, subject to
17   ... the model.  What did you say ... were ...
18   ... made.
19       A    ...
20   ...
21   ...
22   ...
23   ...
24   ...
25   ...
```

185

```
1        A    I can't remember.  That's pretty
2   self-evident by looking at the boat.  I want to say
3   there's four.
4        Q    Is that two on each side?
5        A    Correct.
6        Q    And is that number of strakes unique to
7   Pathfinder bay boats?
8        A    No, I think that most boats on the
9   market -- I would say there are a large number of
10  boats on the market that have strakes.  Some have
11  four, some have two, very few have odd number
12  strakes.
13       Q    When you say uneven, do you mean each
14  strake has a different dimension?
15       A    Again, I think I've already told you, I'm
16  not really the strake king here.  I don't know what
17  was changed and what was uneven and what was made
18  more uneven and what was made more even, I really
19  don't.
20       Q    Do you know other than the Proline and
21  Blazer whether there are any other bay boat models
22  that have uneven strakes?
23       A    No.
24       Q    So, you don't know if so, there aren't
25  any?
```

186

```
1        A    No, I don't know.
2        Q    Do the -- did the changes to the strakes
3   affect the running characteristics of the boat?
4        A    Yes.
5        Q    And do you know how?
6        A    No.
7        Q    Was the unevenness of the strakes in the
8   revised model intentional?
9        A    Yes.
10       Q    Do any of the photographs that we have
11  looked at and attached to the application 6049 show
12  the modifications to the strakes?
13       A    I don't know.
14       Q    Do the photographs that were attached to
15  6056 show the modifications to the strakes?
16       A    I mean, they are effectively illegible
17  with regard to the strakes.  You can't even tell the
18  number of strakes on the boat much less anything
19  about them.
20       Q    Does unevenness of the strakes affect the
21  running characteristics?
22       A    Yes.
23       Q    Do you know for certain by what means?
24       A    I think the running -- I think the
25  modifications are really independent of the boat.
```

189

1  testimony?
2      A    In some cases, yes; in some cases it's not
3  correct.
4      Q    With regard to the profile of the stem,
5  that's not related in any way to any of the other
6  changes that were made?
7      A    I'm not going to stipulate to that.
8  Because as I said already, I'm not really familiar
9  with the changes that were made so, therefore, it
10  would be silly for me to comment on the reasons why
11  they were changed.
12      Q    This interrogatory that was provided to us
13  says in Section C, this change was dictated by the
14  other changes made to the hull.
15      A    Then I would say that's what it means.
16      Q    Do you have any independent knowledge as
17  to whether that's true?
18      A    I would assume it's true because we put it
19  in the interrogatories and it would be consistent
20  with our efforts to be truthful.
21      Q    Which, again, assuming that it's true because
22  it's there, if you have any knowledge yourself as to
23  whether or not it's true or not?
24      A    I'm just replying to this about what my
25  understanding of what was true, mine being. I mean,

190

1  I'm sure it's true.
2      Q    But you don't know how the changes --
3      A    But I don't know the minutia of what was
4  done. I know it was done, I don't know the extent
5  of what changes were made.
6      Q    Would Paul Ellig know that?
7      A    Yes. I believe so.
8      Q    Did the changes to the profile of the
9  stem, did that improve the function of the boat at
10  all?
11      A    I would say that they would have a
12  negligible effect on the function.
13      Q    What type of negligible effect would it
14  have on the function?
15      A    Well, straighten things obviously, cuts
16  better than crooked things. And this is the first
17  thing to cut the waves, so it would probably have a
18  more consistent recovery from the impact.
19      Q    Was the change to the profile of the stem
20  corrected, a crooked stem making it straight?
21      A    That is my understanding, yes.
22      Q    And was that related to a boring in the
23  original mold?
24      A    Yes.
25      Q    Other than Profile and Blazer, do you know

191

1  whether any other toys out have the similar
2  profile -- stem profile?
3      A    I think I indicated in until into the run
4  of the boys who have copied the hull, there appear
5  to be some other people that have copied the hull, as
6  well.
7      Q    The answer to the same question that you
8  mentioned before?
9      A    That we discussed earlier.
10      Q    Other than requests that copied the hull,
11  are there any other boats on the market that have
12  the same profile -- the stem?
13      A    I'm not aware of any other company that
14  builds a boat other than the requests that we've
15  discussed and ourselves that has the same stem.
16      Q    In looking at the picture that --
17          [illegible]
18          [illegible]
19  BY MR. SIMPSON:
20          [illegible]
21          [illegible]
22          [illegible]
23          [illegible]
24          [illegible]
25          [illegible]

192

1  increase, it.
2      Q    And how about the cut marks that are
3  exhibited in your display on 394?
4      A    Well, I will answer my earlier that I
5  repeated previous about the image quality pointed to
6  the copies that I've been aware of the poor original
7  that were submitted with the application for 386.
8  They show the area of the stem, they show the stem
9  so, therefore, they would be, you know, the changes
10  would be evident. But the image quality is such
11  that you certainly can't see any of that.
12      Q    What about the stem is different from
13  other toy boats?
14      A    It is raised and edged -- the [illegible].
15      Q    What about it is different from it's raised?
16      A    It has a very -- it has a specific and
17  very low fine bow underneath.
18          [illegible]
19          [illegible]
20          [illegible]
21          [illegible]
22          [illegible]
23          [illegible]
24          [illegible]
25          [illegible]

193

```
 1   versions, I will tell you there's 50 different
 2   versions, but I can't give you a global that's going
 3   to explain this and every other thing in the world.
 4   Different is different, it's pretty
 5   self-explanatory.
 6       Q   That's what I'm trying to find out.
 7   That's all you can tell me today, that the stem is
 8   different from other boats.
 9       A   I think I am comfortable with that, yes.
10       Q   Do you know if anybody else with your
11   company could provide any more information as to how
12   the stem is different -- let me finish my
13   question -- as to how the stem is different from
14   other boats?
15       A   I think that as I recall difference from
16   when I was in school was the difference between the
17   first number and the second number and without
18   having two numbers, you cannot find a difference.
19   So it would be impossible for anyone to arrive at a
20   difference without some sort of comparative basis.
21   You can't do that, it's not physically possible.
22       Q   Well, are you familiar with your
23   competitors in the bay boat market?
24       A   I've seen their boats.
25       Q   Are you familiar with stem profiles of any
```

194

```
 1   of the boats of your competitors in the bay boat
 2   market?
 3       A   They sell them and they are different than
 4   ours.
 5       Q   In what way are they different?
 6       A   Some are rounder.  Some are probably
 7   sharper, some probably blunter, some are probably
 8   crooked, some straight.  Some fairly plumb.  Some
 9   are early versus late entry.
10       Q   What are you referring to?
11       A   Some take the water early, some take the
12   water later.
13       Q   Is that a performance feature?
14       A   It has an affect on performance, yes.
15       Q   Is the -- did the changes that were made
16   to the profile of the stem in the revised design
17   affect the functionality of the boat?
18       A   I think we have already been down that
19   road and I already answered that question.
20       Q   If I did I apologize.
21       A   I think the affect would be negligible.
22       Q   But would it affect, as it is, the
23   performance of a boat in general terms?
24       A   Over full design?
25       Q   Terrible.
```

195

```
 1       A   It sounds like that will over it.
 2       Q   Then profile -- does it affect the
 3   performance of a bay boat in general terms?
 4       A   Anything that impacts water affects it.
 5   As long as the stem meets contact with the water, it
 6   has performance implications.  When the stem is no
 7   longer in the water, it no longer has performance
 8   implications.
 9       Q   It's indicated in the interrogatories that
10   the change to the profile of the stem was dictated
11   by other changes made to the hull.
12       A   Which I think I'm the one that read that
13   earlier to you.
14       Q   What other changes did the hull dictate
15   the changes to the stem?
16       A   Well, I think that if you want to go back
17   to the changes in the deadrise, the strake and the
18   chine and the change around the midstep, it would
19   have affected the stem.  I think the stem
20   should be over it too around the midstep.
21       Q   ...
22   ...
23   ...
24       A   ...
25       Q   ...
```

196

```
 1   ...
 2   What change was made to the keel in the revised
 3   edition?
 4       A   I think that the lowest point of the
 5   keel was ... was.  And what I was is a
 6   ...
 7   new ...
 8   there was some symmetry ...
 9   to the keel that we elected to address as part of
10   the redesign.
11       Q   So was the change to the keel that it was
12   made straighter?
13       A   Yes.  And -- yes.
14       Q   Was the deviation in the keel change in
15   any way?
16       A   ...
17   ...
18   ...
19   ...
20   ...
21   ...
22   ...
23   ...
24   ...
25   ...
```

197

```
 1  identical to ours except people who have copied us,
 2  which includes yourselves and Blazer.
 3       Q    When you say identical, I was using the
 4  term similar.
 5       A    You said similar and I said identical.
 6       Q    Right.
 7       A    But if you will give me a definition of
 8  what similar keel means, then I can answer it.  But
 9  similar is kind of a -- that's a pretty broad term.
10  I'm not sure what you're trying to ask me.
11       Q    Do you know what the dimensions of the
12  keel on the Maverick are?
13       A    No.
14       Q    Do you know if any other bay boats have
15  keels of the same length?
16       A    No, I don't know the answer to that.
17       Q    Is there anything -- any particular aspect
18  of the keel on the revised edition of the Maverick
19  Pathfinder that you contend is unique to the
20  Maverick Pathfinder?
21       A    Yes, I think the way that the keel is
22  ... and gradually ...
23  ...
24  ...
25  ...
```

198

```
 1  is distinctive and unique to our product and
 2  unfortunately those who have elected to copy our
 3  product.
 4       Q    Were those features that you just
 5  mentioned in the keel present in the original
 6  design?
 7       A    They are different in the original version
 8  than the version that we are discussing today.
 9       Q    How are they different?
10       A    If you go back to the interrogatories, the
11  keel was refaired, reshaped and thereby made
12  different.
13       Q    Well, it was straightened; is that
14  correct?
15       A    It was refaired, it was straightened and
16  faired.
17       Q    And you mentioned a number of other
18  features that you believe made this keel unique.
19  And let me ask you, are any of those features on the
20  original design?
21       A    Not exactly the way they are on the new
22  ...
23       Q    Because they were straightened; correct?
24       A    Because we refaired them and thereby have
25  ... to them.
```

199

```
 1       Q    Other than straightening the keel, what
 2  did you do to modify the keel?
 3       A    ...
 4  ...
 5  ...
 6  ...
 7  ...
 8  ...
 9  ...
10  ...
11       Q    Do you know what happened any deeper
12  ...
13       A    I don't know the answer to that, no.
14       Q    ...
15  the keel true?
16       A    Well, ...
17  ...
18       Q    ...
19  ...
20  ...
21  ...
22  ...
23  ...
24  ...
25  ...
```

200

```
 1  ...
 2       A    ...
 3  ...
 4  ...
 5  ...
 6  ...
 7       Q    Were the changes to the keel required
 8  because of the problems with the original plug?
 9       A    ...
10  ...
11  ...
12       Q    ...
13  ...
14  ...
15  product.
16       A    Yes, it was.
17       Q    But it was a mold?
18       A    ...
19  ...
20  ...
21  ...
22  ...
23  ...
24  ...
25  ...
```

1    A    I think that's a fair statement.

2    Q    And it was designed to be true; correct?

3    A    I think that the original design -- the

4  intent of the design was to have every line perfect

5  and every aspect to be true.  But the keel was not

6  specifically ever drawn on any drawings and so,

7  therefore, it would be difficult for me to say that

8  we had a specific keel design that was drawn out in

9  a certain design parameter and that those parameters

10 were not achieved during the plug building process,

11 because that's not how we went about it.

12    Q    When you said every line on the boat was

13 intended to be true, that would include the keel;

14 correct?

15    A    Sure.

16    Q    And the way the boat was built in the

17 original version did not comply or meet the standard

18 in the original design in relation to the trueness

19 of the keel, is that accurate?

20    A    I'm sorry, I wasn't paying attention.

21        MR. ELBRECHT:  Could you read the portion

22    back, please?

23        (Whereupon, the requested portion

24        was read by the reporter.)

25        THE WITNESS:  I think that's being overly

1  BY MR. ELBRECHT:

2    Q    Well, you can be overly critical and be

3  accurate at the same time.  Is there something in

4  that statement that was inaccurate?

5    A    I think the only area of improvement that

6  we could come up with on a redesign program for this

7  boat, the issues that we discussed on the keel, then

8  we might not have moved ahead and done anything with

9  the product.

10    Q    It's indicated that the keel change gives

11 the model a distinctive draft.  What is distinctive

12 about the draft in the revised version of the

13 Pathfinder 2000?

14    A    I'm not -- well, I think the intent of

15 that statement when we wrote it was, and was

16 consolidated into one concise statement, the intent

17 of that paragraph means the keel in the bottom of

18 the boat, which is the keel -- you never asked me to

19 define what a keel is.

20    Q    If you want to, you could do that.

21    A    but for purposes of this distinction, the

22 keel is the bottom of the boat.  Everything after

23 the chine is inclusive of the step area.  As the keel

24 runs back and terminates to the back of the boat in

25 the step, that portion of the boat gives the ability

```
 1   in the revised version change the static draft of
 2   the keel?
 3       A   I would say no.
 4       Q   Do the photographs that are attached to
 5   application 0049 show any changes that were made to
 6   the keel?
 7       A   No.
 8       Q   Do the photographs that were attached to
 9   application 0056 show changes that were made to the
10   keel?
11       A   No.
12       Q   And is that just because the picture isn't
13   clear or is it because it's not depicted at all?
14       A   Because the pictures are of the top and
15   the keel is on the bottom.
16       Q   Let me ask you.  Are you claiming that the
17   design of the keel is protected under the
18   application 0056?
19           MR. COMER:  Continuing objection.
20       A   Yes.  I think all the elements of the keel
21   that I've discussed in my second order are
22   protected.
23       Q   Why don't you draw a picture of the keel
24   then?
25       A   That would be at issue between myself and
```

```
 1   myself as to what's required under the act.
 2       Q   Do you know of any reason why you couldn't
 3   have shown a picture of the keel?
 4       A   I don't have an opinion on that.
 5       Q   Has Maverick shown pictures of keels in
 6   other applications?
 7       A   I don't know.
 8       Q   I'm not asking you to look anywhere.
 9       A   I don't have an answer for that.
10       Q   I think the draft that's listed in the
11   specifications is 11 inches; is that right?
12       A   Again, the specifications speak for
13   themselves.
14       Q   Do you know if any other bay boats have 11
15   inch drafts?
16       A   I think when I first read the Proline
17   specifications they actually included precisely the
18   same specifications that we had for our boat.  I
19   think Blazer did the same thing.
20       Q   Other than the boats --
21       A   They copied our spec sheet in addition to
22   our hull.
23       Q   Other than the companies that you say
24   copied your hull, any other companies with bay boats
25   have 11 inch drafts?
```

```
 1        Q    That indicates that it was published on
 2   May 4, 1999.  Can you tell me the circumstances
 3   under which that design was published on May 4,
 4   1999?
 5        A    That must have been when we went to market
 6   with the new design.
 7        Q    When you say you went to market, what do
 8   you mean?
 9        A    We started building boats and delivering
10   boats to customers who had the design change.
11        Q    Had the design changes been depicted in
12   any literature, photographs, drawings, that were
13   made public --
14        A    I think we have already discussed that,
15   haven't we?
16        Q    -- that were made prior to May 4, 1999?
17        A    I don't know the answer to that question.
18   I would doubt it.  I couldn't see too many
19   circumstances where that would happen.
20        Q    Was there a prototype of the revised boat
21   that was made?
22        A    No.  Well, ...
23   
24   
25   
```

```
 1   What do you consider the prototype to be?
 2        A    To be a running demonstratable proof of
 3   concept prototype as opposed to something that's
 4   there to be worked on and build other boats from a
 5   plug.  Some people may call a plug a prototype.  It
 6   becomes a semantics issue at some point.
 7        Q    So you didn't require any testing of the
 8   revised design to see how it performed at all?
 9        A    No.
10        Q    Just put it right out to market?
11        A    Yes.
12        Q    Did Maverick advise its dealers that it
13   was making a revised design?
14        A    Can you ask me that question again?
15        Q    Did Maverick advise its dealers that it
16   was making a revised design of the Pathfinder?
17        A    Sure we did.
18        Q    Did you do that in writing?
19        A    I'm sure we didn't, that would not be
20   typical of something we would do.
21        Q    Is there any reason why you wouldn't do
22   that in your ... 
23   
24   
25   
```

213

1  process and everything, I think we can speak more
2  specifically about that.
3      Q    What do you mean when you say go through
4  the whole digital process?
5      A    We'll talk about that when we talk about
6  that.
7      Q    I'm asking you about it now. What are you
8  referring to?
9      A    We haven't done anything yet. I haven't
10 had access to your boat. When I get access to your
11 boat, then I will be able to speak more
12 intellectually to the specific changes.
13     Q    I'm just trying to figure out when you say
14 digital process --
15          MR. COOPER: That falls into
16     attorney/client privilege. I want to place you
17     on notice under Rule 34 we are going to ask to
18     serve for production an opportunity to examine
19     a Proline 22. And we'll obviously work out the
20     details of that. What we do at this stage in
21     the analytical process is still a matter that
22     is still under the operation, work product and
23     attorney/client privilege.
24 BY MR. HIBBARD:
25     Q    Okay. Let me ask you this. Do you know

214

1  who Lee Dana is?
2      A    Yes.
3      Q    And who's Lee Dana?
4      A    Lee Dana was a former head of engineering
5  for Bertram Yachts, yacht designer.
6      Q    And did you hire him?
7      A    Yes.
8      Q    And for what purpose did you hire him?
9      A    To render an opinion as to whether we had
10 a good faith basis to believe that our product had
11 been splashed.
12     Q    If you could look at Exhibit No. 12 in the
13 book there. Have you seen this letter before?
14     A    Yes.
15     Q    Has Mr. Dana provided you any other
16 reports or letters at all relating to his opinions?
17     A    No.
18     Q    He refers to a digital examination that
19 revealed a very unique feature in the way the chine
20 makes the transition from horizontal to mitred. Do
21 you know what he's referring to there?
22     A    I believe I do, but I'm not going to
23 interpret Mr. Dana's letter, I'll let him read it on
24 his own.
25     Q    When he wrote this letter to you, did you

215

1  ask him what to put on that?
2      A    No.
3          MR. HIBBARD: Can we mark this as Ex. 8,
4      please.
5          (Thereupon, the referred-to document was
6      marked.)
7  BY MR. HIBBARD:
8      Q    Show you what we have marked as Exhibit
9  No. 8. I'll show you what I want you to look at.
10 This is the photograph of the bay boat for the
11 Proline brochure.
12     A    Okay.
13         MR. COOPER: Are there page references to
14     the record will be easier as to what he's
15     looking at?
16         MR. HIBBARD: That's not the bay boat,
17     that's the report, I think.
18         MR. COOPER: Are the pages numbered.
19         MR. HIBBARD: No, they are not, but who
20     ... the picture ... is that page in the
21     document -- again ... about ... that ...
22     ... and that's clear.
23         THE WITNESS: Yes.
24 BY MR. HIBBARD:
25     Q    ...

216

1      A    Yes.
2      Q    Would you agree that the style line on
3  that boat is different from the style line on the
4  Maverick -- I'm sorry, on the Pauline at ... 0?
5      A    Well, it's a white boat, so it is much
6  more difficult to discern the style line in this
7  picture. Plus the way the boat is running the water
8  is throwing over 90 percent at the stern corner of
9  the boat, so I can't see the termination of the
10 style line within three feet of the transom at this
11 picture.
12     Q    Well, would you agree that there is no
13 mitred style line on the Proline 22 bay in the
14 way that the --
15     A    In this picture?
16     Q    ... at this time is that now we aren't talking
17     at the same time.
18         ... Would you agree that there is ho
19     ... mitred style line on this on ...
20     ... at this ... water that I say I will the
21     ... picture ... has to the boat ...
22     A    ...
23         ... but it's a ... a different time ...
24     ... that body ... next ...
25     A    ...

1  logo is.
2      Q    Have you yourself ever examined a Proline
3  22 bay?
4      A    In a very cursory fashion, yes.
5      Q    When you say that, can you describe what
6  you did?
7      A    Walked up and looked at it.
8      Q    Did you look at the style line?
9      A    Yes.
10      Q    Did the style line have the same jet
11  upward that the Maverick boat has?
12      A    No.
13      Q    So can we agree that the style line of the
14  22 bay is different from the style line of the
15  Pathfinder 2200?
16      A    I would say somewhere between five and ten
17  percent of the style line of the 22 Pathfinder is
18  different, somewhere between 95 and 90 percent of
19  the style line is absolutely identical to the
20  Pathfinder.
21      Q    What five or ten percent of the style line
22  is different?
23      A    The last section where the style line was
24  filled in where they plugged the mold.
25      Q    When you say the last section?

1      A    The aft most section.
2      Q    That's the style line where the style line
3  jets up?
4      A    Correct.
5      Q    Isn't that the most unique feature of the
6  style line in the Pathfinder?
7      A    Most unique is a subjective issue.  I
8  think you've already talked about the subject of
9  uniqueness.  I think that is one of the design
10  elements that people recognize as a Pathfinder, but
11  certainly not the only design element.  And whether
12  it is the most unique or not is a subjective issue
13  that I don't think anyone is qualified to give an
14  opinion on.
15      Q    So the Proline goes straight across the
16  hull; is that correct?
17      A    The Proline has our style line except
18  where they filled it in with a plug the last 24
19  inches before they took the mold.
20      Q    The Proline doesn't have any jet upward
21  like the Pathfinder?
22      A    The Proline style line is identical to
23  ours except the section where ours jets up and ours
24  and theirs continues at the same line that was prior
25  to the termination.

219

1      Q    That's the section where the
2  Pathfinder name is located; correct?
3      A    Well, the Pathfinder name is located
4  there.  I think it's used several places on the
5  boat.
6      Q    But that's not located?
7      A    That is a top location.
8      Q    And why did you choose to put your logo in
9  that portion of the style line?
10      A    We put our logo there, I think it's a very
11  common place to put your logo in the aft section of
12  the top side of the boat.  That is much more common.
13      Q    This Pathfinder design was to draw
14  people's attention to the aft section of the boat?
15      A    No.
16      Q    Also follows the style line?
17      A    I did.
18      Q    Why did you have the jet upward in the aft
19  section of the boat.
20      A    It's an integral part of the design, the
21  logos.
22      Q    It makes sense to put your
23  logo there.
24      A    Yes, I think it does make the logo look a
25  certain way when it is placed on that same line.

220

1  termination.
2      Q    What other elements did you have in mind?
3      A    I think the style line in and of itself
4  was distinctive.  I think that the prow line was
5  distinctive.  I think the chine structure of the
6  boat was distinctive.  I think the design element
7  and execution of the boat is distinctive.  And the
8  overall design elements work overall to give a
9  distinctive impression that would easily be
10  recognized by the customers and would carry forth a
11  brand identity that would make it easy for our
12  product to be identified even when the logos were
13  not visible to be read.
14      Q    And all these changes that you just
15  mentioned that you yourself put in the design, were
16  put into the original design of the boat; correct?
17      A    All I can say is were part of the
18  design changes.
19          If the original design.
20          If the original design.
21      MR. BLACK:  Give us a few minutes if we
22  can for a...
23      THE WITNESS:  Sure.
24  BY MR. BLACK:
25      Mr. Deal, I am not sure I understand why

221

1 referred to any of these revised changes that were
2 made to the Pathfinder in any of its advertisements?
3 A.   No.
4 Q.   Is there any reason why it wasn't referred
5 to?
6 A.   There's no advantage to us from a
7 marketing standpoint in it.
8 Q.   Well, your position is that it was a new
9 and improved version of the original design?
10 A.   It was.
11 Q.   There was no marketing advantage to say
12 you have a new and improved version of the boat?
13 A.   It's a marketing decision.  And you might
14 not concur with my sense of decision making, but it
15 was my decision that we not do that for reasons that
16 I thought were valid.
17 Q.   Did any of the catalogs or other
18 promotional literature that Maverick produced ever
19 reference or describe any of these revisions that
20 were made that we have been discussing?
21 A.   No.
22 Q.   Are you aware of the matter that's been filed
23 against Kevlar in Marine Buildings in a matter that
24 trade dress that's at
25 A.   Yes.

222

1 Q.   What is your understanding as to what that
2 allegation is?
3 MR. COOPER:  Objection.  Calls for a legal
4 conclusion.  This is a lay witness, you may ask
5 him factual questions.  Please do.  You are not
6 supposed to ask him his understanding of the
7 law.
8 MR. ELBRECHT:  I'm not asking his
9 understanding of what the law is.
10 BY MR. ELBRECHT:
11 Q.   What is your understanding of your
12 company's allegations against my client with regard
13 to trade dress?
14 MR. COOPER:  I think you're calling for a
15 legal conclusion.  You're calling for him to
16 apply the law to the facts.  What is the
17 factual basis for allegations, you're entitled
18 to do that.
19 MR. ELBRECHT:  Why don't you make an
20 objection as to the form and we'll go on?
21 MR. COOPER:  I'll state the objection in
22 the manner I deem appropriate.  I reserve the
23 right to move to strike.
24 MR. ELBRECHT:  That's fine.
25 THE WITNESS:  As a lay person, my

223

1 understanding of trade dress, trade dress
2 violations, when a product is copied in such a
3 fashion where it gives the impression that it
4 in some way or in some way confuses the
5 public or in some way gives some sort of
6 association with the product that was copied.
7 That is a trade dress violation.
8 Again, I'm not an attorney and I don't
9 represent that.  So it is very, very obvious to
10 me when I go from the water and I see what I
11 believe is one of my boats and I anticipate
12 seeing one of my customers until such time I
13 can read the logo and realize that's not a boat
14 that I helped, that's actually a copy which
15 has made every effort to imitate our very
16 successful design all the way through from
17 ... if so, we have put these boats together.
18 BY MR. ELBRECHT:
19 Q.   ...
20 ...
21 ...
22 ...
23 MR. COOPER: Object to the
24 ...
25 ...

224

1 ...to the style line.  That
2 is the only element of trade dress that is
3 claimed in the counterclaim other than the
4 logo plan.  If you want to ask me that --
5 MR. ELBRECHT:  Okay.  Can we agree that
6 the only item of the boat that's included in
7 the trade dress is the style line of the boat?
8 MR. COOPER:  That's a legal opinion, I
9 don't know -- I don't have the complaint in
10 front of me, I would have to defer to the legal
11 department on that area.
12 MR. ELBRECHT:  Well, Alan, we have a
13 stipulation, I don't want to paint a lot of
14 positions into these -- here --
15 MR. COOPER:  Let me look at the pleadings.
16 Trade dress claim is the next to the style line
17 in one of the plaintiff's said.  And I don't
18 think we need to have a stipulation, I think
19 that's what the complaint says.
20 MR. ELBRECHT:  If you're going to
21 ...
22 MR. COOPER:  ...
23 BY MR. ELBRECHT:
24 Q.   Is there a part of the --

225

```
 1   combinations or colors that Pathfinder makes
 2   available to its customers?
 3       A    Yes.
 4       Q    And do those change from year to year?
 5       A    Some do, some stay the same.
 6       Q    What colors -- have there been colors that
 7   have been constant from the original design from '98
 8   to the present time?
 9       A    Yes.
10       Q    What are those?
11       A    White, fighting lady yellow.  Other than
12   that, I really would have to check and see.
13       Q    You mentioned that you believe that the
14   style line is distinct on the Pathfinder.  Has there
15   been any press coverage or any articles that have
16   been written about the distinctiveness of the
17   Maverick Pathfinder design that you're aware of?
18       A    Not to my knowledge.
19       Q    Has the boat been given any awards for the
20   distinctiveness of its design?
21       A    Not to my knowledge.
22       Q    Has it ever been in any competitions for
23   design?
24       A    No, not to my knowledge.
25       Q    You mentioned confusion, are you aware of
```

226

```
 1   any specific instances where some persons have been
 2   confused as to the identity of a Proline to a
 3   Pathfinder boat?
 4       A    Yes.
 5       Q    What knowledge do you have?
 6       A    Prior to my knowledge of the event, I
 7   received several phone calls and heard from other
 8   people associated with the company who had received
 9   questions as to whether we were private labeling,
10   building boats for Proline.  Building Pathfinders
11   and private labeling them as Prolines.
12       Q    And who made those phone calls to you?
13       A    I think I can remember one call made and I
14   can't remember the other ones.  But there was this
15   undercurrent of why are people associating us with
16   Proline, we don't do anything with Proline.
17       Q    Who's the dealer you can recall?
18       A    A dealer from Louisiana, Jimmy Persakali
19   (phonetic).  Starts with an P and has a whole bunch
20   of vowels in it.
21       Q    Where is his dealership?
22       A    New Orleans.
23       Q    And what exactly did Mr. Persakali tell
24   you?
25       A    He didn't tell me, he asked me.  And,
```

1 calls and general letters of support to go after
2 Proline's bad actions.
3     Q   And where did you receive the letters of
4 support from or who did you receive letters of
5 support from?
6     A   Industry and customers.
7     Q   Do you still have those letters?
8     A   I may, I may not.
9     Q   Where would they be if you have them?
10     A   They'd be probably in my office if I had
11 them.  I don't think I --
12     Q   Do you recall specifically anyone that
13 sent you one of those letters?
14     A   I'm trying to remember.  I remember
15 getting a -- they are simple one liners like, go get
16 them, picture of the Proline, this is bull shit, go
17 get them.  This sort of stuff.
18     Q   And these were people that said that
19 Proline had copied the Pathfinder?
20     A   Yes, those were.
21     Q   Do you know of any instances where people
22 were confused where they hadn't, copied
23 from the the origin of a Pathfinder --
24     A   I already talked about those guys.
25     Q   The origin of a Pathfinder and Proline,

1 Maverick?
2     A   Never the origin of a Pathfinder or
3 Maverick.
4     Q   Or Proline?
5     A   Yes, I already spoke to that.
6     Q   You mentioned you had some phone calls
7 from a dealer Jimmy Persakali?
8     A   Persakali.  And I recall myself being
9 questioned, what's the deal with you guys making
10 boats for Proline, people would come to me.  We are
11 not doing anything with Proline.  And that would be
12 the extent of the conversation.  And we didn't have
13 enough knowledge at that time to realize what
14 Proline had done, so we didn't think anything of it.
15 It was just another stupid question asked.
16     Q   Do you know if there are any instances
17 where phone calls were made that were to Maverick to
18 discuss a Proline boat?
19     A   You know, I think there were.  I'm trying
20 to remember that.  Because it was -- it took a while
21 to figure out what was going on and I can't -- yes,
22 I think there was no specific one of that.  I
23 don't know if I'll be able to remember the
24 individual or any of that, but I do remember taking
25 the conversation and sharing the best, as you

1 believe this.
2     Q   Describe the contents of the conversation.
3     A   People were asking questions about the
4 similarities between and actually a Proline they
5 weren't even talking about Proline.
6     Q   Do you know when that call was made?
7     A   Probably a little over a year
8 ago, maybe a year-and-a-half ago.  I would have to
9 do some research and find out.
10     Q   Did you make any note regarding that
11 phone call?
12     A   No.
13     Q   Would there be any notes to document
14 that phone call?
15     A   I doubt it.
16     Q   Other than calls, are you aware of any
17 other calls regarding Proline that were confused
18 as to the origin of the boat.
19     A   I think we had actually, I can't give
20 you a specific, but I can, but I actually you have
21 I agree no.
22     Q   Were there any instances where any
23 call that was made there --
24     A   No, I don't believe --
25     Q   -- except your phone one made this

1 phone?
2     A   No, I don't believe so.
3     Q   Are you aware of any surveys or studies
4 that have been done to determine whether or not
5 there was any public confusion regarding the origin
6 of the Proline --?
7     A   No.
8     Q   Or studies, surveys also regarding the
9 origin of any Pathfinder?
10     A   No.
11     Q   You mentioned that you copied of that the
12 style line was recognized and well to the
13 customers, Pathfinder style line?
14     A   Yes.
15     Q   Do you have any specific evidence to
16 support that?
17     A   No.

Q In regard to your claim against AMH, what type of investigation was done to --

MR. COOPER: The allegation that the Proline copied the Pathfinder? Object to that question to the extent that it calls for any attorney/client communications or the disclosure of any work product that may have been communicated to this witness.

BY MR. ELBRECHT:

Q Okay. I'm just asking, any investigation that you or your company did outside counsel's advice.

A Once we got the word from one of our employees who had seen the boat and told us where he had seen it, I dispatched Paul Ellig and Jim Leffew to that location to make an on-site inspection.

Q Which employee first saw the boat?

A I can't remember. It was either -- not one of the management, it was one of the 180 odd builders we have got.

Q Do you know if it's somebody that still works there?

A I don't know.

Q Do you know when it was?

A They didn't talk to me specifically, so it's possible I didn't know who it was.

Q Do you know when it was that you were given that information?

A No, I don't have that information.

Q Where was it that the boat was seen?

A In the Keys, I believe at a boat dealership.

Q Do you know what dealership?

A There's a big dealership in the Keys that is a Proline dealer and I can't remember -- I want to say it was called the Italian Fisherman or something silly like that. It's been there for a while. Kind of a boat wholesale blow-out place.

Q It was Paul Ellig and Jim Leffew that went down to check it out?

A Yes.

Q What did they tell you?

A They did it.

Q Did they say anything else?

A They said we have been [illegible].

Q Did they say how they determined that?

A Yes.

Q How?

A Combination of visual inspections and

[illegible] measurements.

Q Do you know what areas of the boat they measured?

A No.

Q Did they take any photographs?

A Yes.

Q Do you have the photographs still?

A I don't have them, but they are in our possession.

Q And did they report to you that they noted any difference between the Proline and the Pathfinder?

A Yes.

Q What differences did they report?

A There were hardware differences. They used cheap hardware, plastic hardware. They indicated that they had modified [illegible] style line [illegible] the [illegible] of the [illegible]. And that they had [illegible] small [illegible] the [illegible] of the [illegible]. [illegible] than --

Q Small what?

A [illegible].

Q What's that?

A It's a [illegible] either side of the [illegible].

Q Did they report to you [illegible]?

A They called me on the cell phone and then came back and showed me the pictures.

Q And what did you do then?

A Then I called my attorney and asked direction.

Q I don't want to know anything that your attorney tells you. Did you contact anyone at Proline?

A Eventually, yes.

Q When was that?

A I recall that that was -- was a boat building conference in Tampa. I want to say it was 2000, might have even been 2001. I'm bad with that kind of stuff as I am with first names. But I called and asked for Mike [illegible] from Proline and [illegible] when he and his [illegible] would [illegible] [illegible]. [illegible] the [illegible] [illegible] to the [illegible] [illegible] pictures.

Q [illegible]

[illegible]

A [illegible], yes.

Q [illegible] tell me what you [illegible].

A [illegible]

[illegible]

1  pick me up and bring me to their factory and let's
2  resolve this thing, we'll show you're a good guy.
3              I informed him we have our own
4  corporate airplane and have no desire to go to his
5  factory.  I wanted to explain my position and give
6  him my gentleman, as I called it, give him the
7  opportunity as a gentleman to understand the
8  situation, to do the right thing and avoid what will
9  be certainly costly and embarrassing litigation for
10 he and his company.
11       Q    And what do you recall Mike Collins or Lee
12 Kimmel saying?
13       A    Well, they said that they absolutely,
14 positively did not splash our boat or build any sort
15 of copy of our boat.  And said that they could prove
16 that by documentation and would I be interested in
17 seeing that.
18       Q    Do you recall anything else that Lee
19 Kimmel or Mike Collins said?
20            Let me ask you first of all.  That
21 statement that was made, was it Mike Collins or Lee
22 Kimmel?
23       A    It was Lee Kimmel.
24       Q    Do you recall anything that Mike Collins
25 said?

1       A    Once Lee started talking, Mike quit
2  talking.
3       Q    Do you recall anything else that Lee
4  Kimmel said?
5       A    He said that they had met with their
6  attorneys and they believe they have protected
7  themselves legally.
8       Q    Have you -- do you recall anything else
9  that Lee Kimmel said?
10      A    I'm just trying to run through this in my
11 mind, it's been quite a while.  Just general
12 statements to the effect that, you know, that led me
13 to the believe that they questioned my commitment to
14 see this through.  And to the degree that they would
15 have to react.  Basically they blew me off and
16 fairly disrespectful.
17      Q    What did they say that was disrespectful
18 to you?
19      A    It was more basically the attitude that I
20 don't have the wherewithal to challenge them on
21 anything.
22      Q    Do you recall the words that they used?
23      A    No, not specifically.
24      Q    You mentioned that Mike Collins stopped
25 talking after Lee Kimmel started talking?

238                                               241

1       A    That was my perception.  Which kind of
2  referred to me the relative pecking order in that
3  organization.
4       Q    Did you know either one personally in this
5  matter at all?
6       A    I've seen Mike Collins, I've never -- I
7  don't believe I have ever seen Lee Kimmel.  I've
8  never had a conversation with either prior to this.
9       Q    Is there anything that you recall Mike
10 Collins said during that conversation, other than
11 what you have already told us?
12      A    No.
13      Q    Is there anything else that Lee Kimmel
14 said during that conversation?
15      A    No.
16      Q    Did you ever have any other conversation
17 with Mike Collins?
18      A    No, except possibly, no.
19      Q    Did any other source of individual at
20 Formula pertaining to this matter.
21      A    No.
22      Q    ...

1  regarding this incident?
2       A    Just where the assistant was that I
3  called and said I wanted to talk to these guys and
4  explain the situation I had.
5       Q    Basically that was the one
6  conversation?
7       A    Initial phone call.
8       Q    Look at Exhibit No. 15, please.
9       A    Yes.
10      Q    Do you recognize what this is?
11      A    Uh-huh.
12      Q    What is Exhibit No. 15?
13      A    Let me read it just a moment of it.  I
14 believe it is a...  that was a letter I sent to that
15 we sent to the Formula dealers that we were able to
16 identify as their dealers.
17      Q    And why was the purpose of this letter?
18 ...

241

```
 1   notice of protection afforded to the Pathfinder 2000
 2   design and make you aware of possible infringement
 3   liability under 17 U.S.C. 1309.
 4          Aren't you saying in that letter that
 5   if they sell the Proline bay boats that they may
 6   have some sort of litigation brought by you against
 7   them?
 8      A   I think the letter speaks for itself.
 9      Q   Well, is that the message that you wanted
10   to send, if they continued to sell Proline bay boats
11   they would be sued?
12      A   No.
13      Q   The second sentence says, Your marketing
14   of the Pathfinder 2200 could subject you to
15   liability for infringement of Maverick's protected
16   design and subject to monetary damages after receipt
17   of this notice.
18          What does that mean?
19          MR. COOPER:  If you can answer that
20      question without disclosing any attorney/client
21      communications, please do so.
22      A   What I don't take I can no.
23      Q   You signed this letter?
24      A   Yes.
25      Q   Did you read the letter before you signed
```

242

```
 1   it?
 2      A   Certainly, that I did.
 3      Q   And in your letter you're saying that the
 4   marketing of the Pathfinder -- of the Pathfinder
 5   2200 could subject you to liability.
 6          What did that mean?
 7      A   In retrospect what we have maybe, and I
 8   could be wrong, but this might be in actuality the
 9   rough draft and not the actual letter that was sent
10   out.
11          MR. COOPER:  Should read Proline.
12          THE WITNESS:  And I think it was corrected
13      on the final wording actually sent to the
14      Proline dealer.
15   BY MR. ELBRECHT:
16      Q   The letter that went out said your
17   marketing of the Proline could subject you to
18   liability for infringement of Maverick's protected
19   design?
20      A   That would be my guess, yes.
21      Q   So --
22      A   This came out of the wrong file.
23      Q   This was a mistake?
24      A   That would be my guess, yes.
25      Q   Now, given the change in that language
```

243

```
 1   where the letters that went out actually said your
 2   marketing of the Proline could subject you to
 3   liability for infringement of Maverick's protected
 4   design and subject to monetary damage, would the
 5   purpose of that letter be to give them a notice that if
 6   they continued to sell Proline boats they would be
 7   subject to some kind of legal action?
 8      A   Uh.
 9      Q   What do you mean when you say --
10      A   We are simply giving notice.
11      Q   What did you mean when you signed this
12   letter that said that the marketing of the Proline
13   could subject you to liability?
14      A   Said it I said, I think the letter is very
15   specific and says exactly what the letter says.
16   Nothing more, nothing less.
17      Q   What did you mean when you called them into
18   a liability for infringement of Maverick's protected
19   design and said it for monetary damage. What did
20   I intend to cause, did you intend and?
21          MR. COOPER:  Object to the extent it may
22      be a improper hypothetical the way it's put
23          and this question are speculating
24      as contained as a hypothetical, one of the ways
25      stated in that question.
```

244

```
 1          THE WITNESS:  My correct saying in under
 2      the act there are certain specific remedies for
 3      people like Proline that violate it. Also there
 4      are replacements you can advise notice not
 5      only to the clients but also to the retailers that
 6      are involved in that because there may also be
 7      some remedies available to us should we choose
 8      to pursue them against the retailers who choose
 9      to sell a product after they have been notified
10      of the status of a lawsuit.
11   BY MR. ELBRECHT:
12      Q   When you say monetary damage, you're
13      telling them that they may have to pay relatively
14      money if they continue to sell the Proline boat?
15      A   I find in my midnight. I can't read it
16      anyhow. I'm so sort of sick, the letter is
17      specific and said it no things you're asking and I
18      wouldn't tell the real and a lot.
19          What I say is you mean that it only
20      boat would be noted me we are in that file
21      I think I would not say it by not doing it there
22      myself.
23          Did you understand that each could
24      be a problem it's not as a single it for the
25      people.
```

1    A    No.

2    Q    Did it occur to you that by writing this

3  letter that a Proline dealer may make the decision

4  not to sell any more Proline bay boats?

5    A    I think that for me to speculate on other

6  people's behavior would be silly.  I'm not going to

7  do that.  I didn't do it.  We had a certain

8  requirement as I understand it and as I was told by

9  legal counsel we have to notify everyone involved.

10    MR. COOPER:  I don't want you to testify

11    what counsel told you.

12    Q    Did it ever occur to you when you were

13  signing this letter and sent it out to dealers that

14  it might deter dealers from selling Proline boats?

15    A    Well, I think that my niece hope that upon

16  notice that people realize that Proline has done

17  something really awful that they would do the right

18  thing and not continue to sell a knock-off brand.

19    Q    And that's what you wanted to happen?

20    A    I would like to think that people would do

21  the right thing.

22    Q    Do you want the Proline dealers to stop

23  selling the Proline bay boats?

24    A    Obviously that's why we are in this room.

25    Q    So there's no disagreement about that;

1  correct?

2    A    There's no disagreement about the fact

3  that I want Proline dealers to quit selling Proline

4  boats that are knock-offs of our boat.

5    Q    And we are talking about 22-foot bay boats

6  specifically?

7    A    Correct.

8    Q    And that was the purpose of this letter

9  that was sent to the Proline dealers?

10    A    No, that's not what I said.

11    Q    How many dealers did you send this letter

12  to?

13    A    I have no idea.

14    Q    Did you receive any response to any of

15  these letters from any of the Proline dealers?

16    A    Not to my knowledge, no.

17    Q    Show you what is marked as Exhibit No. 16.

18  And that is three-page document.  Do you know what

19  that is?

20    A    No.

21    Q    You produced it, your company produced it

22  in this litigation.

23    A    Well, I can tell by reading it it's a

24  bunch of dealers.

25    Q    This Exhibit No. 16 is the Proline dealer

1  list, is it not?

2    MR. COOPER:  We'll stipulate this is a

3    list of dealers.  This is to whom the letter

4    notices or Exhibit No. 15 was sent.

5    MR. COOPER:  The modified version of the

6    letter.

7    MR. COOPER:  The modified corrected

8    version.

9    MR. ELIASSINT:  Do we have stipulated this

10    is a Proline dealer list?

11    MR. COOPER:  It's a list of people to whom

12    the letter was sent -- the mailer

13    was sent.  Your statement this is a Proline

14    dealer list suggests this may be a list of all

15    Proline dealers, we don't know that.  This is a

16    list of the dealers to which the mailer was

17    sent.

18  BY MR. ELIASSINT:

19    Q    I didn't say a representation that.  I'm

20    saying it is the dealers that we sent to.  Okay,

21    Mr. Beal.

22    A    It's saying the list of the dealers that

23    we sent the letter to, yes.

24    Q    And this is every single one to me.

25    Q    This is not printed in the copy, but

1  really, I can go online and go on the Internet and

2  look up dealer locations for Proline.

3    Q    Did you make any other effort to obtain

4    dealer locations other than the Internet?

5    A    I think we know some dealers are in the

6  dealers that we have on record and there are some

7  dealers that I just happen to know they are Proline

8  dealers because I'm in the industry, of course, we

9  we put them on the list, right, way.

10    Q    Who's the person that made the Internet

11    search?

12    A    I believe Kim Ortez did get to it and.

13    Q    Is that a man or a woman?

14    A    It's a woman.

15    Q    Does she still work with the company?

16    A    No.

17    Q    Do you know how she made the Internet

18    search?

19    A    I have no information how she did

20    and not part of the searching.

21    Q    But she told you, does it come up and

22    with if you put something in and found out.

23    A    No, I can't answer.

24    Q    Were there ways that she actual, say,

25    I forget say, other database.

249

```
 1      Q    Did all the letters go out at the same
 2  time?
 3      A    I would suspect that they did, yes.
 4      Q    And it's your testimony that Proline had a
 5  list of dealers on the internet prior to January 14,
 6  2002?
 7      A    I think -- I don't think I said that.
 8      Q    You indicated that there was some kind of
 9  web site that the dealers' names were taken from;
10  correct.
11      A    I think that the dealers' names definitely
12  came from the web site. I don't think I ever said
13  there was a list of all their dealers on the web
14  site.
15      Q    And you're talking about the Proline web
16  site?
17      A    Correct.
18      Q    Do you know if there are any other web
19  sites that were searched in order to obtain dealer
20  names?
21      A    I doubt there were. I think the
22  information all came from the Proline web site.
23      Q    Did any other companies provide you with
24  any names of any Proline dealers?
25      A    No. Well, we might -- I say no, I might
```

250

```
 1  have called one of my Pathfinder dealers and asked
 2  them if they had a list of Proline dealers. We
 3  provide our dealers with a list of our dealers so
 4  they can talk back and forth amongst themselves, and
 5  I might have asked one of our dealers. And I really
 6  don't recall, but I might have asked them for a
 7  list, as well. But I don't know if that helped or
 8  had anything to do with this.
 9      Q    Is this a dealer that told you there was a
10  problem?
11      A    That would be someone that sold boats.
12      Q    Which dealer is that?
13      A    I only had two that I'm aware of, Jimmy
14  Fersabali who we talked about already, and the other
15  one is Shoreline Marine.
16      Q    Do you know which of those two that you
17  received that information?
18      A    I don't know that I did receive it.
19      Q    But you may have received information from
20  one of those two?
21      A    I may have.
22      Q    Do you know if that information that was
23  received, if it was anything in writing?
24      A    No, I don't know.
25      Q    How many of the dealers that are Proline
```

251

```
 1  here did you know of independently, of any type of
 2  reason?
 3      A    I think that I just -- well, I said I knew
 4  of two. Let me look. Three.
 5      Q    And what is three?
 6      A    Bay Lagur Rapids, which I believe that's
 7  the dealer. I know that because we went down there
 8  in the Keys, that's where we went. Shoreline
 9  Marine, which is on here. And Marine Supply, which
10  is on here. Actually, no, I didn't know Treasure
11  Coast in Stuart. Marine Supply was a dealer that we
12  had in common that I didn't know carried Proline.
13      Q    Three of them you knew about and the rest
14  came from other sources?
15      A    Other sources.
16      Q    Did I make this up the names of any
17  dealers?
18      A    No.
19      Q    Do you know any of these that business
20  had lost or had been a result of any activity
21  by them?
22      A    I don't know where they got the names of
23  but it was identified right.
24      Q    As you sit here today, do you have any
25  evidence that Proline lost any specific sale to
```

252

```
 1  Pathfinger?
 2      A    I have anecdotal evidence.
 3      Q    What is that anecdotal evidence?
 4      A    I've seen Prolines in the area with
 5  Indicate that they were sold. And if they were
 6  sold, they were sold at the expense of our boats.
 7      Q    Other than the fact that you have seen
 8  Prolines on the water, do you have any other
 9  specific evidence of lost sales?
10      A    I don't believe so.
11         MR. COKER: Let me state that we are
12  still in the process of compiling the basis
13  for our damage claim, the extent of
14  rebuttal to. And I believe once we get to the
15  point we'll serve a supplemental answer on it.
16  A supplemental answer interrogatory. But if
17  you want me to answer the fact about proline,
18  we'll make the available, but at this point
19  it's premature.
20         Remainder of transcript not clear.
21      A    Sure, so the rest I said evidence, no
22  that's my guess.
23      Q    Do you recall, as you sit here today
24  if the Prolines or just the information was
```

253

```
 1  introduced in '98?
 2         MR. COOPER:  Let me at this point
 3     interject.  At this point we have reached an
 4     agreement about a protective order but it
 5     hasn't been entered.  We would want to
 6     designate this as confidential information that
 7     would only be made available to counsel.  So if
 8     this gentleman can leave the room and we can
 9     put this in a separate portion of the
10     transcript, he can answer that question to the
11     extent he has that information.
12         MR. ELPPRECHT:  Do you have a final version
13     of that agreement?
14         MR. COOPER:  I have it on the computer,
15     but not with me.  I'll have it printed out for
16     tomorrow.
17         MR. ELPPRECHT:  Because I don't know if
18     Mr. Arnold -- it's his client.
19         (Thereupon, the client left the deposition room
20         and the taking was taken outside at his
21         request.)
22         . . . . . . . . .
23         (Whereupon, a recess was taken, after which
24         the deposition continued, and the
25         following was recorded:)
```

254

```
 1  BY MR. ARNOLD:
 2      Q   Mr. Deal, my name is Glenn Arnold.  I
 3  don't think we have been introduced, I represent
 4  Blazer, and I'll try to shorten this up as much as I
 5  can.  And reluctantly I want to go back to a couple
 6  of responses that you made during the first part of
 7  the deposition today.
 8         You had indicated that some time
 9  after the Miami Boat Show, which I think you told us
10  was February the 15th of 1999, that the demand was
11  greater than you anticipated and you needed more
12  capacity and tooling.  And during that same series
13  of questioning you also indicated that you became
14  aware of some tooling problems which specifically I
15  think you mentioned a crooked sheer line, symmetry,
16  the boat listing while underway.  And there was a
17  twist I believe you said in the upper section on the
18  deck.  Do you recall those responses?
19      A   Yes.
20      Q   I'm not trying to mislead you, so if I say
21  something that's not correct, stop me.
22      A   The name will reflect what I said, that
23  sounds generally familiar.
24      Q   For the next moment that I spoke with
25  Mr. Ellis, the revision was made during the
```

255

```
 1  winter/spring of '99 to redesign the boat.
 2         Okay, so that the winter of '98 and
 3  spring of '99;
 4      A   We already covered that actually with you,
 5  that thru but while I was, we were talking
 6  exclusively about the winter and spring of '99.
 7      Q   The winter and spring of '99 is when you
 8  made the decision to redesign?
 9         MR. COOPER:  Can we ask which months?
10  BY MR. ARNOLD:
11      Q   Which months, what I'm talking?  When the
12  spring season begins, is that in March?
13         MR. COOPER:  Just give us months, forget
14  seasons.
15      A   Either February, March, April.
16      Q   Now, when you had to do this retooling,
17  had a mold that you, the retooling?
18      A   The retooling didn't take my time at
19  all.
20      Q   Did you actually, oxy, going, oxidize.
21      A   The retool didn't change a whole lot works.
22      A   Aweek.
23      A   Yeah.
24      Q   And now that oxy oxide, and I looked at a
25  try, there were some more work but ... I looked the
```

256

```
 1  or '98?
 2      A   No.
 3      Q   Tell me how that this plans.  Is the all
 4  looks did in that August it works after?
 5      A   No.
 6      Q   Tell me the whole portion of time it was
 7  changed to the point where you would actually --
 8      A   There was the redesigning and there was
 9  the tooling.  You asked me about the tooling is
10  that's what I answered.
11      Q   That's what I thought you said earlier,
12  and that's why I asked the question.
13      A   Now, let's clear and set the
14  redesigning, from the time, actual the deck them
15  after the February 15th, the boat show, and that was
16  it, including tooling, drawing, everything, all to
17  you were going to a pilot production of that we
18  moved to it.
19      A   Yeah.  And a good part of the work in the
20  retooling that we were doing that we may in
21  order it was the boat, I mean actually to make it
22  in the right ... to make it in the right ...
23  it, and we'll all this work in the process of set us
24  more on the try, all the extra work of the try...
25  it did some like it in it and the deck them.
```

257

1  generally from the time we start two weeks.  So that
2  would be fairly accurate.
3       Q    Do you have anywhere any evidence whatever
4  which would reflect who was actually involved in the
5  retooling of the revised boat?
6       A    Paul Ellig would have that.
7       Q    Would he have documentation?
8       A    The personnel or of the --
9       Q    Of both, the personnel and the actual
10  physical work.
11       A    No, he would not have that.
12       Q    Now, I think you also told us that you
13  don't have any of those drawings that you made for
14  the revised boat?
15       A    Correct.
16       Q    Is there any physical evidence whatsoever
17  anywhere which would show when the revised
18  Pathfinder 2200 came into a drawing -- on a drawing,
19  a sketch, a schematic, anything?
20       A    There are no drawings, schematics that
21  were generated as a result of that redesign process.
22       Q    And a while ago you told me that you had
23  all of these complaints that I mentioned a few
24  minutes ago about steer lines being crooked and the
25  cowl listing while moving, and all that sort of

258

1  stuff, do you not have any written document whatever
2  that was provided to your dealers which stated to
3  them that you had corrected these complaints?
4       A    No.
5       Q    Can you tell me with any degree of
6  specificity any dealer that you talked to about
7  having corrected those complaints combined with the
8  date when you talked with them?
9       A    No.
10       Q    Can you provide any documentation either
11  written or outside of your testimony which would
12  support when, where and how your revised Pathfinder
13  2200 was made public on May the 4th of 1999?
14       A    Can you ask that question again?
15       Q    Yes, sir.  Can you provide any evidence of
16  whatever nature, other than you or Paul or people
17  from your company, who could support the fact that
18  you made public this revised version of the
19  Pathfinder 2200 on May the 4th of 1999?
20       A    I don't know if we do have any evidence or
21  we don't.  It may exist, it may not, I don't know.
22       Q    Do you know where the boat was made public
23  on May the 4th, 1999?
24       A    No, I do not.
25       Q    Do you know geographically, city, state,

259

1  anything?
2       A    No, I do not.
3       Q    Do you have any documentation or us to place
4  dollars raised revenues or anything concerning the
5  fact that you made that boat public on May 4, 1999.
6       A    No.  I think we covered this earlier this
7  morning and, no, I don't.
8       Q    Do you know who in your company actually
9  participated in making that boat public on May the
10  4th of 1999?
11       A    No.
12       Q    Within your company and with reference to
13  that timeframe, okay, whatever the boat -- revised
14  boat was made public in May of '99, what would the
15  title of a person have been who was employed by you
16  who did the marketing, truly, or anything involved
17  with the marketing of your revised boat?
18       A    Marketing.
19       Q    Yeah.
20       A    Paul Ellig was.
21       Q    Nobody else?
22       A    I was in charge of the marketing.
23       Q    And you didn't have anybody else other
24  than that.
25       A    I've handled all marketing activities for

26

1  the company until the last 2 years.
2       Q    Did you ever have a fellow working for us
3  by the name of Chris Ivey?
4       A    Yes, we had a young guy working for me by
5  the name of Chris Ivey.
6       Q    Do you recall when he worked for you.
7       A    No.
8       Q    Do you recall in what capacity he worked
9  for you.
10       A    He worked in the front office.
11       Q    Do you know if he did different things --
12       A    I didn't understand your question, I
13  think he did different things.
14       Q    Do you know if he was present at your
15  company when the Pathfinder was first revised.
16       A    I don't know.
17       Q    Kind of a figure.
18       A    I don't know.

1   Q    In these brochures that we have looked at
2  you have advertised for your company several
3  different models of boats, typical boat
4  manufacturing, an 18-footer and several other ones.
5  All of them had this, for lack of a better word,
6  this Z looking line that you have on the side of
7  your boat, the style line molded into the hull.  Did
8  any of those boats go into production prior to your
9  creation back in early '98 with that same type style
10  line?
11   A    I think that we have a whole bunch of
12  brochures and a whole bunch of pictures and I think
13  you're going to need to be specific on that.
14   Q    You told us during your testimony today
15  that the style line was the molded portion in the
16  hull.  And I think it's really represented by the
17  different two tones of color in paint, but
18  specifically you said the style line was the molded
19  part of the hull; correct?  Am I wrong there?
20   A    Yes, you're wrong.
21   Q    What is the style line?
22   A    Well, the style line is the raised
23  portion -- for purposes of this demand is I
24  identify the style line as the raised portion of the
25  hull on the top side that begin at the stern and

1  wrapped around the transom.
2   Q    And it does not include that area where it
3  comes back and then up and goes back to the stern,
4  or does that include the entire circumference of the
5  boat?
6   A    Based on the definition I just gave you,
7  you know, all of the raised portion would be
8  included in the style line.
9   Q    Give you this one interrogatory that you
10  were questioned repeatedly about, interrogatory
11  number five.
12   A    Yes.
13   Q    There was a specific reference to the
14  style line in this Exhibit No. 3 to Proline.  In
15  Paragraph C with reference to the change in the
16  style line says that the reason for the change was
17  that the original style line contained a design
18  flaw.
19   A    Where are you now?
20   Q    I'm on Exhibit 3, Page 3, under change of
21  style line.
22   A    Okay.
23   Q    Paragraph C.  And the first part of
24  Paragraph C says that the reason for the change was
25  that the original style line contained a design

1  flaw.
2   A    Yes.
3   Q    And you were questioned about that and you
4  went through and you pointed out to me in those
5  photographs -- pictures -- to me of the
6  photographs I think it was, some little molded line
7  in the hull and you called that the style line.  In
8  fact, you pointed it on this exhibit, Exhibit No.
9  11.  Do you remember that?
10   A    I remember that.
11   Q    Then the next part of this paragraph says
12  the change, and I'm assuming that this interrogatory
13  reads the change created in 1998, enhanced the
14  appearance look of the Folkboat -- to which is
15  identifiable in the water solely by the style line.
16  And I'm confused at how you're saying
17  the style line is a molded line in the boat and in
18  this thing, a molded in the exhibit, a two-tone you
19  did.
20   A    I think I called the style line an
21  outside.
22   MS. SOBEL: I'm sorry it's the question,
23  sustained.
24   
25  BY MS. SOBEL:

1   Q    Is the two tone styling part that the
2  style line that you're claiming has been infringed
3  in this trade dressing violation?
4   A    The two part of the two-tone part that
5  that.  You call that as two things and then you
6  call that, call that doesn't demonstrate.
7   Q    All right.  What exactly is the basis of
8  your complaint for a trade dress violation under
9  Florida with regard to the style line, which your
10  lawyer has said is the only basis for your complaint
11  with regard to trade dress violation?
12   MS. SOBEL: That's a restatement of the
13  first, complication.
14   MS. SOBEL: This is just -- mischaracterize.
15   MS. SOBEL: I'm not re-complication.
16   MS. SOBEL: Re-complaint so I'll re-rename
17  and I'll re-question now.
18   MS. SOBEL: I'll re-answer.
19   MS. SOBEL: I'll re-question and re-answer.
20   MS. SOBEL: I'll re-question.
21   
22   
23   
24   
25

```
 1    seems to me --
 2         MR. ARNOLD:  Because I was informed that
 3    it would be by written stipulation.  That was
 4    not provided to me by Ms. Greer and I was
 5    informed by Mr. Elbrecht.  But that's fine,
 6    I will be glad to re-notice.
 7         MR. COOPER:  Well, why don't you do this.
 8    It's silly to spend the money to come down here
 9    and do this again; I mean, if you are really
10    covering areas I guess that are in common with
11    the trade dress infringement complaint.
12         MR. ARNOLD:  That's exactly what I asked
13    and where I'm going.
14         MR. COOPER:  Let's see where you're going
15    and we'll see what progress we can make.
16         THE WITNESS:  Can I answer his questions
17    since I'm not prepared for a different
18    deposition other than the Proline deposition?
19         MR. COOPER:  The trade dress infringement
20    claim is essentially the same in both cases,
21    but I think that perhaps if we can begin this
22    described in the trade dress infringement
23    claim by asking the witness to write out the
24    threads are of the single line, that would help
25    focus the trade dress.
```

```
 1         MR. ARNOLD:  Let me clear something else
 2    up in all fairness to Scott.  If he's not
 3    prepared to be examined by me on the basis of
 4    the Blazer lawsuit, it's not fair for me to
 5    proceed or for me to proceed if I'm going to be
 6    off midstream and won't have the right to
 7    redepose him.
 8         MR. COOPER:  We can adjourn the deposition
 9    instead of concluding.
10         MS. BLAYLOCK-DEAL:  We are willing to
11    stipulate as long as they are common areas that
12    are shared with both lawsuits we can move on.
13    But when we get outside that general area, then
14    we are not prepared to go forward today.  But
15    we recognize there are a lot of commonalities
16    between the two cases.
17         MR. ARNOLD:  I don't want to tread the
18    same territory, but I'm sitting here looking at
19    two or three hours of a deposition which is
20    just going to get suspended if we keep having
21    these little arguments.
22         MR. BLAYLOCK-DEAL:  As long as it's in the
23    common elements, we are not objecting.
24         Would that be correct, Alan?
25         MR. COOPER:  Yes.
```

```
 1    BY MR. ARNOLD:
 2         Q.   Do you have a right in your answer to our
 3    lawsuit stated you and the Proline complaint?
 4         A.   I can't specifically, I'm not sure now are
 5    any.
 6         MR. COOPER:  I know it, but it's
 7    admitted.  My part of the counterclaim
 8    for trade dress infringement is that it's
 9    essentially identical.
10         MR. ARNOLD:  I'm entitled to go forward on
11    all my discovery, even that discovery of my
12    complaint against Proline.  And that's why
13    I'm saying.
14         MR. COOPER:  We are prepared to proceed
15    with discovery today in areas where there are
16    common issues.  And -- but this witness has not
17    been prepared with respect to the allegations
18    in your complaint.
19         MR. BLAYLOCK-DEAL:  I'm saying, I can
20    answer the question on the other portions that
21    trade dress on only.  You can do this like,
22    that there's a big area looking on the way,
23    it's a look and feel of it so I can't say, I
24    don't have a right to the elements, so
25    complaint on infringing.
```

```
 1         MR. COOPER:  That is unless we can in I am
 2    I'll wait I'll due.
 3         MR. COOPER:  There are two issues in the
 4    counterclaim which are looking in the
 5    complaint against Proline.
 6         MR. ARNOLD:  With the understanding we
 7    will reserve my right to proceed with respect
 8    to our complaint, I can move past the
 9    counterclaim today.
10         MR. COOPER:  That's fine.  I think that's
11    fair.
12    BY MR. ARNOLD:
13         Q.   Mr. Neal, and I know, I didn't ask to in
14    the area you and I'll try to ease down as I can at
15    and ask it to be common.  Essentially your
16    counterclaim, the first part of the charge of
17    with infringement of an original will known
18    complaint, that I read through and so that in
19    and I don't want to repeat what was the common
20    stipulation on the basic way, fashion only
21    that, that's on a certain type of the common
22    fabric that has all of the threads of the way
23    and it has it put the way,
24         Do you particularly, who reads that
25    who has so and so of the threads.
```

269

```
1    introduction of the original design, Maverick
2    substantially revised the original design during the
3    spring of 1999.
4              Now, a little while ago when I was
5    asking you about any information about testing and
6    all of that, you referred to that testing in your
7    complaint in Paragraph 105, and this is after the
8    February 15th boat show.  What testing specifically
9    and who did it is the question?
10        A    Well, I think that my understanding of the
11   verbiage that you just read, which sounds identical
12   to the verbiage that we discussed earlier today,
13   discusses the fact we came up with an original
14   design, we brought it to the Miami Boat Show.  The
15   testing that we are talking about and the
16   observations and the things that led us to the
17   redesign happened over the course of the building
18   and marketing of that original design.  And it is
19   not specifically jammed in the period between the
20   Miami Boat Show and the redesign of the boat.
21        Q    Testing with your Yamaha dealership, did
22   they do testing for you in your original Prohibiter?
23        A    No.
24             MR. ARNOLD:  Let me show you something, I
25        guess we'll go exactly need to mark it as B152or
```

270

```
1         Exhibit No. 1.
2              (Whereupon, Plffs' Exhibit No. 1 marked.)
3    BY MR. ARNOLD:
4         Q    Would you mind looking at that Exhibit No.
5    1 and tell me if you're familiar with those types of
6    bulletins from Yamaha.
7         A    Yes, this is a Yamaha marine performance
8    bulletin.
9         Q    And that was sent to one of your dealers
10   in Texas?
11        A    You're testifying to that, I'm not.
12        Q    I'm asking you, it's got a dealer's name
13   on the bottom, doesn't it?
14        A    No, it does not.
15        Q    What is the date of that test bulletin?
16        A    January of '99.
17        Q    January the 25th of 1999?
18        A    That's what it says, yeah.
19        Q    And that photograph that's on that test
20   bulletin is one in the same, is it not, on all the
21   other test spans that we have already talked about,
22   is that identifiable here today?
23        A    That, looks like it.
24        Q    Including the one in application 1199?
25        A    Yes.
```

271

```
1         Q    And the Yamaha testing you already, in
2    testing that photograph on that bulletin says?
3         A    First of all, this wasn't a prototype.
4    Believe it or not, yes, Yamaha did application
5    engineer revisited the... it's did it not.
6         Q    If that wasn't a prototype, and that a
7    completed original product.
8         A    Yes.
9         Q    Now, did you contact Yamaha and ask them
10   to do another performance test on your revised
11   Pathfinder 2200?
12        A    No.
13        Q    Who do you deal with at Yamaha, who
14   participated at that test at Yamaha?
15        A    I don't know who physically did that test,
16   but it's typically done by their application
17   engineer.
18        Q    Do you always both applied in engineer
19   ...?
20        A    That's my...
21        Q    And it's a...
22        A    Frankly, when it comes to something
23   ... specification of mechanical stuff.
24        Q    ... a person who the application engineer
25   ... in January of '99.
```

272

```
1         A    No.
2         Q    Do you know what man in that
3    photograph is?
4         A    I've already been asked that today and
5    I've already answered in the negative.
6         Q    Under Paragraph 105 the testing that's
7    referred to there does not include testing such as
8    this done by Yamaha?
9         A    Correct.
10        Q    What type of testing exactly is included
11   in Paragraph 105?
12        A    I'm not sure now.
13        Q    Now, a little while ago when I asked you
14   about the style there part 1 in that in it caused
15   the design 15 test spans on the boat?
16        A    That's not what I said.
17        Q    That's what I asked of you.  In Paragraph
18   ... your... in complaint it says that, does it not
19   ... you're... asked something in a little... you...
20   ... application 105 you... application 105... it...
21   ... 105 ... other test to further develop... you the
22   test ... your ... that has...
23             ... I'm not saying you should have to
24   ... you ...
25        A    Correct.
```

273

```
 1      Q   Is that side mark all the way down the
 2  boat?
 3      A   It is exactly what it says it is.
 4      Q   Does it include the back end of the boat,
 5  that's not what this says in 106?
 6      A   Yes, it is.
 7      Q   In Paragraph 109 -- well, this complaint
 8  goes on to say you first introduced your boat to the
 9  public on May the 4th of 1999.  Paragraph 109 says
10  it defines splashing.  And then 110 says upon
11  information believes Blazer splashed the revised
12  design portion of the Pathfinder 2200 V-hull boat in
13  the process of creating its 2200 Blazer Bay.
14              What is the basis for that
15  allegation?
16      A   We were told by various dealers that
17  Blazer had splashed us.
18      Q   What dealers?
19      A   Dealers I think primarily in the Louisiana
20  and Texas market.
21      Q   Can you name any ... that told you?
22      A   I think all it ... you in general ...
23  is anything.
24      Q   Were you personally told by any dealer
25  that Blazer splashed you?
```

274

```
 1      A   I'm sure I was.
 2      Q   Can you name someone who told you?
 3      A   Might have been Boat Stuff in Harvey,
 4  Louisiana.  It might have been a rep.
 5      Q   Who at Boat Stuff?
 6      A   Probably Jimmy Petsakali, the same guy we
 7  spoke about before.
 8      Q   And he told you personally?
 9      A   I believe he did.  He was one of them.  It
10  very quickly became very evident that something was
11  up.  Plus we have a representative of the company
12  that operates in that market area and he seen it and
13  called me.
14      Q   Is that Art Wright?
15      A   Correct.
16      Q   And Art Wright told you you had been
17  splashed?
18      A   Yes.
19      Q   Had you at that time looked at a Blazer
20  boat?
21      A   No.
22      Q   Have you at this time looked at a Blazer
23  boat?
24      A   Yes.
25      Q   Can you tell us specifically with regard
```

275

```
 1  to comparing Pathfinder 2200 to the Blazer Bay 2200
 2  that exactly you're saying that they splashed?
 3      A   Well, I don't know how much you want to
 4  get into this, but I think that the complaint speaks
 5  ... itself in that it summarizes that it does quite
 6  nicely.
 7      Q   It says that they splashed certain only a
 8  portion of the Pathfinder.  I want to know what
 9  you're claiming that Blazer splashed?
10      A   I think in the complaint it says they
11  splashed the revised portion of the Pathfinder which
12  we have discussed above was a certain ...
13      Q   Are you claiming they splashed your entire
14  hull?
15      A   I think that that was the intent of the
16  complaint based on the list that I saw that of the
17  ... the ... complaint was written.
18      Q   And they told Jimmy and Art Wright,
19  ... about the ... they splashed, was that before or
20  ... you filed your suit.
21      A   Well, this only ...
22      Q   ... they had a reason ...
23      A   ... believe they had the reason that I
24  ... based there is just that ... ...
25      Q   So just your belief was they ...
```

276

```
 1  name.
 2      A   Well, you said more dealers?
 3      Q   Yes, sir, anybody that talked to you
 4  personally.
 5      A   Lindsey Marine.
 6      Q   Where are they out of?
 7      A   They are in Stuart.  I think probably
 8  Mount Houston Marine, Lawson Marine, Lake Charles
 9  Marine, who's now out of business.
10      Q   Specifically who did you talk to at Lake
11  Charles Marine?
12      A   I can't recall the principle's name,
13  they have been out of business for a couple of
14  years.
15      Q   What about Lindsey Marine?
16      A   Both of them.
17      Q   Who's Charles?
18      A   ... only talked to Charles ... I've been to
19  see them.
20      ... ... that I actually ... stamped they did
21  say, I don't know who would tell you that, but
22  they tell you that ...
23      A   I think some company would tell you point
24  blank if you ask ... would come out back and
25  ask you of you know ... admit that they were the ...
```

design or not.
Q Who's that expert?
A I don't recall the person's name, I think that's in the record.
Q Have you received any written correspondence from him?
A Yes.
Q Well, we'll shortly get into the process of production, I assume you can provide that to me. More than one expert or just the one?
A We only hired one independent expert.
Q Did he write a report to you?
A Yes.
Q And what did that report tell you?
A That you splashed our product.
Q What did he tell you in that regard?
A I don't have the report in front of me, and I've only glanced at it so I don't want to get into specifics, but generally that sums it up.
MR. ARNOLD: I'm assuming that by virtue of your testimony earlier pertaining to your [illegible] that we are going to receive that [illegible]
MR. [illegible]: That's correct.
BY MR. ARNOLD:

Q You're in the process of working that up?
A Correct.
Q And I would have the opportunity to depose you concerning those damages; correct?
MS. BLAKELL-DEAL: That might be for a possible time to come back again and maybe we can coordinate that.
MR. ARNOLD: That's what I thought.
BY MR. ARNOLD:
Q Do you have any recollection specifically of what the expert's report told you were the similarities in the hull?
A No.
Q As to Pathfinder on the second count that you filed, this trade dress infringement count, Paragraph 117 talks about the distinctive features of the Pathfinder 2200 V-hull bay boat which was manufactured by Maverick is the style line. And, again, we have talked about that style line, I think it was described and defined in the first count up here; correct?
MR. [illegible]: Paragraph 117?
MR. ARNOLD: Yes.
BY MR. ARNOLD:
Q Tell us, if you will, how the revised

design differed from the original design other than that little straight line [illegible] there, [illegible] line [illegible]
A We [illegible] this today.
Q I want [illegible] it.
A Can you read back the testimony from [illegible] this morning.
Q You're not going to answer the question?
MR. [illegible]: Let me make an objection.
BY MR. ARNOLD:
Q Let me re-ask the question in a different way. What is unique that would cause somebody to look out on the water and say there goes a Pathfinder with your style line?
MR. [illegible]: You're using the word unique, that doesn't have any meaning in the trade [illegible].
MR. ARNOLD: His testimony has been [illegible] and unique.
MR. [illegible]: [illegible]
[illegible]
[illegible] infringement [illegible]
[illegible]
BY MR. ARNOLD:
Q [illegible]

words, [illegible] the unique look of the Pathfinder 2200 which is identifiable in the water solely by the style line.
Tell me what makes it identifiable solely by the style line.
A What the intent of the interrogatory is, that you can identify the Pathfinder just by the style line. You can identify the Pathfinder by other things, but just any portion of that style line is so distinctive that you can identify it as a Pathfinder.
Q You're talking about the entire style line?
A I can tell the Pathfinder coming at me head on is a Pathfinder until it gets to the side and I can see your logo on it or Pathfinder's logo. That's where I [illegible] they [illegible]
Q Mr. [illegible] --
MR. [illegible]: [illegible]
[illegible]
[illegible]
BY MR. ARNOLD:
Q [illegible]
[illegible]

1    A    It appears to be a Blazer Bay boat.
2    Q    Blazer Bay 2200?
3    A    It says -- there's a logo that says 22 --
4  something 20 on it.  I can't read it, but it is a
5  partial photograph of a boat that has -- I believe
6  it says Blazer Bay.  Part of the letters are blocked
7  by the uprights of the trailer.
8         MR. ARNOLD:  Let me make a composite,
9    Exhibit No. 3 and No. 4.
10        (Whereupon, Exhibit No. 3 and
11         Exhibit No. 4 marked.)
12  BY MR. ARNOLD:
13   Q    Mr. Deal, have you had an opportunity to
14  look at the additional two exhibits, No. 3 and No.
15  4?
16   A    Yeah, is that you in the photograph?
17   Q    Yeah, that's me.  Do these three pictures
18  portray a Blazer Bay 2200?
19   A    Again, you know, I can't definitively say
20  it's a Blazer Bay 2200, but it appears to be a
21  Blazer Bay boat.
22   Q    Can you point out any similarities in the
23  style line on that boat as compared to the
24  Exhibit No. 1, 2, 3 and 4.
25   A    Sure.

1    Q    Point it out and circle it and mark it.
2    A    Well, again, it's shot at a very odd angle
3  because it's going away.  But my gut tells me the
4  style line is identical all the way to a certain
5  point at which time the style line was changed.
6    Q    Mr. Deal, are you aware of the measurement
7  differences between where the style lines are
8  located on the two boats?
9    A    We have not had a chance to examine your
10  boat.
11   Q    You just told me a few minutes ago that
12  you have examined one?
13   A    That I've seen one.
14   Q    I thought you told me you had an expert
15  examine it?
16   A    Yes.
17   Q    Did he make a comparison as to those style
18  lines you're talking about?
19   A    I think we asked him whether we were
20  copied or not and he said, yes, you were copied.
21  And he issued a report, which I don't recall the
22  specifics of.  There may have been measurements,
23  there may not have been measurements.
24   Q    Can you tell us what anything on those two
25  boats that you have compared that would slightly

[text illegible due to faded print]

[text illegible due to faded print]

285

```
 1   different?
 2       A   I don't think that's what I said.
 3       Q   Well, the question was asking you to point
 4   out anything on those three photographs which shows
 5   that it's a substantially identical Maverick trade
 6   dress.
 7           MR. COOPER:  You want to rephrase?
 8       Maverick trade dress is likely to cause
 9       confusion, mistake or deception as the source,
10       and thus constitute trade dress infringement.
11       Because the first part of that out of that
12       context is misleading.
13   BY MR. ARNOLD:
14       Q   Mr. Deal, can you point out anything in
15   these three photographs which would show a
16   substantially identical reproduction of Maverick's
17   trade dress style line?
18       A   I would argue that in totality that the
19   style line satisfies that requirement.
20       Q   What are we including in totality?
21       A   I think that the sun roof substantially
22   similar is a natural similar hull lines and forward to
23   have satisfies requirements in that.
24       Q   If you as the questioner and 75% of
25   Maverick sail point out two or three things in the
```

286

```
 1   three photographs, how is the public not likely to
 2   be confused?
 3       A   I didn't say they couldn't.
 4           MR. COOPER:  You're mischaracterizing his
 5       testimony.
 6       Q   Tell me.
 7       A   I've told you, I've told you three or four
 8   times.
 9           MR. ARNOLD:  That's all I have.
10           MR. COOPER:  I'll try to do this as
11       quickly as I can.
12                      CROSS EXAMINATION
13   BY MR. COOPER:
14       Q   Mr. Deal, in response to one of
15   Mr. Elbrecht's questions he asked you whether the
16   shop drawings for the revised Pathfinder 2200 hull
17   design had been discarded.  Do you recall that?
18       A   Yes.
19       Q   Is it common practice to keep those shop
20   drawings?
21       A   No.
22       Q   Was there any reason for discarding those
23   shop drawings regarding this litigation?
24       A   No.
25       Q   Referring to Exhibit No. 1, which is the
```

287

```
 1   Exhibit Exhibit No. 1, which is a copy of the
 2   registration, Mr. Elbrecht asked you questions
 3   relating to the February 11, 1998 around which the
 4   original hull animals per line. Do you recall
 5   those questions?
 6       A   I recall I was asked two things about it,
 7   yes.
 8       Q   And that February 11, 1998 date, does that
 9   relate to the revised hull design for the Pathfinder
10   2200?
11       A   Yes, it's my understanding.
12       Q   Let's look at the 7653 registration, look
13   at that, please. Does that registration cover --
14       A   Can I take just a second to look at it,
15   look at the whole thing?
16       Q   Sure.
17       A   Yeah, I'm sorry, this hull registration is
18   about the original design.
19       Q   When you investigate of the registration
20   ...
21   ...
22   ...
23   ...
24   ...
25   ...
```

288

```
 1       Q   Is that the time period that is occurring
 2   is February, March, and April, 1999 in response
 3   to one of Mr. Arnold's questions?
 4       A   Yes.
 5       Q   Would you look please at Exhibit No. 1?
 6       A   Yes.
 7       Q   And turn to the inside.  The cover refers
 8   to specifications, you see that?
 9       A   Yes.
10       Q   Are these technical specifications the
11   type used in manufacturing a vessel hull design?
12       A   No.
13       Q   Are these structural specifications for
14   marketing purposes?
15       A   Yes.
16   ...
17   ...
18   ...
19   ...
20   ...
21   ...
22   ...
23   ...
24   ...
25   ...
```

1  Maverick's Exhibit No. 1 a photograph of an
2  individual appearing to examine a Proline boat.
3  And, unfortunately, I don't have copies, but you're
4  free to look at it.
5          Mr. Deal, do you recognize what's
6  shown in Exhibit No. 1?
7      A   Yes.
8      Q   What is that, please?
9      A   That is Paul Ellig measuring -- pictures
10  of Paul -- this is a picture of Paul measuring a
11  Proline 22 bay boat.
12      Q   Does the Proline 22 bay boat shown in
13  Exhibit No. 1 show a style line and coloration?
14      A   Yes, it does.
15      Q   What color is that?
16      A   It's dark blue.
17      Q   And is that the -- so the style line is
18  comprised of the dark blue portion shown on Exhibit
19  No. 1?
20      A   That is correct.
21      Q   Thank you. I want to place before you
22  Maverick Exhibit No. 1. Would you look please under
23  the photostatic about halfway down on the left-hand
24  side. Do you see where it says coloration?
25      A   Yes.

1      Q   What model is that?
2      A   2200 tunnel.
3      Q   It's a T; is that correct?
4      A   Yes.
5      Q   Thank you. You testified in response to
6  one of Mr. Arnold's questions that the style line
7  was defined in Paragraph 106 of the answer in the
8  counterclaim -- which I am going to read to you as
9  soon as I can find it -- the revised design included
10  modification of the style line which is the slightly
11  raised portion of the exterior of the hull that
12  extends from the sheer line to the first indentation
13  of the hull.
14          Do you recall a question about that?
15      A   Yes.
16      Q   I'd like you please to look at -- first,
17  does that describe the vertical dimension of the
18  style line?
19      A   Yes, I believe so.
20      Q   And directing your attention to Proline
21  Exhibit No. 1, do you see the part where you have
22  the line and it ruled in that hull?
23      A   Yes.
24      Q   In the middle of that there's a ridge?
25      A   Yes.

1      Q   Is the style line -- is the portion of the
2  style above it the top portion which is the sheet
3  line?
4      A   Yes.
5      Q   And that extends all the way around the
6  circumference of the boat?
7      A   Except it continues where the motor is.
8      Q   Thank you. Mr. Deal, I'm asking you to
9  look for purposes of comparison at Blazer Exhibit
10  No. 2 and Proline Exhibit No. 25. Assuming that
11  these boats are oriented in different directions,
12  putting that distinction aside, is it your belief
13  that the style line as you have defined it in
14  Exhibit No. 2 -- what is the style line shown in
15  Blazer Exhibit No. 2?
16      A   It's the raised portion of the hull.
17      Q   The slight portion down the metal part
18  over the line from the grade -- from the sheer line.
19      A   The part that is above the white
20  portion, not the white part.
21      Q   ...
22  ...
23  ...
24  ...
25  ...

1      A   Correct.
2      Q   Is it your testimony that these two style
3  lines are amusingly similar?
4          MR. ELLSWORTH: Object to the form.
5      A   Yes, it's my testimony that they are.
6      Q   In their totality?
7      A   Yes.
8          MR. ELLSWORTH: Object to the form. Let's
9  just take a break for a minute.
10          ...
11          MR. COOPER: No more questions so no cross
12  examination.
13          MR. ELLSWORTH: I just have a couple.
14          ...
15  BY MR. ELLSWORTH:
16      Q   ...
17  ...
18  ...
19  ...
20  ...
21      A   Yes.
22      Q   ...
23  ...
24  ...
25  ...

293

```
1       Q    And what are the differences?
2       A    The style line doesn't go up here.  But
3  other than that, it is the same.
4       Q    The Z portion as Mr. Arnold referred to it
5  is not present in this style line?
6       A    Correct.  Other than that all other
7  aspects of the style line appear to be the same.
8       Q    And is it your testimony that Z the
9  portion of the Maverick or the Pathfinder style line
10 is inconsequential?
11      A    I think that it is just one element of
12 that style line.  I don't think it's -- certainly I
13 think it adds to the look of the boat, but I don't
14 think it is certainly the entire essence of the
15 style line nor does its absence or presence change
16 the overall look of the style line to the point that
17 people don't see commonality there.
18      Q    It's your testimony that the style line as
19 depicted in Exhibit No. 1 is substantially the same
20 as the style line on the Pathfinder?
21      A    I think that from what I've been told by
22 the people that make the measurements that it's
23 substantially the same, yes.
24      Q    Do you -- were those measurements written
25 or that were taken in this photograph?
```

294

```
1       A    I believe they -- I believe that they were
2  taken down.  You can see he's measuring with a tape
3  measure, so they are not going to be terribly
4  accurate.  And we always understood that we would
5  need to make a detailed examination instead of a
6  drive-by run on a dealership.  So it's always been
7  our intent to get extremely accurate numbers.
8       Q    You were asked by your counsel about
9  exhibit DWH 0049, and you stated that was a
10 registration for the original design?
11      A    I believe that's correct.
12      Q    The photographs that are attached, you
13 can't state whether or not any of those photographs
14 were from the original design or the revised design?
15      A    We have covered that ad nauseam.
16      MR. COOPER:  Asked and answered.
17      Q    You can't say they are?
18      A    We have discussed this five, six, seven,
19 eight times.  And I said that the photographs were
20 not of the quality for me to be able to make that
21 determination.
22      Q    Is there anything about this registration
23 that identifies it as a registration of the old
24 original design?
25      A    Not my knowledge of what it was.
```

295

```
1       Q    It doesn't say anywhere here in the
2  original design, does it?
3       A    No.
4       Q    And the date of the publishing, February
5  the 24 -- February 24, 1999 is not the date of the
6  original application?
7       A    No.
8       MR. ELEMENT:  That's all.
9       (THEREUPON, the deposition was concluded.)
10              - - - - - - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

296



Michele M. Young  EXPIRES
MY COMMISSION # DD101467
April 28, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

297

```
1                    NOTARIAL CERTIFICATE
2    STATE OF FLORIDA      )
3                          )
4    COUNTY OF ST. LUCIE )
5
6         I, MICHELE M. YOUNG, R.P.R., and Notary
7    Public for the State of Florida at Large, do hereby certify
8    that I reported the deposition of R. Scott Deal, a witness
9    called by the defendant, in the above-styled cause; that the
10   foregoing pages, numbered 1 through 295 inclusive,
11   constitute a true record of the testimony of said witness.
12        I further certify that I am not an attorney or
13   counsel of any of the parties, nor financially interested in
14   same.
15        IN WITNESS WHEREOF, I have hereunto set my
16   hand and official seal in the City of Fort Pierce, County of
17   St. Lucie, State of Florida, this 5th day of March, 2003.
18
19
20
21                    MICHELE M. YOUNG, R.P.R.
22                    Notary Public
23
24
25
```

Michele M. Young
COMMISSION # DD101467 EXPIRES
April 28, 2006
Bonded THRU TROY FAIN INSURANCE, INC.

299

```
1         I have read the above and foregoing and find the
2    same to be true and correct to the best of my knowledge,
3    with any corrections noted on the Errata Sheet appended
4    hereto.
5
6
7
8
9
10                        R. Scott Deal
11
12
13
14        Sworn and subscribed before me this _____ day
15   of _____, 2003.
16
17
18
19
20
21                                        Notary Public
22
23
24
25
```

301

```
 1                   ERRATA SHEET
 2    In Re:  Maverick v.  American
 3            Case No. 02-14102-CV
 4
 5    (DO NOT WRITE ON TRANSCRIPT -  ENTER CHANGES HERE)
 6    Page    Line    Now Reads    Should Read  Reason for Change
 7    _____   _____   _____   _____   _____
 8    _____   ___     _____    _____ _____
 9    _____   ___     _____   _____  _____
10    _____   ____    _____   _____   _____
11    ___
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

'01  72/16
'02  87/5
'84  9/19 9/19
'85  9/19 10/13 204/16
'86  8/6
'87  8/6
'92  21/18
'94  21/17 21/18
'97  17/24 21/17
'98  17/24 18/2 24/1 40/17
41/23 44/3 44/17 49/14
58/15 61/22 64/5 64/5
211/11 225/7 253/1 255/2
261/9
'99  49/11 49/15 50/2 50/16
58/16 58/18 50/19 59/14 60/2
61/5 61/21 67/14 71/19
123/24 124/10 124/12 124/14
133/14 139/1 139/21 142/1
142/1 211/11 255/1 255/3
255/6 255/7 256/15 259/14
268/21 270/15 271/25

—

191/16 192/16 193/12 193/13
194/15 195/21 196/13 197/9
197/17 200/9 201/3 202/14
202/18 203/17 203/21 206/20
207/14 207/24 209/13 209/16
212/20 213/14 215/21 216/4
216/14 224/4 224/9 224/14
225/6 227/5 227/8 227/15
227/17 229/11 229/15 229/23
230/20 230/21 231/23 231/25
232/2 233/19 234/11 235/20
236/12 238/8 239/6 240/24
242/4 242/21 243/9 247/12
249/7 249/25 251/3 253/18
256/7 257/8 257/18 259/13
260/11 261/23 264/21 265/1
267/16 267/19 273/7 275/21
276/24 280/19 281/1 281/3
281/5 283/14 283/15 287/13
289/9 289/16 289/17 290/8
290/9 290/16 291/1 291/14
292/16 293/12 293/24 294/1
295/5 299/5 300/5 301/5

**0**

00  279/6
0049  287/12
0049  1/4 6/24 64/19 70/7...

**0049's** ...
0056 ...

01 ...
02 ...
02-14102-CV ...
03 ...
08 ...

**1**

10 ...
100 ...
105 ...
106 ...
109 ...
11 ...
110 ...
117 ...
12 ...
13 ...
1309 ...
1350 ...
14 ...
15 ...

240/8 240/12 247/4 248/24
287/3 287/8 295/5
1503  5/10
15th  254/10 256/15 268/23
269/8
16  9/18 246/17 246/25
17  3/5 3/14 15/17 241/3
18  3/6 3/20 82/25 83/1 83/4
83/7 83/12 88/14 137/12
18-footer  261/4
180  233/20
19  3/21 116/20 116/22 118/4
129/4 129/9 288/5 295/5
1947  12/8
1982  9/13
1984  6/10 10/13
1985  6/8
1987  8/5
1989  10/23
1997  21/4
1998  21/6 85/23 86/12 99/5
41/13 44/21 48/14 49/6
54/11 56/7 58/5 61/2 65/19
65/21 65/24 67/17 68/6
68/15 69/11 80/2 80/10
80/17 80/20 90/9 90/14 91/8
91/16 92/16 104/16 106/12
107/23 122/3 139/24 157/4
1999  49/10 50/2 51/14 51/17...

**2**

20 ...
200 ...
2000 ...
2001 ...
2002 ...
2003 ...
2004 ...
2070 ...
21 ...
210-A ...
211 ...
2110 ...
22 ...

**2**

**22-foot**  15/21 49/22 61/18 246/5
**2200**  26/18 49/15 50/24 56/7 57/15 58/4 59/2 60/5 62/22 65/18 65/23 67/9 67/18 68/16 69/13 71/11 72/2 72/11 73/1 73/6 75/3 75/9 75/17 76/7 76/11 76/22 77/23 78/18 84/7 84/8 85/16 85/19 86/11 86/11 86/15 86/16 86/21 86/22 86/25 86/25 87/19 87/20 88/3 88/4 88/6 88/21 89/2 89/2 89/8 89/11 89/14 89/17 89/20 89/23 90/1 90/3 92/18 93/4 96/2 101/18 104/17 109/5 119/13 122/3 123/5 123/12 123/16 123/17 124/21 124/21 125/18 125/18 125/22 125/22 127/10 127/11 127/17 127/17 128/3 128/3 128/11 128/11
**2200-V**  1/25
**225**
**23**
**2300**
**24**
**25**
**253**
**25th**
**26**
**26th**
**27**
**27th**
**28**
**286**
**29**
**292**
**295**

**3**

**30**
**30037**
**31**
**32**
**32501**
**34**
**34237**
**34950**

**4**

**45**
**4th**

**5**

**50**

---

211/7
**5070**  1/17
**5b**  103/6

**6**

**60**  89/22 260/1

**7**

**772-464-2664**  1/24

**8**

**80's**  20/6
**82**  139/7
**82B**  139/6

**9**

**90**  216/8 217/18
**90's**  20/7 22/8 22/19 22/20
**95**  217/18
**999**  139/7

**A**

**A1A**  1/17
**abandoned**  104/22 104/24 105/7 105/13
**ability**  56/15 157/6 202/25
**able**  19/24 42/11 50/5 100/6, 105/19 108/21 125/16 146/11 160/14 160/24 162/10 162/21 174/7 171/18 213/11 230/23
**about**
**above**
**above-styled**

---

**absence**  288/23 293/15
**absolutely**  25/24 108/24 110/4 146/16 217/19 237/13
**acceptable**  122/17 131/11
**accepted**  227/24
**access**  213/10 213/10
**accommodate**  5/12
**accommodating**  43/4
**accompanied**  164/2 164/19
**accomplished**  200/22
**accuracy**  174/19
**accurate**  6/22 20/20 45/19 48/20 68/8 86/1 93/5 113/15 142/18 201/19 201/25 202/3 212/5 257/2 294/4 294/7
**accurately**  167/9 236/22
**achieved**  201/10
**across**  11/10 218/15 283/1 283/5
**act**  65/8 71/19 71/20 76/23 77/13 155/25 206/1 240/19 243/23 244/2 244/22 260/22 279/17
**acted**  236/24
**action**  10/14 69/23 70/7 152/20 169/19 243/17 244/24 251/20
**actions**
**active**
**actively**
**activities**
**activity**
**actual**
**actuality**
**actually**
**add**
**added**
**addition**
**additional**
**additions**
**address**
**addressed**
**addresses**
**addressing**
**adds**
**adjourn**
**ADJOURNED**
**adjust**
**admission**
**admits**
**admitted**
**adnauseam**
**advantage**
**advertised**
**advertisement**
**advertisements**
**advertising**
**advice**

**A**

advise  210/12 210/15
aesthetic  31/7 31/23 34/7
 34/16 102/4 122/8 157/9
 169/12 169/17 170/3 170/4
aesthetically  122/11 122/24
 170/7
aesthetics  30/23 178/15
affect  103/10 103/14 103/20
 104/1 104/7 104/9 158/6
 158/10 160/5 186/3 186/20
 187/5 194/14 194/17 194/21
 194/22 195/2 204/18
affected  111/8 111/9 111/13
 111/15 161/15 171/7 171/9
 195/19 195/20 200/11 203/6
affects  195/4
affiliated  8/7
affirmative  181/11
afforded  241/1
aft  146/22 160/24 165/15
 197/23 218/1 219/11 219/14
 219/18
after  9/14 33/18 34/19 34/20
 35/16 40/18 41/1 41/3 47/5
 49/6 50/1 99/22 124/11

against

agency

aggressive

ago

agree

agreed

agreement

ahead

air

airplane

ALAN

all

113/1 120/19 124/11 126/19
127/20 128/20 130/20 131/3
131/4 132/3 132/17 132/17
140/10 149/14 152/6 154/18
156/15 160/18 161/22 163/23
166/24 169/22 170/9 170/24
171/1 171/4 171/7 171/9
171/20 176/11 182/9 184/10
188/15 199/19 193/7 204/17
205/13 205/20 207/5 207/8
207/21 208/22 210/8 214/16
220/14 220/17 223/16 236/24
237/20 239/23 244/17 247/14
249/1 249/13 249/22 255/19
256/3 256/25 257/23 257/25
259/22 259/25 260/21 261/5
262/7 264/7 266/2 267/11
269/6 270/20 271/3 271/4
273/1 273/22 282/4 283/21
283/22 284/5 284/23 286/9
291/5 293/6 295/8

allegation  222/2 233/3
 267/17 273/15
allegations  67/3 222/12
 222/17
allow  57/7
allowed  27/20
almost  292/25
along  32/11 34/3 173/1
alphabetical  194/15
already  10/18 30/7 31/19

also  712 17/1

although

always  77/4 156/5 160/5

am  100/14 142/11 146/5

ambiguous  32/8
amend  224/20
amended  254/21
AMERICAN  176

AMH
Among
amongst
amount
amounts
analytical
angle

Angler  3/15
angles  95/5 167/17 167/18
 132/19 193/8 199/11
annotated  68/25 267/7
annual  41/6
another  120/25 138/10 141/13
 188/23 199/13 227/20 239/19
 271/19 280/17 280/19
answer  5/22 23/13 30/21
 31/18 32/10 33/5 42/4 42/7
 63/11 64/17 65/9 65/16 68/4
 68/11 76/16 76/19 77/8 77/9
 81/8 82/10 91/17 92/11
 93/10 100/24 105/17 108/2
 109/11 109/22 116/6 117/21
 123/2 125/13 131/8 131/18
 134/21 134/21 135/10 141/15
 143/4 143/4 156/8 158/15
 159/13 159/15 160/1 160/11
 163/12 163/15 170/22 181/1
 181/9 181/11 182/18 197/8
 197/16 199/13 204/7 204/9
 204/17 212/15 232/19 241/19

answered

answering

answers
anterior
anticipate
anticipated

antidotal

antidotally

any

**A**

**anybody**  78/9 193/10 259/23
275/19 276/3
**anymore**  137/1
**anyone**  19/3 22/14 102/15
124/6 162/8 162/11 193/19
203/23 207/17 208/16 218/13
229/12 236/8 239/25 267/4
**anything**  9/22 20/3 29/22
30/5 34/14 36/4 66/13 90/21
94/9 101/15 120/24 133/2
133/7 134/2 135/20 150/6
155/11 155/24 156/17 178/14
186/18 195/4 197/17 202/8
208/15 213/9 224/22 226/16
230/11 230/14 234/20 236/7
237/18 237/24 238/3 238/8
238/21 239/9 239/13 239/23
250/8 250/23 257/19 259/1
259/4 259/16 281/24 282/24
283/9 283/11 284/12 285/4
285/14 294/22
**anytime**  23/16 86/24 177/8
**anyway**  63/22
**anywhere**  25/13 28/13 74/19
206/8 257/13 257/17 295/1
**apologize**  181/2 194/20
**apparent**  50/1 51/5 144/21
111/25 152/21
**apparently**  112/9
**appeal**  102/4
**appealing**  103/7
**appear**  10/23 44/16 121/19
143/13 252/1 293/1
**appearance**  55/24 141/15
**APPEARANCES**  2/1
**appearing**  254/9
**appears**  44/15 44/19 45/14
47/4 112/8 112/13 143/4
141/23 141/25 142/11 142/19
143/22 252/17 292/1 292/5
143/11 143/12 143/15 143/17
144/1 147/14 151/15 292/16
245/1

**appended**  20/15
**application**  16/17 165/10 165/23
... ...
...
...

**applications**  147/1 266/24

**apply**  ... 
...
...
...

**appreciate**  ...
**appropriate**  ...
...
...

**approximately**  ...
...

**approximation**  ...
**April**  ...
**architect**  ...

**archive**  47/7
**area**  4/15 16/15 55/5 58/10
147/3 147/25 153/14 156/23
168/14 175/3 176/5 188/4
192/8 200/2 202/5 202/23
262/2 266/13 274/12
**areas**  7/11 43/18 43/19 43/20
135/6 136/1 167/23 167/23
167/24 167/25 168/2 168/2
175/1 175/20 181/12 235/2
265/10 266/11 267/15
**aren't**  131/11 185/24 241/4
**Arguably**  19/17
**argue**  73/14 285/18
**arms**  11/9
**ARNOLD**  2/9 2/9 2/20 253/18
254/2 293/4
**Arnold's**  248/3 290/6
**around**  11/9 16/15 38/15
95/10 154/1 182/9 200/2
256/23 262/1 263/17 284/15
291/5
**arrive**  193/19
**Art**  274/14 274/16 275/18
**articles**  225/15
**as**  5/3 5/4 6/4 9/19 13/11
16/6 16/9 16/12 16/25 17/25
24/25 26/4 27/21 31/23
31/23 33/4 35/15 35/21
35/22 35/4 35/7 36/22 37/25
42/16 43/17 51/21 51/16
54/1 55/2 55/12 55/11
55/15 55/21 55/22 63/4 63/1
64/15 64/16 65/5 65/11
66/11 66/13 64/7 66/13 71/1
71/24 73/10 73/20 73/25
74/20 74/20 74/24 75/5 75/5
79/25 79/7 82/22 82/21
87/25 88/16 88/8 93/1
93/16 93/22 93/22 96/3
94/20 100/18 103/9 103/10
... ...
113/13 116/19 117/18 121/1
... ...
...
...
...
...
...
...
...

**asks**  ...
**aspect**  ...
**aspects**  ...
...
...

**assemble**  ...
**assemblible**  ...
**assembly**  40/11 102/20
**asset**  102/3
**assigned**  45/24
**assist**  271/1
**assistant**  130/22 239/1
**associated**  ...
**associating**  ...
**association**  ...
**assume**  ...
...
...
...
...

**assuming**  ...
...
...

**assumption**  ...
...
...
**assurance**
**asymmetrical**  ...
...
**asymmetries**  ...
**asymmetry**  ...

**archive**  286/10 286/11 287/20 288/2
288/25 290/8 290/9 291/13
292/17 293/4 293/18 293/20
294/23 296/8
**aside**  30/4 141/21 189/21
291/12
**ask**  5/19 31/20 32/22 33/14
31/3 45/11 45/14 59/6 62/11
63/21 64/20 67/2 67/3 67/20
73/19 82/20 84/14 86/14
102/23 103/12 105/24 112/11
115/17 118/15 121/2 125/14
131/15 132/1 132/10 135/19
141/12 142/19 143/1 145/10
147/18 159/14 161/22 162/10
168/19 170/17 180/20 181/5
184/6 197/10 198/19 205/16
210/14 213/17 213/25 215/1
222/4 222/6 224/1 237/20
240/24 255/9 258/14 271/9
283/5 288/25
**asked**  14/15 21/10 32/5 64/3
68/9 100/21 106/20 107/25
108/13 109/7 114/7 134/3
142/6 148/24 158/20 159/15
168/21 181/3 202/18 226/25
230/11 236/9 236/16 250/1
250/5 250/6 256/5 256/12
263/12 272/24 272/11 292/19
292/15 293/4 293/16
294/6 294/16

**asking**  5/17 31/25 ...
...
...
...
...
...
...
...

**asks**  ...
**aspect**  ...
**aspects**  ...

**A**

**at** 11/23 11/23 11/25 12/25
19/4 22/11 23/1 24/15 24/25
25/15 26/7 26/19 29/1 29/3
29/24 34/9 36/1 36/14 39/7
39/19 40/14 41/14 42/3
42/12 42/14 42/21 42/24
43/7 44/2 45/3 45/17 46/19
47/16 48/3 48/17 50/21
51/19 60/4 60/12 60/25 61/5
61/7 61/13 62/2 65/19 71/9
72/18 72/21 75/6 75/8 77/12
79/3 79/17 83/7 83/11 84/15
86/5 86/7 86/23 86/24 87/18
88/9 89/8 90/25 91/6 92/14
95/3 95/6 97/12 98/12 98/19
99/7 99/12 99/17 99/20
100/1 100/12 100/18 101/1
101/2 101/8 101/11 102/1
101/5 106/23 106/25 107/11
107/21 108/3 108/5 109/3
109/4 109/14 109/25 114/2
117/2 117/25 113/3 121/7
122/14 123/13 123/16 125/15
126/20 126/22 128/1 128/22
129/19 139/4 141/2 142/13

**attached**

**attachment**

**attempt**

**attempted**

**attend**

**attention**

**attest** 267/20
**attitude** 238/19
**attorney** 1/20 76/15 77/11
162/7 213/16 213/23 223/8
233/6 236/5 236/8 241/20
297/12
**attorneys** 159/10 162/12
238/6
**attractive** 28/1 31/16 34/13
**authority** 296/7
**authorization** 159/2
**authorized** 76/21 163/17
**available** 47/8 128/2 128/21
128/24 155/19 156/4 225/2
244/7 252/18 253/7
**Avenger** 19/16 97/17 97/22
260/20 260/24
**average** 125/15 125/20
**avoid** 237/8
**avoided** 66/8
**awards** 225/13
**aware** 50/7 77/12 140/25
153/17 153/18 160/19 163/8
163/11 163/16 168/11 168/18
191/13 211/22 225/17 225/25
231/16 232/3 241/2 250/13
254/14 282/6
**awareness**
**away**
**awful**

**B**

**back**

**backed**
**background**

**bad**

**balance**
**barge**
**based**

**basic**
**basically**

**basis**

**Bass**

**bay**

13/2 13/7 13/13 14/1 14/4
14/8 14/19 14/25 15/6 15/9
15/21 15/25 16/5 16/6 16/9
16/12 16/18 16/21 16/24
17/2 17/6 17/10 17/15 18/4
18/9 18/12 19/4 19/5 19/13
19/20 19/21 19/25 20/14
20/18 20/19 20/22 21/15
21/24 23/8 23/15 23/19
23/21 26/25 27/11 27/24
29/16 29/21 29/23 30/6
30/10 30/15 30/24 31/8
31/24 34/8 34/17 35/25 36/4
36/25 43/17 62/22 65/18
65/25 67/9 69/13 69/16
71/11 72/2 72/11 73/1 73/6
75/3 75/10 75/17 76/7 76/11
77/24 78/18 95/23 97/19
104/6 104/7 184/2 185/7
185/21 191/1 192/13 192/24
194/23 194/1 196/24 197/14

**Bayside**
**be**

**B**

Beach   1/18 5/10
beam   89/13 129/3
became   50/2 77/12 163/8
  170/3 170/4 254/13 274/10
because   11/5 12/24 20/24
  25/19 37/25 45/16 46/24
  56/20 60/19 68/14 70/8 77/1
  84/10 85/14 87/7 90/12
  91/13 98/25 106/7 106/9
  114/15 118/8 119/1 123/9
  123/19 124/9 124/17 126/15
  136/22 137/8 139/5 142/9
  142/11 148/2 149/11 150/18
  150/19 156/17 158/15 159/16
  160/25 163/21 172/6 179/13
  182/24 188/18 188/22 189/8
  189/18 189/21 191/25 198/23
  198/24 200/8 201/11 204/10
  205/12 205/11 205/14 219/20
  230/20 244/6 248/8 251/7
  253/17 256/21 265/2 282/3
  283/17 294/21 295/11
become   12/9 50/7 52/8 163/11
becomes   210/6
becoming   10/22
been   5/4 12/12 12/14 14/6
  18/10 20/9 23/7 29/6 29/7

before   9/12 9/6 20/18 39/21

began

begin

Beginning

begins

begun

behalf

behavior

behind

being

belief   291/12
believe   13/15 17/1 21/22
  25/15 31/7 31/22 34/7 34/16
  35/21 36/12 38/16 39/3 39/6
  39/11 41/14 42/16 45/14
  47/19 47/23 52/18 59/17
  61/6 61/25 64/6 66/3 66/23
  66/24 77/15 78/20 81/15
  83/3 83/19 87/13 88/4 88/6
  89/13 89/15 93/8 95/7 97/11
  97/12 102/24 117/16 122/5
  122/16 129/25 130/19 139/12
  139/13 142/23 143/8 144/6
  145/20 154/3 158/22 162/5
  166/2 166/16 167/19 174/7
  176/13 177/2 179/17 181/2
  181/16 188/22 190/7 198/18
  211/17 214/10 214/22 223/11
  223/20 225/13 227/4 228/1
  231/1 231/24 232/2 234/7
  238/6 238/13 239/7 240/14
  248/12 248/19 251/6 252/10
  252/14 254/17 274/9 281/5
  295/19 294/11 294/1 294/11
believes   274/11
below   45/18 127/20 165/4
Benito   58/13
Bertram   214/9
besides   76/15 136/3
best

better

between

Beyond   176/22
big
bigger
binding
birth
birthed
bit
black
BLAXYLL-DEAN
BLAZER

blew
blocked
blow-out
blue
blueprint
blunter
board

168/19 168/20 168/24 169/3
169/6 169/7 169/9 169/24
170/2 170/3 170/12 171/1
171/20 172/22 173/4 173/11
173/15 173/19 174/2 174/12
174/23 175/5 176/14 177/2
183/8 183/10 195/18
boards   19/19
boating   9/5 9/8 10/1
boats   6/14 6/15 6/19 6/20
  6/23 7/1 7/2 7/2 7/3 7/12
  7/25 8/3 8/5 8/23 8/25 9/1
  10/10 10/12 11/5 12/8 12/11
  12/22 12/25 13/7 14/6 14/19
  14/25 14/25 15/2 15/3 15/9
  15/10 15/25 16/1 16/14
  16/21 16/24 17/9 17/11
  18/11 18/15 19/4 19/5 19/13
  19/17 19/14 19/21 19/25
  20/11 20/25 22/7 22/11

body
bolder
bolts
book

books
boot
borrow
both

bottom

Boulevard
bow

box
Boy
brand

**B**

brands  6/18
bravo  139/6 139/7
break  24/18 63/18 71/6
  115/11 170/18 220/21 253/23
  292/9
brief  220/23
bring  22/21 24/14 24/16
  35/13 192/25 237/1
broad  197/9
brochure  3/7 3/8 3/9 3/11
  3/20 3/21 3/22 4/10 4/12
  4/16 12/2 12/6 12/14 79/11
  79/16 82/11 82/18 85/8
  115/11 119/13 119/15 121/16
  121/18 123/13 127/23 128/4
  128/15 215/11 216/21
brochures  42/2 42/11 79/22
  84/20 119/3 120/13 261/11
  261/12
brought  61/23 66/15 70/23
  102/1 145/15 171/13 200/6
  241/6 269/14
bubbling  228/1
buddy  236/25 236/25
Buffet  49/1
build  14/18 14/25 15/21 15/8

buildable
builder
builders
building

builds
built

bull
Bullet  104/5
bullet-pointed
bulletin
bulletins
bunch
burgundy
busier
business

but

---

40/25 41/15 41/20 44/24
45/5 45/18 46/25 48/20
49/17 53/6 54/1 54/22 56/8
57/16 57/17 59/17 61/15
65/10 66/25 67/15 67/24
69/18 72/15 73/14 78/21
83/20 93/13 96/23 97/11
102/22 106/25 108/25 117/18
119/24 120/1 124/11 126/20
127/24 130/1 130/25 135/1
136/3 136/25 138/12 139/13
140/18 141/21 143/16 144/11
144/14 145/8 145/16 147/8
147/13 148/3 148/15 150/6
150/19 151/14 153/8 153/17
154/20 155/17 157/6 157/20
162/1 164/13 164/16 165/14
171/4 171/24 172/11 172/17
174/6 174/21 175/25 176/25
177/1 177/13 178/5 179/24
180/25 181/10 187/2 187/14
190/2 190/3 191/24 192/10
193/2 194/22 196/6 197/7
197/8 199/6 200/10 200/17
200/19 201/5 202/21 204/2
204/11 211/9 212/2 212/19

buy
buyers

**C**

calculation
call
called
calling
calls
came
camera
Camino
can

can't

cannot

**C**

cap  182/5
capacity  50/5 89/22 129/3 254/12 260/8
Cape  58/12 102/5
capture  108/23
carbon  15/18
care  210/25
carried  251/12
carry  220/10
case  1/3 38/5 83/19 102/24 126/9 126/10 129/25 130/2 132/2 139/19 140/21 187/10 199/22 230/22 299/3 300/3 301/3
cases  142/10 189/2 189/2 199/18 199/19 265/20 266/16
Cat  97/17 97/25 260/20 260/24
catalog  82/12 82/19 82/21
catalogs  221/17
catching  182/3
categories  120/1
category  120/19 183/19
cause  279/12 284/19 285/8 285/24 297/9
caused  56/14
cavlar  15/18
cell
center
CEO
certain
certainly
certainty
CERTIFICATE
certified
certify
chair
challenge
chance
change
changed

95/6 95/8 95/12 95/18 98/7 95/10 100/8 100/20 101/3 101/13 114/4 122/25 152/10 152/16 155/17 155/18 156/5 156/6 157/8 169/16 175/2 178/9 178/18 178/19 184/10 185/17 188/12 188/15 188/17 189/11 196/14 196/17 199/12 282/5
changes  4/5 4/6 4/7 4/8 4/9 19/13 49/14 49/17 57/1 58/14 58/23 80/1 80/4 80/6 80/23 81/3 81/6 81/13 81/16 81/19 82/7 82/8 85/9 87/6 87/9 87/15 87/18 92/8 93/3 93/6 97/1 98/18 104/17 106/13 108/20 110/13 110/17 111/10 113/6 118/11 118/13 118/20 119/2 119/6 122/2 122/7 130/16 130/20 131/1 131/3 131/4 132/17 132/18 132/18 133/14 133/19 134/7 135/16 136/13 136/14 136/17 136/20 139/22 140/25 141/4 145/20 153/15 156/11 156/13 156/18 157/1 158/7 158/16 158/18 159/1 159/7 159/4 160/11 162/24 163/14 163/23 163/6 163/19 163/22 163/11 164/21 164/9 164/25 165/19
changing
characteristics  180/4
charge
Charles
cheap
check
chief
chine
choice

choices  156/15
choose  219/8 244/7 244/8
chosen  212/2
Chris  260/3 260/5
circle  174/11 282/1
circled  263/8 299/22
circling  147/11
circumference  262/4 272/15 263/6
circumstances  203/2 203/19
cite  13/4 13/6 31/6 183/19 192/22
city  258/25 297/18
civil  70/7
claim  52/22 224/16 233/1 252/13 265/20 265/23 283/7 283/1
claimed  224/3 277/22
claiming  104/11 154/1 159/23 205/16 264/2 275/9 275/13 283/25
claims  52/21 53/11 64/15 267/21
clarification  14/17 96/19
clarify  67/21 67/24 120/4 148/17 148/23 148/24 155/21 176/8
classify
clean  109/24
clear
clearer
client
Climan
close
closed
coach
coaching
Coast
Coastal
cockpit
Cod
code
codes
coffee
Coincides
collected
Collins
color
coloration
colored
coloring
colorized
colors
column
combination
combinations
combine
combined
come
comes
comfortable

**C**

comfortably 135/13
coming 41/22 131/19 280/14
comment 61/24 138/9 141/12
142/6 157/6 157/22 160/12
161/1 166/19 167/1 189/10
254/24
comments 176/24 180/15
commitment 238/13
committed 66/24
common 29/20 219/11 219/12
248/6 251/12 265/10 266/11
266/23 267/16 286/19
commonalities 266/15
commonality 8/19 207/4
293/17
communicate 127/25
communicated 233/8
communication 76/16 208/20
210/22 228/3
communications 77/10 208/15
233/6 241/21
companies 8/7 8/19 11/16
19/7 97/4 97/7 97/16 183/6
183/14 184/15 141/7 191/10
191/14 196/22 196/23 196/25
206/23 206/24 213/23
company 17/5 47/3 67/8 77/3
87/11 87/21 102/1 151/1 152/21
152/2 152/3 153/1 227/15 233/21
237/2 237/3 50/23 1/3/23 153/23
191/15 192/18 194/23 194/7
121/15 151/7 153/19 153/4
163/4 163/15 167/11 167/5
167/25 233/11 231 13/10 163/21
234/19 238/21 265/24 275/15
265/1 265/15 161/2 275/13
275/11
company's 1/1 1/1/11 / 1/1
comparative 1/12/1
compare /1/1 1/1/1 / 1/11
compared 1/1/1 1/1/1 1/1 1/1
1/1/1 1/1 1/1 1/1 1/1 1/1
245/25
comparing 1/1/1
comparison 1/1/1 1/1/1/1
161/11 1/1/1
competent 1/1/11
competitions 1/1/1/1
competitors 1/1/1 1/1 1/1/1
complaining 1/1/1 1/1/1
complaint 1/1/1 1/1/1 1/1/1
1/1/1 1/1/1 1/1/1 1/1/1 1/1/1
1/1/1 1/1/1 1/1/1 1/1 1/1
191/11 1/1/1 1/1/1 1/1 1/1/1
251/20 191/10 191/11 251/21
263/18 191/1 151/1 1/1/1
231/10 1/1/1 1/1/1 1/1/1 1/1/1
complaints 1/1 1/1 1/1 1/1/1
1/1 1/1/1 1/1/1 1/1
1/1 1/1/1 1/1 1/1
complete 1/1 1/1 1/1 1/1/1
1/1/1
completed 1/1 1/1 1/1/1
1/1/1 1/1/1 1/1 1/1/1
1/1/1 1/1/1
completely 1/1 1/1
complex 1/1 1/1/1 1/1 1/1
comply 1/1/1
composite 1/1 1/1
compound 1/1 1/1 1/1 1/1

96/13
comprehensive 247/19
comprised 289/18
computer 47/6 47/9 47/16
253/14
concept 12/11 12/22 21/25
26/23 30/2 36/9 36/10 210/3
220/18
concerning 259/4 260/20
278/4
concerns 192/5
concert 170/9
concise 202/16
concluding 266/9
conclusion 43/16 65/5 139/17
159/7 159/17 187/22 222/4
222/15
conclusions 109/19
concur 221/14
conditions 186/21 186/25
conference 236/13
confident 212/21
confidential 253/6
conform 152/15 152/25
conforming 152/19
confuse 149/4 284/21
confused 226/22 224/22 251/17
263/15 286/22
confuses 224/1
confusing 224/1
confusingly 2/2/5
confusion 250/1 223/11
226/13 242/5 241/15 243/4
283/25
connection 25/22
conservative 57/25
consider 1/3/1 21 1/3 250/1
257/25
consideration 21/222
considered 1/1/1
considering 187/6 202/4 263/15
consistent 51/25 152/25
152/24 1/1 2/1 1/5 1 251/23
251/25 251/16 1/1 1/1 1/1
console 24/11 251/1 251/1
151/10 151/23
consolidate 1/152/12
consolidated 1/1/1 152/11
262/16
consolidation 117/16
constant 2/2/27
constitute 45/16 263/11
construe 1/1/1
consult 1/1/1 1/1/1
consumer 157/21 158/16
157/17
consumers 1/1/1 1/1/1 1/1/1
contact 1/1/1 1/1/1 1/1/1
contain 1/1 1/1
contained 1/1 1/1 1/1 1/1/1
1/1/1 1/1/1
contains 1/1 1/1
contend 1/1 1/1/1 1/1 1/1/1
1/1/1 1/1
contention 1/1/1
contents 1/1
context 1/1 1/1 1/1 1/1/1
1/1/1 1/1/1 1/1/1
contexts 1/1
continue 1/1 1/1 1/1
1/1/1 1/1 1/1
continued 1/1 1/1 1/1

continues 218/24
continuing 70/15 74/3 74/12
187/20 205/19
conversation 163/22 230/12
230/25 231/2 236/18 236/21
239/9 239/10 239/11 240/6
conversations 239/16 239/19
converted 20/25
converting 59/19
cooler 20/2
COOPER 2/2 2/21
coordinate 278/7
copied 12/12 12/15 12/20
183/13 183/15 191/4 191/5
191/10 196/22 197/1 206/21
206/24 212/7 212/16 212/2
223/6 223/15 227/22 223/19
233/4
copies 104/1 129/15 129/16
129/17 166/10 167/16 192/6
289/3
copy 13/25 25/13 68/23 68/25
74/21 83/3 83/19 84/2 99/14
165/17 174/11 198/22 213/20
223/14 243/15 263/12 263/24
287/1
copyright 42/6 42/17 63/1
65/7 71/15 121/1 121/15
121/15 153/21 221/1
copyrights 1/1/1
corner 1/1/1 1/1/1 1/1/1
167/21 167/22 216/4 216/15
243/22
Corp 1/17
corporate 1/1 1/1
corporation 1/1 1/1 1/1
corporations 1/1
correct 1/1 1/1 1/1/1 1/1/1
1/1/1 1/1/1 1/1 1/1/1 1/1/1
1/1/1 1/1/1 1/1 1/1 1/1/1
1/1/1 1/1 1/1/1 1/1 1/1/1
1/1/1 1/1 1/1 1/1/1 1/1/1
1/1/1 1/1 1/1/1 1/1 1/1/1
1/1/1 1/1/1 1/1 1/1 1/1/1
1/1/1 1/1/1 1/1 1/1 1/1/1
1/1/1 1/1 1/1/1 1/1 1/1/1
1/1/1 1/1 1/1/1 1/1 1/1/1
1/1/1 1/1 1/1 1/1 1/1/1
150/24 191/4 191/17 191/18
191/20 191/11 191/12 191/1
1/1/1 1/1/1 1/1/1 1/1/1
1/1/1 1/1 1/1/1 1/1/1 1/1/1
151/25 151/1 1/1/1 1/1/1
151/1 1/1 1/1 1/1/1 1/1/1
1/1/1 202/12 1/1/1 291/1
151/1 1/1 1/1 1/1 1/1/1
1/1/1 1/1 1/1 1/1/1 1/1/1
1/1/1 1/1 1/1 1/1/1 1/1/1
1/1/1 1/1 1/1 1/1/1 1/1/1
1/1/1 1/1 1/1 1/1/1
corrected 1/1 1/1 1/1/1
1/1/1
correcting 1/1/1
correction 1/1
corrections 1/1
correspondence 1/1
cost 1/1/1
costly 1/1 1/1
couch

**C**

could   13/19 24/7 34/3 43/6
48/16 51/12 53/5 57/17
65/12 69/22 69/24 79/17
80/11 88/11 92/23 108/15
108/24 119/10 119/10 120/21
133/19 135/25 136/1 136/2
140/20 155/9 165/22 165/23
166/4 166/19 174/11 175/24
177/12 179/13 187/13 187/14
193/11 200/20 201/21 202/6
202/20 211/9 214/12 227/12
237/15 241/14 242/5 242/8
242/17 243/2 243/13 243/14
256/7 258/17
couldn't   60/16 206/2 209/18
229/22 283/15 281/16 286/3
counsel   76/15 76/18 77/6
78/14 78/15 105/18 162/7
163/14 163/22 205/25 245/9
245/11 253/7 261/22 264/22
264/23 294/18 296/8 297/13
counsel's   233/11
count   221/23 223/24 268/1
278/14 278/15 278/20 279/22
279/23 284/8 284/9
counterclaim   224/1 267/1
268/1 290/8
countercomplaint   . . . . . .
. . . . . . . . . . . . . . . . .
counts   . . . . . . . . . . . .
COUNTY   . . . . . . . . . . . .
couple   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . .
course   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . .
court   . . . . . . . . . . . .
cover   . . . . . . . . . . . .
. . . . . . . . . .
coverage   . . . . . . . . .
covered   . . . . . . . . . . . .
covering   . . . . . . . . . . .
covers   . . . . . . . . . . . .
craft   . . . . . . . . . . . .
. . . . . . . . . . . .
created   . . . . . . . . . . . .
. . . . . . . . . . .
creates   84/20
creating   . . . . . .
creation   . . . . . .
critical   . . . . . . . . . .
crooked   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . .
crookedness   . . . . . . . . .
cropped   . . . . . .
cross   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
crude   . . . . . .
current   . . . . . . . . . . . .
cursory   . . . . . . . . . .
curve   . . . . . . . . . . . .
curved   . . . . . . . . .
curves   . . . . . .

custody   47/15
customer   46/3 51/3 94/18
128/1 136/7 150/17 178/3
178/7
customers   51/4 51/10 52/15
55/18 55/23 61/9 80/17
200/9 220/10 223/12 225/2
229/6
cut   77/11 35/3 47/18 47/20
47/21 133/9 167/3 190/17
cuts   190/15
CYNTHIA   2/3

**D**

damages   241/16 243/4 243/19
243/20 244/12 252/13 277/22
278/4
Dana   214/1 214/3 214/4
214/15
Dana's   214/23
dargal   137/9
dark   289/16 289/18 291/2
date   1/14 17/17 17/19 22/17
23/2 23/4 23/16 25/13 25/16
25/21 46/12 46/14 46/15
46/17 47/17 47/18 47/21
47/23 47/24 48/1 61/25
61/10 64/11 67/14 67/15
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
dated   . . . . . .
dates   . . . . . . . . . . . .
Dawson   . . . . . .
day   . . . . . . . . . . . .
. . . . . . . . . . .
days   . . . . . . . . . . . .
DC   . . .
dead   . . . . . .
deadrise   . . . . . .
deal   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
dealer   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . .
dealer's   . . . . . .
dealers   . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . .

249/13 249/24 250/1 250/2
250/3 250/3 250/5 250/25
251/17 258/2 276/9 277/16
273/18 273/19 275/23 276/2
dealers'   249/9 249/11
dealership   226/21 234/8
234/9 234/10 263/21 291/6
dealing   127/13 147/13 269/21
dealt   284/5
decades   12/11 12/23
December   6/9 46/22
deception   285/9
decide   17/11 72/19 73/5 75/2
decided   17/25 18/1 26/19
72/1 72/25 75/9
decision   17/16 17/17 17/22
20/14 20/18 23/20 35/22
38/3 50/12 51/20 71/10
71/17 71/18 75/16 76/6
162/25 221/13 221/14 221/15
245/3 254/25 255/9 256/11
deck   11/13 16/8 17/12 38/22
38/25 40/2 40/4 40/5 51/11
55/13 55/22 56/11 87/5
87/10 88/4 91/25 161/18
161/18 178/17 178/25 179/2
179/7 179/15 179/25 254/18
decked   . . . . . . . . . . . .
decking   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
decks   . . . .
decrease   . . . . .
decreasing   . . . . . .
deem   . . . . . .
deeper   . . . . . . . . . . . .
20/4 277/13 . . .
defect   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
defective   . . . . .
defects   . . . . .
defendant   . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
defer   . . . . . .
define   . . . . . . . . . . . .
202/19 . . . . . .
defined   . . . . . . . . . . . .
. . . . . . . . . . .
defines   . . . . . .
definitely   . . . . .
definition   . . . . . .
definitive   . . . . .
definitively   . . . .
degree   . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . .
degreed   . . . . . .
degrees   . . . . .
Del   . . . .
Delaware   . . . .
deliver   . . . .
delivering   . . .
demand   . . . . .

demolding   . . .
demonstrable   . . .
demonstrate   . . .

**D**

department 22/21 52/23 53/11
86/2 86/4 208/3 208/6
224/11
departments 22/16
dependable 12/9
depends 24/3 103/24 209/22
depict 91/24 100/3 172/21
173/3 180/12 208/10
depicted 80/8 80/18 90/6
98/20 99/19 108/21 117/24
119/8 125/18 127/9 129/22
138/3 138/19 140/23 142/15
143/13 174/25 182/8 195/23
205/13 209/11 216/20 292/19
293/19
depictions 142/19
depicts 280/25
depose 278/5
deposition 1/12 5/11 27/1
85/11 92/9 253/19 253/24
254/7 265/18 265/18 266/8
266/19 295/9 297/8
derivatives 172/12
descended 144/8
describe 6/21 7/4 10/4 18/19
38/13 44/6 94/4 112/18
126/7 176/19 188/9 217/5
243/17 260/19
described 99/25 122/11 262/3

describes 48/24 84/1
describing 116/23 167/16
description 92/18 93/5
177/18
descriptive 127/17
design

156/16 159/4 159/22 159/24
163/4 164/10 166/22 167/9
169/4 169/5 171/13 171/22
172/11 180/17 180/22 181/7
181/19 182/19 183/8 187/16
188/12 188/13 194/16 194/22
195/24 195/12 197/25 198/6
198/20 198/22 200/6 200/21
200/25 201/3 201/4 201/7
201/7 201/18 203/3 203/4
205/17 207/18 209/3 209/6
209/10 209/11 210/8 210/13
210/16 211/4 211/8 211/14
211/15 218/9 218/11 219/13
219/24 220/8 220/15 220/16
220/18 220/19 220/24 221/9
223/16 225/17 225/17 225/20
225/23 241/2 241/16 242/19
243/4 243/19 243/22 256/16
256/18 262/17 262/25 268/17
268/20 268/22 269/1 269/2
269/14 269/18 272/19 273/12
277/1 279/1 279/1 279/22
284/4 286/17 287/4 287/9
287/18 287/22 287/23 288/11
290/9 294/19 294/14 294/14
294/24 294/22
designate 25/20
designated 116/10
designates 18/16
designed 176/22 178/19

designer 214/1
designing 1/7
designs

desire 25/1
desired

destroyed 82/6
detail 125/1 186/7
detailed 24/16
details 51/19 154/18 181/7

deter 19/11
determination 117/15 116/15

determine 100/7 100/18 101/2

determined 25/1

develop 17/18 62/1 117/1
developed
developing 16/1
development

deviation

dictate 18/11
dictated

did

49/10 49/18 51/17 58/7
59/11 60/12 63/19 66/3 71/3
71/19 72/10 73/5 75/2 76/20
76/25 77/3 87/9 91/15 94/4
94/7 94/16 104/19 105/12
106/5 106/9 118/25 119/3
120/1 124/15 124/17 124/18
128/17 144/4 151/10 152/3
152/15 153/5 153/8 158/9
158/11 162/1 162/3 162/7
162/11 162/17 162/20 163/7
163/11 164/4 172/25 174/18
177/6 177/11 178/22 179/2
179/6 179/3 179/14 179/17
179/18 179/25 181/2 181/4
184/11 186/2 190/3 190/3
191/15 194/26 195/14 199/2
199/3 200/12 201/17 204/15
204/25 206/19 210/12 219/15
210/17 210/18 214/6 214/8
214/25 217/6 217/8 217/10
219/8 219/17 219/18 219/22
220/2 221/17 226/23 229/3
229/4 231/19 233/11 234/18
234/19 234/20 234/22 235/5
235/10 235/14 236/1 236/1
236/8 237/14 238/17 239/1

didn't

differ 117/1 178/5
differed
difference 115/1 115/1 14/7
86/15 106/20 111/24 114/1

differences

different

**D**

**differentiate**  73/11 73/18 74/14
**differentiates**  11/2
**differently**  43/8 88/19 123/20 155/7 155/10 171/24
**difficult**  55/7 68/22 104/17 110/1 136/4 137/7 157/22 180/25 201/7 203/24 216/6
**digital**  212/25 213/4 213/14 214/18
**digits**  130/9
**dimension**  185/14 290/17
**dimensional**  55/21
**dimensions**  37/13 178/9 179/15 184/22 195/20 196/14 196/16 197/11
**direct**  2/19 5/5 168/16 172/12 264/13 264/14
**directed**  227/16
**directing**  290/20
**direction**  94/2 94/4 94/7 141/8 236/6
**directions**  291/11
**directly**  48/24 49/18 99/16 271/21 275/22 277/22
**disagree**  78/21 128/6 145/11
**disagreement**  245/25 246/2
**discarded**  246/21
**discarding**  246/22
**discern**  164/14 167/15 174/5 180/22 210/23
**disclosing**  7/21 164/14 210/20
**disclosure**  239/7
**discoloration**  11/25
**discovery**  150/1 5/16 257/11 257/18 257/19
**discuss**  123/19 235/24 26
**discussed**  35/22 75/2 78/4 ...
**discusses**  200/14
**discussing**  75/23 164/21 177/18 186/6 200/25 291/10
**discussion**  75/24 142/24 164/10 164/24 164/25 165/8 200/12
**discussions**  164/20 164/28
**dispatched**  233/19
**display**  60/19 286/22
**displayed**  60/16 61/15
**disrespectful**  288/16 289/12
**dissimilar**  234/18
**distance**  79 186/23
**distinct**  77/11 233/24
**distinction**  77/10 186/5
**distinctive**  76/13 76/16 88/?
**distinctiveness**  76/13
**distort**  11/21
**distorted**  11/11 136/11

**distortion**  136/10 144/10 146/25 147/4
**distortions**  200/4
**distorts**  137/10 137/13
**distributed**  177/20
**DISTRICT**  1/1 1/1
**document**  25/21 45/16 59/18 62/3 62/10 62/16 69/18 71/25 78/21 92/20 92/22 211/20 231/13 246/18 258/1
**documentation**  208/13 237/16 257/7 258/10
**documents**  208/22 256/25
**does**  6/15 8/25 17/9 30/21 39/20 41/5 45/12 46/5 47/4 48/23 75/7 80/4 80/6 81/2 81/18 85/12 85/19 89/10 89/10 89/13 89/16 89/19 89/22 89/25 92/7 98/6 98/20 101/12 102/8 103/10 103/13 103/20 104/6 114/4 118/4 118/8 119/19 119/22 125/9 121/18 121/22 130/10 130/12 139/11 139/11 139/13 141/24 154/20 154/24 154/2 158/3 158/20 167/3 167/6 174/10 180/6 184/20 187/4 199/5 208/20 241/18 243/15 262/2 262/4 262/4 270/24 272/7 272/17 276/23 279/10 280/8 289/12 289/11 290/21 294/18 295/6

**doesn't**  62/11 90/20 90/21 104/22 114/19 114/21 114/24 115/14 119/6 214/13 256/4 154/21 157/2 274/25 285/7 287/1

**doing**  21/24 22/13 27/6 152/13 207/6 290/21 290/11
**Dolphin**  264/6
**don't**  5/14 6/23 37/21 37/1 ...

**drafts**  262/15 262/25 262/1
**draw**  182/22 218/15
**drawing** ...
**drawings** ...
**drawn**  165/18 167/6 167/1
**dress** ...
**dressing** ...
**drew** ...
**drilling** ...
**drink** ...
**drive** ...

**done**  26/16 37/7 38/6 43/16 49/20 52/6 57/6 60/22 60/23 71/18 74/10 78/2 85/3 86/8 86/9 104/15 113/1 123/19 123/19 137/12 145/25 146/22 155/4 155/7 155/4 155/24 156/11 157/5 167/5 171/5 172/11 174/19 174/20 174/21 175/23 188/16 189/25 190/4 190/4 202/8 213/9 230/14 232/4 232/8 233/2 245/16 271/15 272/8
**doubt**  41/4 157/20 164/7 268/22 269/18 231/15 249/21
**Douglas**  5/8
**down**  11/19 21/16 30/22 141/5 ...
**dozen**  ...
**draft** ...

**D**

drive-by  294/6
droop  143/15 143/20 143/21
 143/25 144/3 144/15
dryer  182/4
DSD  8/11 8/13
due  180/24
duly  5/3 295/8
duplicate  51/12
during  21/24 55/16 58/19
 58/23 63/18 128/22 148/19
 201/10 228/2 236/20 239/10
 239/14 254/6 254/12 254/25
 261/14 269/2 287/23
duties  6/4 66/10
DVH  3/3 3/4 63/4 70/5 72/19
 75/6 75/13 76/12 78/18
 78/24 79/3 79/7 81/8 83/22
 84/2 84/6 85/8 86/20 88/2
 88/20 89/9 90/7 91/1 91/20
 92/4 92/8 101/1 107/1
 107/15 114/4 117/14 121/21
 129/11 129/12 161/23 162/4
 162/8 162/12 163/17 163/17
 163/20 165/1 166/8 294/9
dynamics  265/24

**E**

e-mails

each

earlier

early

easier

easiest

easily

East

easy

economically

economics

edge

edition

education

educational

effect

effected

effectively

effects

effort

efforts

eight

eighteen

either

---

elaborate  33/22
ELBRECHT  2/6 2/19 2/22 34/3
 265/5 287/2 288/18 288/20
Elbrecht's  266/15
elected  51/24 196/9 198/2
element  104/12 112/12 159/4
 159/22 181/19 224/1 224/2
 293/11
elements  171/1 184/13 205/20
 218/10 219/25 220/2 220/8
 224/21 266/23 283/25
elevation  87/7
elicit  74/17
elicits  76/14
eligible  166/22
eliminate  178/19
Ellig  22/24 23/14 23/19
 23/21 24/5 34/20 34/22
 34/24 34/25 35/3 40/1 53/14
 53/15 56/11 94/5 95/20
 102/15 115/2 116/9 158/25
 172/19 180/3 184/14 187/13
 187/15 190/6 207/16 208/1
 233/5 231/15 257/6 289/9
else  8/15 16/12 19/2 20/3
 22/14 30/5 34/14 53/7 78/9
 78/11 79/15 150/6 151/25
 207/17 208/15 234/20 234/14
 234/1 243/8 254/11 259/20
 259/24 262/2 262/20 297/17
 281/4

embarrassing

embrace

employed

employee  265/14

employees

enabled

encompass

encounter

end

ended

ends

engineer

engineered

engineering

enhanced

enough

enter

entered

entertainment  41/18

entire

entirely

entitled

entity

entry

envelope

equal

equity

equivalent

Errata

especially

ESQUIRE

essence

essentially

---

establish  232/23
established  70/16 131/21
establishing  131/8
esthetically  30/20
estimate  211/6
estuarine  7/10
even  122/25 161/1 175/21
 176/1 184/19 184/21 185/18
 186/17 220/12 231/5 236/14
 252/23 267/11
event  41/19 118/25 226/6
eventually  35/7 116/10
 227/16 236/10
ever  5/11 11/17 12/12 124/2
 124/7 201/6 217/2 220/25
 221/18 225/22 239/7 239/16
 239/25 245/12 249/12 265/2
every  49/11 66/25 113/10
 152/20 169/18 193/3 201/4
 201/5 201/12 207/1 223/15
everyone  245/3
everything  30/13 50/19 93/24
 100/13 106/19 106/21 152/22
 202/22 213/1 256/14 256/16
 284/5
evidence  14/16 228/18 242/15
 242/20 242/24 251/10 251/25
 252/2 252/3 252/5 252/21
 252/24 252/16 258/15 258/20
 281/20
evident  114/21 161/15 162/19
 261/16
exact  12/14 122/9 270/25
exactly

examination

examine

examined

example  95/18
examples

exceeds  264/12
except

exception  1./10
excess

exclude  1./07/2.
exclusive  1./1
exclusively

Excuse

executed

execution

executive

exhibit

| E |
|---|

**exhibits** 3/1 4/1 11/22 138/15 139/20 140/23 142/17 168/13 281/14 284/13
**exist** 87/19 143/8 208/18 208/20 258/21
**existed** 149/5
**existence** 10/18
**existing** 20/10 30/15 30/25 31/24 34/8 36/22 37/1 37/8 37/23 38/1
**expect** 32/17 244/19
**expected** 56/24
**expeditious** 37/25
**expense** 252/6
**expensive** 122/14 122/15 177/7
**experience** 9/6 10/1
**expert** 13/12 181/14 145/8 276/23 277/7 277/16 277/11 282/14
**expert's** 278/11
**explain** 11/8 19/9 49/19 81/5 131/1 111/10 111/17 152/17 196/16 199/3 287/5 240/4
**explains** 119/24
**explanatory** 21/16
**explicit** 102/14
**expressed** 100/1 113/4
**expressing** 103/21
**extends** 212/15 240/12 241/5
**extent** 136/2 164/3 216/12 111/22 136/23 216/18
**exterior** 1/9 14/8 14/19 290/11
**external** 164/21
**extra** 100/21
**extremely** 119/1 197/9
**eye** 113/21 118/9

| F |
|---|

**facilitate** 119/10 117/19
**facilitated** 119/19 117/10 166/18
**fact** 10/1 14/3 14/13 14/21 171/9 177/11 178/14 196/18 196/21 196/23 241/19 246/21 297/5 297/10 297/16 297/21 297/24
**factory** 90/11 94/19 96/20 96/9 96/11 117/24
**facts** 211/16
**factual** 171/3 171/4 171/17
**fail** 112/4
**fair** 167/2 177/9 179/4 197/19 117/2 147/12 164/14 197/19 177/16 190/7 174/3 196/24 197/1 197/9 197/11 197/19 197/11
**faired** 16/9 16/12 171/2 190/10
**fairing** 171/11 171/18
**fairly** 11/9 16/11 16/16 16/18 16/19 16/21 16/23
**fairness** 172/9 172/18
**faith** 172/9 172/11 171/18
**fall** 16/11 16/18
**falls** 16/11 16/18
**familiar** 11/1 11/18 14/11

**family** 12/7 13/12 13/17
**far** 27/25 56/3 170/25 172/3
**fashion** 136/7 217/4 223/3
**favor** 32/24
**faxed** 259/4
**feasible** 119/4
**feature** 128/16 185/21 194/15 199/19 214/19 214/25 219/21 221/17
**features** 14/7 15/5 19/25 26/2 26/21 31/6 31/21 34/15 88/25 89/2 89/5 119/21 119/24 120/2 120/5 120/7 120/9 120/12 120/15 122/24 127/16 127/17 127/20 128/10 192/22 198/1 198/18 198/19 223/20 241/4 278/16 281/13
**February** 56/2 60/11 61/11 64/22 65/2 72/16 72/23 73/3 75/11 75/25 86/19 105/3 196/16 131/4 194/18 199/21 243/19 255/15 256/15 268/23 269/8 287/3 287/8 288/2 295/1 295/7
**feedback** 44/12 45/23 94/19
**feel** 28/21 30/16 32/14 32/19 132/12
**feeling** 221/1 281/18
**feet** 15/12 15/21 216/10
**fellow** 260/3
**felt** 174/16 252/2 44/13
**Fersakali** 226/18 227/23 226/17 226/24 226/25 227/6
**few** 11/2 16/8 103/11 260/23 272/24 272/25 244/13 244/14
**fiber** 15/16
**fiberglass** 156/2 15/15 175/15 165/19 156/20
**field** 111/1 222/24
**fighting** 241/11
**figure** 20/21 214/11 247/14
**file** 16/15 172/21 260/22 241/21 247/24
**filed** 16/21 172/21 247/21 241/21 247/24
**files** 161/11
**filing** 70/16 196/11 197/21 16/21
**fill** 16/11
**filled** 51/24 218/18
**final** 170/10 171/1 161/11 117/21 241/21 247/21
**finally** 16/21 241/24
**financially** 161/18
**find** 16/11 196/13 196/6 114/16 211/16 211/21 212/6 286/16 212/16 211/21
**finding** 16/18
**fine** 16/18 114/10 114/18 114/16 114/18
**finish** 176/6 116/16 114/14
**finished** 16/11 16/18
**first** 16/1 16/6 16/12 16/21

78/22 79/6 84/14 91/3 99/9 100/9 107/8 108/10 123/17 124/2 141/3 144/21 156/1 181/22 171/13 190/16 193/17 206/16 233/18 236/15 237/20 254/6 260/15 260/17 262/23 268/16 271/1 212/22 273/8 278/20 285/11 290/12 290/16
**fish** 13/10 13/14 13/18 15/25 137/9
**Fisherman** 234/12
**fishing** 6/20 6/23 7/1 7/10 12/10 16/25 44/11 228/14
**fit** 74/24 178/16 178/23 179/2 179/7 179/13 179/15 212/12
**five** 18/11 20/12 25/13 20/17 20/21 21/7 39/5 92/25 98/8 98/10 99/18 100/4 100/11 102/19 132/14 141/6 152/7 156/15 156/18 157/7 188/5 203/9 207/11 217/16 217/21 262/11 279/25 294/18
**fix** 51/22 54/23 54/21 94/8 94/11
**fixed** 54/21
**fixture** 55/5
**flange** 1/8 177/16 177/17 177/18 177/19 177/25 177/22 187/2 190/6 190/16 190/19 192/16 194/16 197/20 197/22 177/21 177/16 177/24 177/22
**flat** 1/18
**flats** 1/8 1/9 176/16 1/11 1/14 1/16 1/18 1/19 1/21 1/18 176/16 1/11 1/14 1/16 1/18 1/19
**flaw** 111/6 111/7 111/11 117/1 117/2 190/11 190/16 111/14 176/14 197/21
**FLORIDA** 1/1 1/9 1/18 1/21 176/16 197/24 197/2 1/11 1/18 197/19
**focus** 176/16 287/11
**follow** 188/16
**followed** 111/1
**following** 11/11 14/16
**follows** 1/1
**foot** 16/11
**forecast** 1
**foregoing** 171/16 11/11
**forget** 1/11
**form** 11/1 14/6 14/16 171/18 11/14 16/11 176/14

**formal** 14/1
**format** 1/1

**F**

former  214/4
forms  47/4
formulating  252/12
Fort  1/24 36/14 33/19 85/5
296/10 297/16
forth  33/11 155/11 220/10
250/4
forum  3/19
forums  228/25
forward  104/3 143/16 144/15
188/10 197/23 266/14 267/10
267/23
found  128/19 227/15
foundation  131/9 131/22
four  101/8 107/4 134/14
166/23 185/3 195/11 263/15
264/5 286/7
fraction  102/12
frame  24/14 105/13
framed  25/9
FREDERICK  2/6
free  26/18 27/1 27/7 27/8
27/13 37/18 132/14 168/19
168/20 168/24 169/3 169/6
169/7 169/8 169/24 170/2
170/5 170/11 171/1 171/20
172/22 173/1 173/11 173/15
173/16 173/21 173/23 173/23
173/25 174/15 175/15 200/21
front
121

fuel
fulfill
function
functional
functionality
further
future

**G**

gallons
gave
geared
geez
gelcoat
gelcoated
general
generalities
generally

generated
generations
genesis
gentleman

geographic
geographical

geographically  258/25
get  20/14 20/15 23/23 35/12
36/24 42/11 44/9 44/12
46/17 63/20 74/18 98/12
135/2 138/11 138/11 138/13
143/1 163/23 199/17 204/15
213/10 229/15 239/17 240/20
248/1 252/14 256/7 266/13
266/20 275/4 277/8 277/13
294/7
gets  280/15
getting  40/18 49/23 51/2
94/18 229/15
give  5/24 19/7 45/6 55/23
69/7 88/25 94/4 94/7 103/25
126/2 143/23 164/3
171/25 176/22 176/21 193/2
197/1 203/6 211/6 218/13
220/8 231/19 237/5 237/6
244/4 251/16 255/13 262/9
given  5/11 25/13 50/24 77/16
122/22 125/24 126/19 127/13
134/21 143/7 143/11 167/17
225/19 231/4 242/25
gives  133/11 137/9 202/10
262/23 223/5
giving  27/20
glad
glanced  277/18
glasses
GLENN
global
go  3/16 12/23
goes
going
good
got

**Government**  2/10
grab  141/23
gradually  197/22
graduated  9/12
grass  4/4
gray  126/10
great  149/22 174/13 207/4
greater  50/4 56/13 56/20
58/1 182/6 254/11
green  156/2
GREER  2/3 92/13 265/4
grew  10/5
grinded  158/1
grinder  37/20
grinding  110/19 157/9 157/24
ground  23/24
grounds  33/23 63/1 64/14
74/16 90/17 187/22 223/24
grow  19/7
Guard  45/24
guess  24/8 30/6 45/2 46/12
120/17 122/13 239/22 242/20
242/24 265/10 269/25
guides  44/10 44/11 44/11
Gulf  19/11
gunwale  16/11 16/14 16/15
141/24 163/21 291/18
gunwales
gut
guy
guys

**H**

had
hadn't
half
halfway
hand

**H**

**handle** 42/13 147/3
**handled** 160/8 259/25
**handy** 68/24
**hang** 219/25
**happen** 39/7 209/14 215/19 248/7
**happened** 35/4 36/7 39/15 50/15 61/22 148/20 149/22 150/24 150/25 156/7 156/14 211/2 269/17
**happening** 231/21
**happens** 93/24 152/23
**hard** 63/14 144/2 203/6
**hardware** 235/15 235/16 235/16
**Harvey** 274/3
**has** 7/24 11/21 12/9 12/12 12/19 15/23 29/6 43/4 43/5 45/18 46/9 47/15 65/6 71/23 80/1 85/9 102/4 119/18 119/21 122/2 124/7 127/17 128/13 128/14 133/14 141/23 147/16 152/20 161/7 161/11 161/15 169/19 177/9 182/24 183/3 183/9 184/22 189/14 191/15 192/16 193/11 195/6 197/1 197/4 205/13 205/25
**hasn't** 267/7 268/6
**haven't**
**having**
**he**
**he's**
**head**
**head-on**
**headache**
**hear**
**heard**
**heavily**
**height**
**held**

**help** 118/4 138/6 160/8 178/22 179/15 265/24
**helped** 250/7
**helps** 182/1
**her** 32/7 171/16
**HERB** 2/6
**here** 20/17 30/24 33/12 40/18 48/16 55/2 64/3 64/21 66/16 68/17 69/4 72/15 87/22 88/8 89/9 91/10 102/20 110/12 119/18 119/23 120/4 120/5 120/19 127/16 133/1 137/5 138/6 140/2 147/6 147/14 168/13 169/15 169/21 177/19 185/16 187/4 192/1 200/11 200/23 211/16 212/4 212/6 223/17 244/16 251/1 251/9 251/10 251/24 263/4 265/8 266/18 267/4 270/22 278/21 293/2 295/1 299/5 300/5 301/5
**hereby** 296/7 297/7
**hereinafter** 5/3 67/10
**hereto** 298/4
**hereunto** 297/15
**hesitant** 137/14
**Hewes** 8/21 8/25 10/14 10/18 10/22 10/24 14/10
**hey** 210/25
**high** 104/4 153/10 153/12 168/2 168/22 204/1
**high-profile** 14/1
**high-quality** 12/5
**higher** 51/24 87/7
**highly** 40/25
**Highway** 14/1
**him**
**HIN**
**hire** 92/1 211/6 211/9
**hired** 210/16 211/1
**his**
**history**
**hits**
**holder**
**HOLDINGS**
**honest**
**honestly**
**hook**
**hope**
**Hopefully**
**horizontal**
**horror**
**horsepower**
**hour-and-a-half**

**hours** 138/12 143/14 158/20 181/1 266/19 279/4
**house** 15/3
**Houston** 276/8 276/17
**how** 6/7 6/21 7/4 10/21 10/21 11/11 17/8 18/25 19/13 19/14 24/3 26/6 27/21 30/1 30/18 32/17 34/25 36/18 37/1 37/4 37/7 37/8 37/11 37/14 38/17 43/7 44/23 46/18 48/7 48/13 48/17 49/20 54/5 54/7 57/13 57/22 75/15 81/7 84/8 84/24 91/12 94/11 95/18 103/23 103/25 112/6 112/22 114/6 115/24 123/22 143/10 145/14 149/14 170/8 176/16 176/19 176/23 184/24 186/5 187/11 187/23 188/1 188/11 190/2 192/2 193/11 193/13 196/7 198/9 201/11 207/24 207/24 208/7 210/8 211/3 234/22 234/24 246/11 248/17 250/25 255/17 256/3 256/19 258/12 275/3 278/25 286/1
**However** 181/14
**HPX** 15/11 15/11 16/1
**huge** 137/14
**Huh** 210/25
**hull**

**hulls**
**hundreds**
**hypothetical**

**hypothetically**
**hypotheticals**

**I**

**I'd**
**I'll**

**I**

**I'm** 5/17 9/18 11/9 11/10
13/2 13/11 14/10 17/16
20/16 21/21 24/19 30/22
32/4 32/23 35/8 38/9 40/17
40/18 41/15 44/17 51/16
53/6 54/17 55/19 56/8 57/9
57/15 57/16 60/15 62/8
62/25 63/21 64/13 64/23
65/4 67/5 67/20 68/13 68/18
69/7 69/8 73/8 73/10 73/19
73/24 74/10 74/23 76/1
76/13 77/13 80/16 81/7 81/9
82/20 83/14 87/22 88/14
90/16 94/21 92/21 96/24
96/25 97/11 99/6 100/15
102/23 105/18 105/21 105/22
107/8 108/13 110/23 114/9
115/25 116/2 119/23 120/3
126/8 121/11 123/5 124/25
127/22 127/25 129/13 130/22
130/24 131/6 131/12 131/19
132/1 132/5 132/9 132/15
143/16 143/22 144/25 144/15
136/16 136/25 147/10 148/11
148/12 149/12 146/16 146/17

**I've**

**idea**

**identical**

**identifiable**

**identification**

**identified**

**identifies** 294/23
**identify** 34/15 47/12 121/2
126/21 135/15 135/22 140/21
142/14 143/12 146/17 223/22
240/16 247/23 280/7 280/8
280/10
**identifying** 118/4
**identity** 220/11 226/2 226/11
**if** 5/18 5/23 6/12 11/19
11/22 12/3 12/20 12/24 20/8
20/22 21/9 23/10 23/11
25/13 28/18 31/18 32/10
32/11 32/20 32/22 33/1
43/6 43/7 45/14 47/12 49/2
53/14 54/21 57/1 58/24
60/23 61/12 62/2 62/10 63/5
64/11 65/25 67/3 67/4 67/6
67/21 74/23 76/14 76/16
77/8 77/23 81/7 82/19 83/14
83/8 83/7 85/19 86/1 88/1
90/13 90/19 90/20 91/9
92/14 92/23 96/10 99/22
102/15 102/18 108/21 108/23
109/24 112/14 112/24 114/10
114/24 116/3 116/13 117/19
118/11 118/20 119/6 121/3
124/7 121/7 124/11 122/2

**II**
**illegible**
**illustration**
**image**
**imagine**
**imitate**
**impact**
**impacts**
**impedes**
**implemented**
**implications**
**impossible**
**impression**
**improper**

**improve** 187/8 190/9
**improved** 106/14 106/18 163/4
169/17 178/15 200/20 200/21
221/9 221/12
**improvement** 172/10 184/3
202/5
**in-house** 22/10
**inability** 167/15
**inaccurate** 202/4
**inasmuch** 64/14
**INC** 1/8 1/23
**inch** 206/15 206/25 207/9
207/13        .
**inches** 89/13 89/19 102/12
102/12 112/6 174/21 203/15
206/11 207/15 218/19
**incident** 240/1
**include** 26/22 118/12 162/23
201/13 224/21 262/2 262/4
272/7 273/4
**included** 30/15 152/7 183/11
206/17 224/6 256/4 262/8
272/10 272/14 290/9
**includes** 26/13 178/1 191/2
272/19
**including** 14/10 29/10 40/9
132/18 203/22 256/16 270/24
284/22 285/20
**inclusive** 207/23 217/10
**incomplete**
**inconsequential**
**incorporated**
**incorporating**
**incorrect**
**incorrectly**
**increase**
**increased**
**indentation**
**independent**
**independently**
**INDEX**
**Indian**
**indicate**
**indicated**
**indicates**
**indicating**
**indication**
**individual**
**individually**
**industry**
**infinitely**
**information**

**I**

informed  237/3 265/2 265/5
infringed  264/2
infringement  223/25 241/2
 241/15 242/18 243/3 243/18
 265/11 265/19 265/22 267/8
 268/1 268/17 278/15 279/22
 283/24 284/8 284/9 295/10
inherent  50/8
initial  24/4 24/5 25/4 29/22
 38/7 38/8 39/3 39/6 39/9
 52/5 58/6 60/6 60/14 61/23
 61/25 240/7
initialed  290/22
initially  252/22
initials  66/9 147/19 147/22
 175/5
input  61/8
inside  288/7
inspection  233/17
inspections  234/25
instances  49/2 226/1 229/21
 230/16 231/22
instead  37/24 45/21 84/11
 264/3 294/5
instructing  195/16 131/17
instructions  272/4 162/4
intellectually  217/12
intend  127/10 127/22
intended  106/22 126/22
 111/19 207/14 295/22
intending  260/22 261/14
intends  61/17
intensive  143/4 143/11
intent  127/1 142/5 143/4
interchangeably
interconnected
interest
interested
interesting
interior
interject
internet
interposed
interpret
interrogate
interrogation
interrogatories
interrogatory
intimate
into

77/16 85/8 126/17 126/18
 133/25 134/1 135/2 163/23
 170/21 202/16 212/12 212/18
 213/15 220/16 224/13 224/14
 256/17 257/18 261/7 261/8
 275/4 277/8 277/19
introduced  253/1 254/3 273/8
introduction  269/1 287/21
invalid  69/21 79/3
inventory  119/3 119/5
investigation  233/2 233/10
 251/23
invited  264/21
invoice  45/10 47/17 47/18
 47/20 47/22 47/23
involved  14/16 22/11 51/17
 180/1 184/4 244/6 245/9
 257/4 259/16
involvement  176/20
involving  5/18
irregularities  200/4
irregularity  55/24
irrelevant  106/24
isn't  67/17 69/14 102/22
 142/2 151/5 163/20 205/12
 218/5 284/3
issue  52/1 52/5 171/6 171/8
 171/11 172/12 175/22 179/24
 205/25 206/16 218/7 218/12
issued  282/21
issues
it's

253/18 261/16 265/8 266/4
 266/22 267/6 267/8 270/12
 271/5 281/20 282/2 282/3
 284/20 285/5 287/11 289/16
 299/3 291/16 292/5 292/22
 292/23 292/25 293/12 293/18
 293/22 294/6
Italian  234/12
item  64/8 120/2 163/3 224/6
items  120/15 137/21 141/5
 169/20 169/22
its  15/23 93/6 146/21 162/9
 183/4 210/12 210/15 214/24
 221/2 225/2 225/20 244/18
 273/13 293/15
itself  111/20 113/12 211/18
 220/3 241/8 275/5
Ivey  260/3 260/5

**J**

Jacoby  84/25
jammed  269/19
January  248/24 249/5 249/16
 249/17 271/25
jet  154/6 217/10 218/20
 219/18
jets  154/5 218/5
Jim  66/3 66/4
Jimmy
job
John
joining
joints
judicial
July
just

**K**

K-E-N-N-E-R
keel

**K**

**keels**  196/24 196/25 197/15
206/5
**keep**  47/5 134/19 266/20
286/19
**Kenner**  3/7 11/17 11/20 12/1
12/6 12/7 12/8 12/12 12/14
12/16 12/19 12/23 13/7 13/8
13/11 13/12 13/17 13/18
19/11
**Kenner's**  14/1
**Kevin**  276/16
**Key**  251/6
**Keys**  234/7 234/10 251/8
**Kim**  45/15 248/12
**Kimmel**  236/17 237/12 237/19
237/22 237/23 238/4 238/9
238/25 239/7 239/13 239/20
239/22
**kind**  25/4 32/13 137/9 137/10
148/13 149/6 197/9 208/14
234/14 236/15 239/1 243/7
243/13 249/8
**king**  185/16
**knew**  212/1 227/2 227/21
251/5 251/14
**knock-off**  245/18
**knock-offs**  246/1
**know**  3/14 4/11 11/11 12/1
12/1 12/6 12/14 21/18
21/11 22/20 27/1 34/24
32/1 32/20 32/25 33/15
41/12 41/14 42/7 44/4 42/9
43/10 43/22 44/4 45/5
47/16 46/14 49/19 51/21
52/21 55/6 55/7 55/20 56/13
59/25 62/12 63/23 63/2
65/18 65/19 71/18 73/4
73/21 75/12 78/16 80/25
81/16 81/16 81/21 81/16
85/16 85/18 85/2 85/21 87/1
87/2 87/20 89/25 90/6 91/12
91/13 92/21 92/16 92/1
93/16 93/20 95/16 95/25
97/1 97/20 101/17 104/1
104/21 107/1 108/1 109/20
117/6 117/20 117/21 117/20
117/21 114/22 114/18 117/22
117/21 117/24 118/19 118/21
119/22 119/22 119/24 119/21
124/20 119/21 121/22 121/1
119/21 124/1 127/18 127/18
127/1 127/2 147/4 151/1
152/2 153/18 155/1 155/18
155/2 153/18 155/1 155/18
155/1 155/2 153/18 155/1
155/1 155/2 155/18 155/1
155/2 155/18 155/1 155/18
155/1 155/18 155/1 155/18
155/1 155/18 155/1 155/18
155/1 155/18 155/1 155/18

208/13 208/18 208/21 209/17
211/3 211/9 211/13 211/20
212/14 213/25 214/21 220/25
224/9 224/22 227/12 229/21
229/22 230/16 230/19 230/23
231/6 232/22 233/22 233/24
233/25 234/2 234/3 234/9
235/2 236/1 236/24 238/12
239/4 245/19 247/15 243/5
248/7 248/17 248/22 249/18
250/7 250/16 250/18 250/22
250/24 251/1 251/7 251/10
251/12 253/17 258/20 258/21
258/22 258/25 259/8 260/11
260/14 260/16 260/18 262/7
268/13 271/15 271/18 271/24
272/2 275/3 275/8 281/14
**knowing**  14/19
**knowledge**  13/22 116/16
168/14 175/23 189/16 189/22
212/4 212/23 225/18 225/21
225/24 226/5 226/6 230/13
246/16 294/25 298/2
**known**  252/12
**knows**  90/20 171/15

**L**

**labeling**  226/9 226/11
**labor**  55/15 87/11
**labored**  66/24
**laboriously**  81/17 82/8
**lack**  24/7 51/7 51/25 52/21
54/18 54/24 54/2 54/3 54/21
125/25 245/25
**lady**  225/11
**lake**  10/5 270/24 270/10
**language**  242/25
**large**  62/15 179/20 180/2
243/15 246/14 247/17 247/25
**larger**  153/1 153/4 243/11
26/24 27/1
**Largo**  51/16
**last**  24/18 43/21 58/3 60/17
61/14 114/22 155/4 158/22
217/15 217/20 187/14 207/1
**late**  176/1 179/4
**later**  73/21 81/21 106/16
141/21 259/20 272/14
**latter**  171/21 171/11 171/11
207/19
**Lauderdale**  80/5
**law**  65/7 159/20 207/7 207/25
207/24 207/5
**lawsuit**  66/16 66/20 217/25
250/24 217/5
**lawsuits**  229/12
**lawyer**  62/15 207/16
**lay**  62/15 207/15 207/1 207/20
207/21 207/25 207/19
**layman's**  113/18
**layperson**  113/4 113/4
**lead**  159/1 179/1
**lean**  27/11 27/1
**leap**  187/1 187/1 187/16 187/1
**learn**  207/1
**learning**  207/20
**least**  55/17 114/2 155/1 155/18
135/1 135/20
**leave**  295/4
**lectures**  113/20
**led**  27/1 27/1 27/1 113/1
27/1 113/20 113/1
**Lee**  113/1 113/1 113/1 113/4

237/11 237/18 237/21 237/23
238/1 238/3 238/9 238/25
239/7 239/13 239/13 239/22
234/15
**Leffew**  66/3 78/7 78/10 79/5
161/24 162/4 187/15 233/19
234/15
**Leffew's**  66/1
**left**  9/18 24/15 253/19
288/22
**left-hand**  215/21 288/19
263/23
**legal**  62/10 65/5 65/11 159/7
159/17 187/22 222/4 222/15
224/8 224/10 243/7 215/9
**legally**  238/7
**length**  89/10 95/2 112/9
129/2 157/19 184/9 197/15
**lens**  137/8 137/13 142/9
142/12 143/18
**less**  29/8 87/11 161/1 177/2
186/18 211/7 243/16
**lesson**  21/2
**let**  5/19 19/16 33/22 34/9
45/11 49/24 61/16 63/20
83/10 86/14 88/25 94/4
98/12 116/19 120/21 121/1
123/11 124/19 128/18 135/18
149/3 161/22 162/1 165/19
184/20 184/21 184/9 184/9
205/15 213/25 213/1 213/20
243/15 243/20 243/4 243/21
243/14 251/21 252/11 252/1
253/21 253/20 253/1 253/20
243/2 253/21 251/1
**let's**  243/21 243/1 253/1
155/22 155/18 155/1 155/1
155/24 155/1 155/1 155/1
243/12 243/1 253/1
**letter**  155/1 155/1 155/18
155/1 155/1 155/1 155/18
155/1 155/1 155/1 155/18
243/18 243/1 243/1 243/20
243/1 243/20 243/1 243/1
243/20 243/1 243/1 243/20
243/21 243/1 243/16 243/1
243/1 243/20 243/1 243/16
243/20 243/1 243/16 243/1
243/18 243/11 243/1 243/1
243/1 243/1 243/16 243/1
243/12 243/1
**letters**  243/1 243/1 243/1
243/1 243/4 243/20 243/1
243/18 243/1 243/16 243/1
243/4 243/1
**liability**  241/1 247/1 243/1
243/18 243/1 243/1 243/1
243/18 243/1
**lids**  185/16
**lift**  184/22 184/1
**lighting**  135/1 185/1
**like**  27/1 135/1 135/1 135/21
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
135/1 135/1 135/1 135/1
**liked**  91/1 135/11 135/1
**likely**  135/1 135/1 135/1
295/1
**limit**  135/1
**limitations**  135/1

**L**

**limited**   94/3 157/6 176/20
284/9
**Lindsey**   276/5 276/15 276/16
**linear**   199/4 199/5
**liners**   229/15
**lines**   20/11 28/25 30/2 30/4
96/15 97/5 97/8 97/18 115/2
125/8 125/17 125/22 127/9
137/10 137/13 146/19 282/7
282/18 284/2 284/18 292/3
292/19
**list**   3/18 47/11 47/15 52/12
54/2 60/15 89/5 91/10
120/12 158/22 231/20 247/1
247/3 247/10 247/11 247/14
247/14 247/16 247/19 247/20
247/22 247/24 248/9 249/5
249/11 250/2 250/3 250/7
**listed**   128/20 141/5 206/10
250/25
**Listen**   171/17 .
**listing**   51/11 52/19 52/11
53/18 53/24 54/1 254/16
257/25
**literature**   42/2 85/23 88/23
116/23 116/24 116/4 124/1
127/25 204/22 204/22 221/18
221/25 204/22 224/22 221/24
225/1 241/6 241/22 225/22
**litigation**   5/16 22/15 22/24
221/4 241/6 242/22 252/22
**little**   11/5 11/6 112/4 2/15
44/4 100/16 102/5 104/7
245/9 245/15 244/15 254/22
261/1 262/12 262/15 272/2 .
**LLP**   2/2 .
**loaded**   174/22
**located**   130/6 220/13 222/11
112/22 213/12 214/23 241/24
242/2U
**location**   21/1U 210/22 244/26
**locations**   214/1 .
**locator**   102/22
**logo**   110/10 125/6 110/16
120/12 121/1U 122/21 121/4
271/20/10 121/11 221/16 120/26
100/16 100/26 6 .
**logoed**   125/14 .
**logos**   110/22 .
**long**   44/1 112/21 112/22 115/16
88/21 122/12 144/16 147/16
202/24 221/21 221/22 222/26
**longer**   2/21 124/22 144/21
144/12
**longitudinally**   100/26
**LONNIE**   2/1 .
**look**   11/24 12/6 122/6 124/6 125/1
216/1 222/2 262/15 212/1 212/26
2/16 24/6 242/2 264/6 262/1
242/6 212/11 212/16 244/16
112/21 114/22 110/16 112/6
111/16 112/22 146/22 114/6
16/2 212/4 221/1 226/16
12/21 122/12 16/6 221/16
242/6 212/11 212/16 244/16

**looked**   .

36/1 84/15 115/2 115/11
131/2 186/11 217/7 22/23
261/1 274/19 274/22
**looking**   31/3 31/8 48/3 48/17
51/7 72/18 72/21 75/6 83/7
83/11 88/3 89/8 90/25 91/6
93/9 93/7 93/12 99/16
93/20 100/1 100/18 101/1
101/2 101/8 101/11 106/25
107/11 107/21 108/5 109/3
109/4 109/25 114/2 117/25
118/3 119/11 123/13 123/16
126/20 126/22 129/19 130/4
132/13 134/5 138/23 139/23
140/2 146/4 160/15 164/8
164/23 164/25 172/20 173/6
180/20 180/23 185/2 191/16
191/15 261/6 266/18 270/4
**looks**   36/2 45/9 62/17 78/21
79/16 79/22 82/13 83/16
117/12 119/16 120/1 121/3
123/17 125/15 145/14 165/10
165/12 192/16 223/21 270/23
**loose**   256/21
**lost**   251/20 251/25 252/9
252/21
**lot**   26/2 224/13 266/15
**Louisiana**   41/21 58/2 226/18
274/19 274/4
**low**   132/4 164/10
**low-profile**   26/11 29/10
**lowered**   153/9 153/13 164/4
**LUCIE**   206/1 6/9 1 206/11
**lunch**   11/15
**Lyshon**   55/5

**M**

**made**   1/1 11/17 12/16 112/6
11/25 20/18 25/25 21/2 24/19
6/24 25/6 44/4 48/7 52/21 52/21
6/6 56/2 56/6 55/6 6/6 16/12
14/14 16/21 16/1 10/11
56/11 56/22 66/5 6/6 65/1
10/26 66/2 65/11 56/16
6/16 62/2 65/5 66/6 65/18
164/1 164/5 62/11 66/6 66/26
86/1 80/21 81/1 81/14
66/16 61/2 65/6 66/6 61/14
86/21 86/6 85/11 266/4 266/2
46/6 46/2 161/11 164/16
164/16 116/6 116/10 116/11
116/1 116/11 116/11 116/16
116/11 116/11 116/16 116/16
116/1 116/6 116/1 116/16
116/6 116/6 116/1 116/16
116/6 116/6 116/11 116/16

176/23 178/1 179/1 179/6
179/24 180/7 180/8 180/13
183/24 184/7 185/17 185/18
188/19 189/6 189/9 189/14
190/5 191/22 194/15 195/11
196/2 196/12 198/11 198/18
198/24 199/3 204/25 205/5
205/9 207/21 208/10 208/17
208/23 209/13 209/16 209/21
211/4 211/15 211/25 212/17
212/19 212/24 219/22 221/2
221/20 223/15 226/12 226/13
228/23 228/24 230/17 231/6
237/21 248/10 248/17 253/7
254/6 254/25 255/8 255/25
256/14 257/13 258/13 258/18
258/22 259/5 259/14 275/21
287/4 291/22
**magazine**   3/15
**mail**   231/23
**mailed**   248/22
**mailer**   247/12 247/16
**maintain**   47/4
**make**   8/25 10/4 10/24 25/12
28/3 31/16 32/22 32/24
34/16 44/25 43/11 49/10
49/12 50/14 50/11 54/17
54/25 55/25 57/1 57/11
58/22 67/25 68/11 71/1
74/25 75/1 84/10 95/16 96/21
102/3 106/11 116/21 116/22
116/11 116/21 116/6 116/16
116/1 116/16 116/1 116/16
116/16 116/16 116/1 116/16
116/16 116/16 116/1 116/16
116/16 116/1 116/16 116/16
116/16 116/16 116/16 116/16
116/16 116/16 116/16 116/16
116/16 116/16 116/16 116/16
**makes**   11/4 16/1 16/6 16/1
116/16 16/1 16/6 16/16 16/1
16/16 16/16 16/16 16/16
**making**   10/12 16/1 16/16
16/16 16/1 16/6 16/16 16/6
16/16 16/6 16/16 16/1 16/16
116/16 116/16 116/1 16/16
16/16 16/1 16/6 16/16 16/1
16/16 16/16 16/16 16/16
**man**   16/6 16/1 16/6 16/1
**management**   5/11 16/1 16/1
**manifested**   111/16 16/1
**manner**   106/1 16/1 16/6
**manufacture**   16/16 16/1 16/6
**manufactured**   16/1
**manufacturer**   16/1 16/6
**manufacturers**   16/1
**manufactures**   16/1
**manufacturing**   16/1

**M**

**many** 12/15 12/16 12/20 19/5
19/5 19/12 19/12 19/13
19/14 34/25 44/23 48/13
48/14 49/22 54/7 57/13 59/5
141/6 147/8 184/24 203/5
207/24 209/18 211/3 219/24
246/11 250/25 244/21
**March** 1/14 46/22 46/23 46/23
66/6 130/15 255/12 255/15
288/2 296/10 297/17
**margin** 177/13
**marine** 1/8 1/20 66/16 77/14
156/25 221/23 250/15 251/9
251/9 251/11 270/7 276/5
276/8 276/8 276/15 276/17
**mark** 82/24 174/15 175/4
215/3 269/25 273/1 282/1
288/25
**marked** 24/25 45/4 45/7 69/18
71/23 82/21 83/1 116/19
121/1 129/13 138/14 174/13
174/16 175/7 175/11 175/15
175/19 176/5 191/18 215/6
215/8 246/17 247/4 263/18
270/2 280/20 280/22 281/11
**market** 11/19 15/4 15/4 18/17
20/7 20/24 27/25 29/24 30/1
...
**marketed** 11/14 11/11 59/1
...
**marketing** ...
...
**matching** ...
**material** ...
...
**materials** 47/14 86/1 118/14
...
**matter** ...
...
**Matthews** 84/24
**matured** 90/11
**MAVERICK** ...
...

216/4 217/11 221/18 225/17
228/8 230/1 230/3 230/17
267/12 267/21 267/22 268/19
268/21 269/1 278/18 284/24
285/5 285/8 285/25 287/22
293/9 293/2 300/2 301/2
**Maverick's** 85/22 92/11
241/15 242/18 243/3 243/18
243/25 289/16 289/1
**max** 89/25
**maximum** 129/4
**may** 32/21 46/21 46/23 78/3
78/3 82/15 92/19 93/7 96/2
97/2 99/22 123/24 124/10
124/12 124/13 130/18 156/1
199/18 199/19 209/2 209/3
209/16 210/5 211/15 211/22
212/4 212/24 222/4 223/8
229/8 233/7 241/5 244/6
244/13 245/3 247/14 250/19
250/21 254/24 258/13 258/13
258/21 258/21 258/23 259/5
259/9 259/14 273/9 282/22
282/23
**maybe** 20/12 24/18 81/5 86/8
91/12 97/12 99/6 138/6
147/18 156/5 212/17 243/8
242/1 212/17 278/6
**me** ...
...
**meet** 241/17
**meeting** ...
...
**meetings** ...
**meets** 194/21
**member** ...
**memory** ...
**memos** ...
**mention** ...
**mentioned** ...
...

282/11 282/14 283/9 284/12
284/17 284/20 285/23 286/6
291/25 294/20 296/8 296/8
298/14
**mean** 11/8 18/19 27/18 30/18
30/21 31/13 33/8 37/8 46/17
47/21 55/16 61/9 91/9 107/8
117/5 139/11 139/11 140/7
144/3 148/17 152/17 158/3
167/3 175/24 176/24 182/23
184/19 185/13 186/16 189/25
196/5 208/19 209/8 209/25
211/8 213/3 241/18 212/6
243/9 243/11 243/17 265/9
267/19
**meaning** 65/6 65/8 67/21
279/16
**meaningful** 73/17
**meaningless** 142/4
**meanings** 182/25
**means** 149/15 197/8 199/14
202/17 263/13
**meant** 36/21 121/16 148/23
148/25 181/17 215/1
**measure** 204/24 294/4
**measured** 204/22 204/23 204/1
204/2 204/11 205/3
**measurement** 282/5
**measurements** 185/2 205/1
...
**measuring** ...
**mechanical** 264/16
**meet** 241/17
...
**message** 241/1
**messages** ...
**met** ...
**metal** ...
**method** ...
**methodology** ...
**Miami** ...
...
**Michele** ...
**mid** ...
**middle** ...
**midstream** ...
**might** ...

## M

**Mike** 236/16 236/24 237/11
237/19 237/21 237/24 238/1
238/24 239/6 239/9 239/17
**mind** 22/3 23/7 125/10 145/11
219/25 220/2 238/11 270/4
**mine** 89/7 187/3
**minute** 69/4 292/9
**minutes** 220/22 257/24 263/18
282/11 283/15
**minutia** 184/4 190/3
**Mirage** 15/14 15/15 15/17
**mirror** 51/7 51/8
**mischaracterizes** 105/9
105/15
**mischaracterizing** 105/21
286/4
**misdirected** 231/23
**mislead** 105/20 254/20
**misleading** 72/8 74/17 285/12
**missing** 127/24 ·
**misstates** 223/24
**mistake** 95/22 128/8 128/13
242/23 285/9
**mistakes** 128/19
**misunderstood** 272/17
**mixed** 18/11 18/11 20/11
**model** 15/12 40/23 40/24 41/1
41/3 41/13 41/22 49/10

**models**
**modification**
**modifications**
**modified**
**modify** 47/1 197/1
**mold**
**molded**
**molds**
**monetary**
**money**
**month**
**months**
**more**

70/10 73/20 74/22 80/11
80/15 87/6 94/3 97/11 97/12
97/12 102/9 113/19 122/10
138/12 152/13 155/9 166/23
170/3 170/4 170/6 170/10
177/3 183/5 185/18 185/18
190/18 193/11 193/24 199/1
199/9 211/1 211/7 211/7
213/1 213/11 216/6 219/12
238/19 243/16 245/4 254/11
264/4 276/2 276/19 277/10
292/11 292/24
**morning** 35/16 168/21 259/7
279/7
**most** 22/12 29/20 30/19 42/9
94/24 135/12 180/4 185/8
188/10 218/1 218/5 218/7
218/12
**mostly** 11/12
**motions** 191/25
**motor** 235/25 251/7
**Mount** 276/8
**mounted** 26/13 141/23
**mouth** 20/16
**move** 32/11 33/2 34/2 152/21
152/22 222/23 266/12
**moved** 202/8
**Mr**

**Ms**
**much**

**muddy**
**multi-colored**
**multiple**
**must**
**MV** 4/21
**MVI**
**my**

267/11 267/11 268/7 269/10
282/3 284/11 284/22 287/11
232/5 294/25 296/9 297/15
298/2
**myself** 13/11 22/13 92/13
157/5 206/1 212/15 230/8
236/18

## N

**naked** 113/25
**name** 5/7 5/8 12/8 14/24
26/14 26/17 26/19 216/23
219/2 219/3 254/2 266/3
260/5 270/12 273/21 274/2
276/1 276/12 277/3
**names** 19/7 236/15 249/9
249/11 249/20 249/21 251/16
**narrowed** 153/13
**National** 77/14
**nature** 9/22 137/14 157/15
157/21 162/20 174/1 188/25
196/6 196/6 258/16 267/22
**neat** 36/2
**necessarily**
**need**
**needed**
**needs**
**negative**
**negligible**
**neighborhood**
**neither**
**nest**
**never**

**new**

**next**

**nice**
**nicely**
**nieve**
**night**
**nine**
**NMA**
**Nobody**
**nod**
**non-compound**
**none**
**nor**
**North**
**NOTARIAL**
**Notary**

**N**

note  70/3 74/19
noted  55/16 56/6 63/23
 145/17 188/4 195/25 235/10
 298/3
notes  231/10
nothing  207/12 207/14 243/16
 243/16
notice  213/17 240/14 241/1
 241/17 243/10 244/4 245/16
 264/15 264/21 264/21 264/25
noticeable  147/3
notification  260/19
notified  244/9
notify  245/9 245/12
notwithstanding  257/22
 284/23
now  14/3 18/2 39/4 48/3 53/1
 53/12 55/19 61/7 66/5 82/7
 86/5 92/7 94/13 97/9 119/11
 127/1 127/15 141/12 144/10
 163/7 213/7 224/23 242/25
 259/2 259/16 253/15 257/12
 262/19 263/16 264/17 269/4
 271/9 271/21 272/12 272/13
 274/9 299/6 300/4 301/6
nullable  211/9
number  12/2 33/14 35/12
 ...
numbered  ...  15/10 294/10
numbers  ...
 ...
nuts  ...
NW  ...

**O**

O'Connor  ...
oath  ...
object  ...
 ...
objecting  ...
objection  ...
 ...
objections  ...

obligation  244/21
obligations  240/18
observation  134/4
observations  115/8 269/16
observed  115/9
obtain  247/24 248/3 249/19
obtained  247/25
obvious  223/9
obviously  45/19 88/15 161/7
 124/17 161/16 161/18 161/20
 173/20 173/22 173/24 190/15
 200/19 208/19 213/19 216/23
 232/22 245/24
occupants  7/18
occupation  6/1
occur  245/2 245/12
occurred  148/16
odd  185/11 233/20 282/2
Oddly  24/22
off  19/9 19/22 23/3 23/5
 23/23 37/19 38/19 51/7
 57/18 99/15 113/4 115/12
 133/9 157/13 167/4 177/21
 176/4 211/5 211/19 238/15
 263/22 266/6
off-the-record  71/7 113/6
 263/24 292/10
offer  167/14 232/20
offered  28/3 232/23
office  21/15 57/14 61/16
 173/5 62/6 62/16 76/24 84/1
 163/23 274/18 299/10
officer  19/5 87/...
OFFICIAL  305/5 305/16
offshore  ...
 ...
often  192/3 192/4
oh  289/13 293/25
okay  ...
 ...
 ...
 ...
 ...
Oklahoma  131/2
old  195/1 196/1 196/11 196/22
 196/25 196/10 196/19 196/21
 196/11 294/25
on-site  133/16
once  48/6 84/10 102/3 105/19
 113/18 169/17 244/14 249/4
one  21/19 21/20 30/4 33/21
 40/14 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...

262/9 263/4 263/5 267/5
 268/13 270/9 270/20 270/24
 274/9 275/25 277/10 277/10
 277/11 280/17 282/12 282/13
 283/10 284/25 285/25 286/14
 288/3 290/6 293/11
ones  31/1 31/4 91/10 96/18
 179/1 207/10 211/16 223/14
 261/4
only  15/2 24/12 42/14 63/20
 82/8 120/14 134/17 166/20
 183/2 183/9 202/5 211/20
 211/21 218/11 224/2 224/6
 244/5 250/13 253/7 264/10
 275/25 277/11 277/18 284/9
opened  288/16
operate  18/25
operated  19/24
operates  187/6 274/12
operating  167/11
operation  6/6 50/20 50/21
 182/4 187/9
operations  93/22
operator  177/5
opinion  11/5 30/10 110/21
 126/3 150/14 158/4 181/1
 206/1 214/5 231/11 224/8
 231/22 236/24 236/25
opinions  213/16
opportunity  ...
 ...
opposed  ...
opposite  ...
optimal  ...
option  ...
options  ...
 ...
 ...
or  ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...
 ...

**O**

order   45/12 45/19 45/21
46/12 46/13 46/16 46/17
46/21 46/23 46/24 47/1
67/25 113/15 145/24 239/2
249/19 253/4
orders   3/12 46/19 47/2 49/23
organization   78/4 109/16
239/3 239/5
oriented   291/11
origin   229/23 229/25 230/2
231/18 232/5 232/9
original   24/8 38/15 50/24
52/8 54/11 56/6 60/17 67/9
67/10 67/18 67/22 69/12
69/15 70/23 71/1 71/22 80/1
80/9 80/13 80/24 80/24 81/6
81/12 82/21 83/3 83/7 83/21
83/22 83/25 85/19 85/15
90/10 92/10 107/19 104/15
104/20 106/17 107/2 107/23
109/5 110/14 111/21 111/22
112/1 112/13 115/19 115/19
116/5 116/14 122/6 133/20
134/8 135/24 138/5 140/1
140/5 140/14 141/9 142/1
144/24 146/10 148/4 148/12
149/2 149/25 151/11 151/21
151/4 151/15 151/5 155/12
157/2 162/24 164/1 165/15
166/21 166/5 166/6 171/12
171/15 171/17 173/6 185/12
190/23 192/1 196/5 197/12
197/16 199/9 199/10 200/24
200/10 200/14 200/21 200/24
201/14 201/17 201/18 201/4
201/19 202/16 203/23 203/25
205/21 205/12 205/16 205/16
202/21 202/24 205/11 205/24
205/24 205/11 205/21 205/24
205/24 205/12 205/21 205/24
205/14 205/15 205/16 205/24
205/24 205/15 205/21 205/24
205/24
originally   ... ...
...
originals   ... ... ...
166/18
Orleans   ...
other   ... ... ...
...

**O** (continued middle column)

200/1 200/11 203/2 206/6
206/14 206/20 206/23 206/24
207/16 208/1 210/4 211/16
211/18 214/15 220/2 221/17
224/3 224/21 225/11 226/7
226/14 231/16 231/17 235/20
239/10 239/16 239/19 245/5
248/1 248/4 249/18 249/23
250/14 251/14 251/15 252/7
252/8 252/20 258/16 261/4
265/18 271/21 275/18 275/23
279/1 280/9 293/3 293/6
293/6
others   193/24 275/24
ought   54/24
our   8/19 20/10 22/9 25/9
26/16 36/14 39/19 40/14
40/17 41/12 41/18 41/19
41/20 46/2 50/14 51/22 58/6
59/22 62/14 66/21 68/25
70/1 77/17 79/16 102/6
104/9 117/5 123/20 156/15
158/22 183/11 183/13 187/10
185/20 197/25 158/1 1 / /2
203/3 206/18 206/21 206/22
208/24 212/17 212/18 212/20
212/21 214/10 216/25 251/15
218/17 219/10 220/11 221/15
221/22 222/15 229/1 229/13
229/8 229/11 241/11 241/11
229/9 230/18 243/21 246/4
255/4 255/6 256/5 255/6
252/6 252/11 255/6 255/24
255/24 255/8 271/15 291/1
ours   ... ... ... ...
218/21 218/24
ourselves   ... ...
out   ... ... ... ...
...
outlined   ... ... ...
outside   ... ... ...
...
oval   ... ...
over   ... ... ...
...
overall   ...
overlap
overly   ...
own   ...
...
owned
ownership

**P**

package   31/16 128/24
pad   37/19 200/5
page   2/18 12/3 63/2 63/8
63/16 63/21 63/22 79/10
83/12 84/6 88/2 89/9 91/4
91/18 91/18 91/20 92/7
92/14 92/15 92/15 92/24
98/6 98/14 98/19 100/2
100/18 101/1 107/12 107/14
108/3 108/5 108/6 108/7
108/9 108/10 108/17 108/11
108/14 108/14 109/3 109/11
114/3 121/12 161/4 161/10
161/14 161/17 173/7 215/13
262/20 288/17 293/6 309/6
301/6
pages   79/12 92/15 92/23
215/18 297/10
paint   251/17
painted   28/15 287/6
paper   144/5
paperwork   ...
paragraph   ... ...
69/19 70/1 70/18 70/21
202/17 240/23 216/25 262/15
262/15 262/24 262/11 262/2
262/5 262/6 262/11 272/17
272/17 272/5 272/16 272/23
272/11 272/2 ...
parameter   ...
parameters   ...
parcel   ...
parent   ...
parenthesis   ... ...
Park   ...
part   ... ... ...
...
partial   ...
Partially   ...
participate   ...
participated   ...
...
participation   ...
particular   ...
parties   ...
parts   ...
past   ...
pastels   ...
Pathfinder   ...

**P**

**Pathfinder's** 203/11
**Pathfinders** 44/20 48/14
48/22 125/20 136/24 154/14
226/10
**Paul** 24/1 35/13 36/1 39/6
39/8 39/12 40/1 53/13 53/15
56/11 94/2 94/4 94/5 95/20
102/15 116/2 116/9 162/19
184/14 187/14 187/15 190/6
233/15 234/15 257/6 258/16
289/9 289/10 289/10
**pay** 244/13
**paying** 38/2 68/13 201/20
**PC** 48/11
**PCs** 48/12
**pecking** 239/2
**pending** 227/2
**penetrate** 20/10
**Pensacola** 2/16
**people** 7/10 12/15 19/23
21/25 22/22 27/23 51/6
62/19 86/2 109/13 110/2
154/16 191/7 197/1 210/5
218/10 226/8 226/15 228/5
228/15 229/18 229/21 230/10
231/3 241/3 245/16 245/20
247/11 258/16 284/21 293/17
293/22
**people's** 21/14 247/16
**perceiving** 51/2
**percent** 21/23 21/24 21/24
21/24
**perception**
53/10 54/1 254/1
**perfect** 51/9 251/4
**perfectly** 214/5
**perform** 205/1
**performance**
**performed**
**perhaps**
**period**
**permitted** 74/1
**person**
**person's**
**personal**
**personality**
**personally**
**personnel**
**persons**
**pertaining**
**perturbance**
**phone**
**phonetic**
**photo**
**photograph**

79/11 80/18 82/18 83/6 83/8
83/12 84/10 85/7 85/14
85/16 88/1 88/2 88/8 88/17
88/18 90/25 91/7 92/5 98/7
98/20 99/13 99/14 99/17
99/19 99/20 99/22 100/1
101/2 101/8 108/21 108/22
108/24 114/4 117/11 117/12
117/15 117/18 117/20 117/24
117/25 121/3 125/24 133/5
133/6 133/13 133/15 133/17
133/18 133/24 134/4 134/5
134/8 134/11 135/3 135/14
135/21 135/22 136/5 136/11
136/13 136/15 136/20 137/17
142/11 143/17 147/13 147/17
161/1 161/8 168/1 168/4
172/23 173/2 173/14 174/8
180/18 191/16 215/10 270/19
272/1 280/24 281/5 281/16
283/17 288/21 289/1 292/16
293/25
**photographs** 79/2 84/3 84/14
90/6 91/19 91/21 96/5 100/2
100/2 100/15 100/19 100/25
107/19 107/22 107/22 108/10
108/12 108/19 109/1 109/2
109/4 109/4 116/4 114/2
114/4 118/12 118/17 118/22
119/1 121/1 125/23 126/1
126/20 129/11 144/1 144/9
117/2 142/5 143/15 142/20
114/4 145/10 145/11 116/1
147/11 160/1 160/17 161/1
161/12 161/1 161/24 161/16
164/22 165/1 165/2 165/4
165/23 165/5 166/3 166/5
166/19 166/21 166/21 166/23
167/20 167/22 167/11 167/16
167/17 170/20 173/3 173/19
173/2 173/4 174/11 174/25

**photography** 118/3 118/16
127/14 127/14 127/16 127/16
134/10 134/14 134/16 134/17
136/15 137/11 137/11
**phrase**
**physical**
**physically**
**pick**
**picture**
**pictures**

**piece** 116/22 116/24 144/5
**Pierce** 1/24 36/14 59/19
296/10 297/16
**pinstripe** 28/19
**PITTMAN** 2/2
**place** 1/17 28/11 44/14
213/16 219/11 234/14 256/3
284/21
**placed** 28/13 147/16
**placement** 220/6
**places** 219/4
**plaintiff** 1/6 2/2 67/8 69/12
70/5 70/7 261/23 287/22
**plaintiff's** 4/17 224/17
292/16
**plan** 44/13
**plans** 36/1 224/20
**Plantation** 41/15
**plastic** 235/16
**plate** 3/25 131/9 131/22
131/22
**platform** 16/25
**play** 17/23
**Plazeo** 271/23
**pleadings** 221/15
**please**
**pleasing**
**pled**
**plug**
**plugs**
**plumb**
**plus**
**point**
**pointed**
**poling**
**poor**
**popping**
**port**
**portion**
**portions**

**P**

portray  122/10 281/18
pose  131/20
position  6/7 17/5 53/9 66/4
 154/13 221/8 237/5
positive  41/16 57/15 152/22
 158/13 158/14 203/13 204/9
 204/12
positively  160/5 237/14
possession  235/9
possible  76/6 90/22 146/13
 193/21 234/2 241/2 278/6
possibly  85/24 90/14 90/18
 90/18 162/18
post  17/11
postmark  24/21 25/16
potential  34/12 122/20
pounds  89/17
practice  286/19
pre-marked  11/22
precisely  44/24 68/20 188/14
 206/17
preclude  212/19 213/20
predate  13/4
predated  14/10
predicate  131/11
predominantly  7/15
preexisting  32/2 33/16
prefer  163/4 327/9
prefers  162/10
preliminary  235/22 262 262/3
premature  232/19
prepare  45/19
prepared  21/22 163 1 163 1
 147/4 227/14 262/19 268/8
 262/21 267/11 281/18
presence  25/24 161 16
present  212 41 16
 116 1 120 1 161 161 1
 161/2 163/13 171 16 164
 161 1 161 161 161 161
 163/18
presentation  161 4
presented  111 1 161 1
presenting  11 2
president  112 16 1 161
 161 1 161 1 161 163 164
 161/1
press  225/13
pretty  163 1 163/11 183/20
 183/20 114/4 163 18 163/4
 143/1 143 16 113/1
previous  161/16 161/4
price  18/16
primarily  163/4 16 1 13 18
Princeton  161 1
principle's  232/12
printed  111 11 16 163/15
prints  161/17
prior  11 161 1 1
 161 161 161 1 1 1
 161 11 161 1 161 161
 161 161 161 16 16
 161/1
private  161 1 161
privilege  161 16 1
probability  161 1
probable  161 1
probably  161 1 1

194/7 194/7 196/18 211/1
 211/10 227/12 229/10 231/7
 248/25 255/21 269/25 274/6
 276/7
probative  68/1
problem  14/14 51/13 52/2
 52/11 55/16 55/17 56/4
 56/19 56/22 94/13 94/18
 94/19 111/8 111/12 141/9
 149/4 151/2 171/21 172/7
 180/1 190/22 250/10
problems  50/8 50/13 50/23
 51/1 51/15 51/22 52/16
 53/19 53/22 53/23 54/10
 58/24 61/10 116/3 164/15
 172/3 200/8 254/14
procedure  5/15
proceed  33/15 163/1 266/5
 266/5 267/14 268/7
proceeded  38/22
proceeds  151/1
process  35/9 37/21 39/24
 55/14 55/17 60/21 78/5
 78/11 148/15 148/18 150/16
 151/6 151/8 177/3 178/20
 199/16 201/10 213/1 213/4
 213/11 213/21 252/12 257/21
 273/13 277/8 278/1
produce  14/11 47/7
produced  21/5 21/11 21/12
 116/25 117/5 163/7 229/21
 257/19 231/16 221/15 234/21
 234/21
producing  116/15 116/15
product  163 261/1 257
 261/14 502/4 162/1 161/15
 150/16 162/21 162/1 160/3
 160/16 172/22 172/24 161/1
 163/4 163/6 163/1 163/1
 200/12 223/22 236/5 236/1
 273/11 263/14 263/20
production  163 112/5 161/1
 161/1 161 1 163/15 164/1
 161/4 161/1 163/21 218/16
 203/3 283/18 322/2
productive  302/6
products  111/10 112/6 161/3
professionals  14/15
profile  163/4 163/11 162/15
 183/5 183/11 188/12 186/4
 160/8 161/1 161/1 164/1
 161/1 161/23 163/5 161/1
 162/1 163/20
profiles  163/25
program  163 202/5
programs  111/6
progress  163/15
project  152/1
Proline  163 1 161 161 161
 161 161 1 161 1 163 1
 161 161 1 161 1 161
 161 1 1 161 16 161 1
 161 161 1 161 1 161 1
 161 1 161 1 161 1 161
 161 1 161 161 161 1
 161 161 161 161 1
 161 1 161 161 1
 161 1

233/4 234/11 235/11 236/4
 236/16 240/15 240/16 240/21
 240/21 241/5 241/10 242/11
 242/16 242/17 243/2 243/6
 243/12 244/3 244/5 244/14
 244/20 244/24 245/3 245/4
 245/14 245/16 245/22 245/23
 246/3 246/4 246/4 246/15
 246/25 247/16 247/17 247/15
 247/20 247/22 248/2 248/5
 248/7 248/19 249/4 249/15
 249/22 249/24 250/2 251/12
 251/21 262/14 264/22 265/18
 267/21 268/5 287/1 237/20
 288/17 289/2 289/11 289/12
 290/20 291/10 292/18 292/18
Proline's  22/22 260/18
Prolines  226/11 262/4 262/8
prominently  7/12
promotion  124/3
promotional  85/9 85/23
 118/14 122/11 124/3 126/21
 127/10 221/18
pronounced  184/3
proof  210/2
proper  167/22
properly  44/21 55/8 171/12
proportions  46/21
protected  101/12 153 1
 153/23 163/13 163/17 163 1
 263/22 163/4 263/15 162/18
 263/4 263/15
protection  163/15 163 163 1
 263/4 163/15 161 1 161 1
protective  163 1
prototype  16 11 16 1 16 16
 163/1 163 1 163 16 1 163 1
 163/1 163/16 163 16 163 1
 263/1 263/2 263/15 163 1
prototypes  263/22
prove  163 1
provide  163/1 163 1 163
 163/11 163/2 163 16 161 1
 163/15 163 1
provided  163 1 161 16 16 1
 183/12 163/1 163 16 163/1
provides  163 1 163 16 163 1
public  1/16 163 1 163/16
 163/22 163/1 163 1 16 16
 61/10 163/22 163/1 163/16
 163/11 163 16 16 161 16
 161/1 163/1 163/1 161/16
 116/11 163 16 163/1 161/16
 163/1 163 1 163 16 161/15
 163/1 161 1 163 1 161 1
 163/1 163 1 163 16 163 16
 163/1 163/16 163 16 161 1
 163/1 163 1 163 161 161
 163/1 163/1 163/1 161/1
publication  16 1 16 1 161 1
 161/1
published  16 1 16 16 16 1
 161/1 161 16 1 161 1 161 1
publishes  16 1
pull  16 1
purchase  16 1 16 1 16 1
purely  16 1
purpose  16 1 16 1 16 1

**P**

purposes  28/10 126/7 129/19
130/1 131/13 138/16 140/9
154/25 156/22 168/23 168/25
199/24 199/25 202/21 209/22
261/23 288/14 291/9
pursue  77/17 244/8
put  20/16 28/9 28/20 10/9
56/1 63/6 144/4 147/18
147/22 154/16 154/17 165/4
170/21 175/4 189/18 210/10
219/8 219/10 219/11 220/15
220/16 248/9 253/9
putting  291/12

**Q**

QC  127/23
qualified  218/13
quality  51/24 53/10 122/14
134/19 135/1 164/12 164/16
166/9 166/11 174/4 177/10
180/15 180/24 181/12 192/5
192/10 294/20
quantify  32/18 204/10 261/24
quarter  174/21
question  6/12 14/20 30/21

questioned
questioning
questions

265/16 286/15 287/2 287/5
288/3 288/18 288/20 288/22
290/6 292/11
quick  267/7
quickly  57/7 274/10 286/11
quit  105/1 238/1 246/3
quite  8/4 54/16 212/22
238/11 275/5
quote  12/7 12/12 67/8 70/12
103/5 240/25

**R**

radar  227/1
rail  16/16 55/5 55/9 56/17
141/23 182/5
railed  55/12 55/14
railing  26/14 29/10 29/18
rails  16/16 27/10
raise  37/18
raised  87/10 153/9 153/11
153/12 155/2 169/7 169/8
181/23 261/22 261/24 262/7
272/20 290/11
ran  16/5 55/22
rare  19/2
rather  50/12 79/11
re

re-ask
re-notice
re-straighten
reached
react
reaction

read

readily
reading
Reads
ready
reality  45/14
realization
realize
realized
really

reanswer
rear
reason

reasons

rebuild  50/11
recall  20/8 23/3 49/17 54/17
54/22 55/2 55/6 55/20 56/8
56/9 59/16 87/4 163/19
193/15 212/7 226/17 229/12
230/8 236/12 236/20 236/23
237/11 237/18 237/21 238/3
238/8 238/22 239/9 248/1
250/6 254/18 256/24 260/6
260/8 260/23 277/3 282/21
286/17 287/4 287/6 288/20
290/14
receipt  241/16
receive  229/3 229/4 246/14
250/18
received  52/15 52/15 54/8
72/15 72/22 75/15 78/25
226/7 226/18 228/25 250/17
250/19 250/23 277/5
receives  19/0/17
receiving  61/18
recess  170/13 229/23
reciting  144/15
recognition  232/22
recognizable  102/25
recognize  74/18 117/11
123/22 218/10 222/14 223/20
276/10 265/10 280/21 289/5
recognized
recognizes
Recognizing
recollection

recommend
record

records
recovery
red
redepose
redesign

redesigned
redesigning
ReDirect
reduce
reducing
refair
refaired

refairing

refer

reference

referenced
references
referred

referring

**R**

refers  119/13 139/14 214/18
288/7
refine  39/8
reflect  79/13 93/10 123/11
143/22 147/15 168/17 187/20
211/14 254/22 257/4
reflected  48/16 54/15 256/21
reflects  46/25 59/19 72/14
124/1 144/14
refresh  75/8
regard  56/6 69/20 93/17
175/9 181/23 183/8 186/17
189/4 222/12 233/1 264/9
264/11 268/7 274/25 277/16
292/16
regarding  42/3 42/6 52/16
54/8 56/17 61/9 129/2
208/16 228/19 231/10 231/17
232/5 232/8 239/20 240/1
286/23
register  71/10 72/4 72/11
73/1 73/6 75/3 75/9 75/17
76/7 77/22 77/25 88/20
105/2 105/4 105/6 105/12
105/5 105/10 105/17 106/19
106/21
registered  106/15
registering  76.11
registration

registrations
relate
related

relating
relation
relationship
relationships
relative
relevance
relevancy
relied
reluctantly
remaining
remains
remedies
remember

remind

removal  102/20 110/18 200/5
remove  37/12 111/5 212/19
212/20
removed  37/19 38/13 102/16
103/2 110/21 157/12 178/12
render  214/9 276/24 276/25
rep  2/12 274/1
repair  157/9 157/24 158/3
158/1
repaired  158/3
repeat  136/25
repeated  192/5
repeatedly  108/1 262/19
rephrase  5/20 14/20 68/12
90/22 135/18 151/25 285/7
reply  70/4
report  235/10 235/14 236/1
277/9 277/14 277/17 278/11
282/1
reported  297/8
reporter  1/21 288/25
REPORTERS  1/23
reports  214/16
represent
representations
representative
represented

representing
represents
repricing
reproduction
requested
require
required
requirement
requirements
reschedule
research
resembled
reserve
reshaped
resistance
resolution
resolve
respect
respective
responded
response
responses
responsible
rest
restate
restoration
restrict
result
resulted
retail

retailers  244/5 244/8
retool  148/7
retooled  87/5 148/4
retooling  255/16 255/17
255/18 255/24 257/5
retrospect  42/24 43/1 242/7
returned
revealed  214/19
Revert  147/7
reviewed  86/9
reviewing  85/25
revised  92/18 93/6 107/2
107/24 109/6 110/15 112/10
122/4 123/23 124/3 124/8
124/13 124/16 124/16 137/18
137/19 137/21 140/5 140/14
144/24 146/10 149/14 149/21
151/22 152/1 153/25 154/8
154/15 155/7 155/12 155/22
155/25 156/11 157/3 161/4
161/11 169/4 150/17 160/22
181/7 182/16 188/8 138/12
194/16 196/2 197/18 202/12
revision
revisions
reworded
ride
ridge
ridges
right

right-
right-hand
rigidity
Ringling
Rio
River
road
room
rough
rougher
roughly
rounded
rounder
rub
rudimentary
Rudy
rule
ruler
rules
run

**R**

**running** 42/17 128/12 129/12
186/3 186/21 186/24 203/5
203/14 203/14 203/17 203/20
203/25 204/6 204/18 210/2
216/7
**runs** 202/24

**S**

**S-curve** 147/4
**said** 20/5 20/9 20/12 20/17
23/11 23/22 27/5 35/18
35/21 36/2 36/21 53/25
54/13 55/9 57/8 57/11 58/17
58/17 61/6 61/11 61/20
61/22 70/9 70/11 73/4 75/19
84/7 84/9 84/17 91/13 96/18
97/5 108/3 108/17 111/12
111/18 111/18 113/10 125/3
126/19 144/15 144/11 144/20
146/24 148/23 149/1 151/4
153/17 154/24 157/20 157/21
160/19 166/16 169/7 171/15
171/23 189/4 196/22 197/5
197/6 201/12 211/2 227/8
221/17 221/18 221/21 221/22
228/1 229/18 231/21 231/21
236/20 239/13 239/17 240/17
239/24 239/4 239/11 239/17
239/6 239/12 240/2 240/15
239/1 239/12 239/21 239/23
239/12 239/12 239/12 239/18
239/20 239/2 239/21 240/11
239/10 240/12 239/1 240/6
239/16 240/12 240/2 240/17
239/11
**sale** 1/1
**sales** 40/1 40/2 40/24 204/20
204/22 204/24 204/21 204/22
**same** 18/1 121/12 122/2 122/4
121/18 121/18 121/18 123/11
40/11 40/17 40/18 40/21
40/18 40/17 40/18 40/18 40/18
40/16 40/18 40/18 40/18 40/11
122/21 222/2 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
122/21 222/21 239/3 239/11
**Sampson**
**San**
**sanded**
**sanding**
**Sarasota**
**satisfactorily**
**satisfactory**
**satisfies**
**satisfy**
**saw**

**say**

18/1 19/21 20/8 20/13 21/23
23/4 23/20 24/1 40/13 40/25
44/11 45/20 47/20 47/21
52/22 54/18 56/14 57/16
57/25 71/18 85/12 85/13
85/19 90/20 104/2 113/15
119/20 126/4 127/24 133/1
137/2 137/6 144/2 144/3
111/19 111/22 147/8 147/20
152/3 153/4 155/9 156/2
165/21 171/2 171/24 172/25
174/9 177/10 178/25 185/2
185/9 185/13 189/15 190/11
192/24 197/3 201/7 203/13
204/11 205/3 206/23 207/13
209/7 210/25 211/10 213/3
213/13 217/5 217/16 217/25
221/11 221/14 228/7 231/12
234/20 231/22 236/13 238/17
243/9 244/12 247/19 249/25
254/20 256/19 273/3 274/13
281/1 283/10 283/16 286/3
294/17 295/1
**saying** 127/1 139/16 138/2
140/7 156/7 170/2 171/14
192/21 231/12 241/4 247/4
261/16 261/13 275/7 283/21
**says** 24/16 40/12 1/11 62/21
64/11 64/1 104/2 104/2 104/11
63/8 63/5 63/10 64/16
104/18 104/20 114/16 104/4
104/11 104/16 104/17 104/1
104/16 104/18 104/21 104/4
104/11 104/16 104/17 104/16
104/16 104/16 104/1 104/16
104/20 104/11 104/16 104/6
104/11 104/18 104/12 104/17
104/2 104/13 104/21 104/16

**schedule** 104/3 204/20
**scheduled** 104/10
**schematic** 104/11
**schematics** 104/20
**school** 104/16
**scope** 104/8 167/21 104/21
**SCOTT** 1/17 1/21 1/20 4/3
104/7 147/8 208/10
**scrutiny** 104/5
**SEAL** 296/7 297/10
**search** 118/11 118/16
**searched** 104/16
**season** 104/11
**seasons** 104/11
**second** 104/3 113/21 104/5
104/6 104/16 104/16 104/6
104/5 104/11 104/6 104/6
104/16 104/16 104/16 104/16
104/2 104/16 104/16 104/16
104/11 104/1 104/6 104/11
104/2 104/3 104/4 104/11
104/11 104/16 104/16
**secondary**
**section**

**secured**
**securing**

**see** 74/23 75/12 82/15 84/10
85/1 92/4 100/6 100/10
108/22 120/24 121/10 121/19
121/15 125/16 127/8 127/9
128/8 133/15 136/12 136/14
136/17 141/17 141/21 142/10
142/14 143/25 144/14 145/2
145/24 116/17 160/24 161/1
154/1 164/8 164/14 164/23
165/1 165/7 165/23 166/4
166/6 167/18 167/20 173/15
173/18 174/1 174/6 175/21
181/13 192/11 203/18 210/3
215/25 216/9 223/10 225/12
238/14 265/14 265/15 280/16
288/8 289/24 290/21 293/17
294/2
**seeing** 34/23 223/12 231/17
**seemed** 56/25
**seems** 265/1
**seen** 50/1 62/2 62/20 65/25
92/20 92/22 125/22 133/21
166/5 166/14 166/17 166/17
167/12 224/13 228/11 228/17
233/14 233/15 234/6 239/6
239/7 252/4 252/7 274/12
282/13
**selected** 7/22 107/16 153/1
**self-** 2/25
**self-evident** 114/1
**self-explanatory** 14/11
164/25 164/25
**sell** 14/16 164/16 164/5 16
204/6 41/23 44/3 64/9 65/9
211/10 211/20 241/1 213/11
211/21 210/15
**selling** 17/1 14/2 15/1 2
41/25 64/25 65/22 65/23 65/25
213/22 213/25
**sells** 184/25
**semantics** 219/6
**send** 23/6 231/22 23/3 11
**senior** 47/4
**sense** 53/11 113/16 113/10
137/11 184/3
**sensitivity** 132/11
**sent** 133/16 133/16 135/16
234/20 234/25 264/23 214/1
264/2 264/16 264/12 264/11
264/25 264/25 264/21 264/1
**sentence** 241/13 241/16 3
**sentences** 268/16
**separate** 133/17 136 16 121 11
133/16
**series** 133/22 136/13 251/25
208/18
**seriously** 44/5
**servo** 164/10 164/18 164/8
164/6 164/25 164/13 164/7
**served** 54/19 54/11
**serves** 143/10
**service** 54/1
**set** 14/2 14 1 14 1 16 1 16
1 11 16 1 16 1 16 1 16 1
**sets** 14 1 16 1 16 1 16
**seven** 14 1 16 1 16
**several** 14 1 16 1 16 1
14 1 16 1 16 1 16 1
**severe** 14/1
**shake** 14/1

**S**

shaking  230/25
shallis  19/18
shallow  7/9 43/25 128/12
  207/5 207/6
shallower  203/1
shape  30/18 86/16 87/20
  147/11 147/16
shared  266/12
sharper  192/19 194/7
SHAW  2/2
she  171/15 248/15 248/17
sheer  4/7 37/4 51/4 52/1
  56/3 93/17 94/1 94/8 94/13
  94/21 94/21 94/23 95/2 95/5
  95/9 95/12 95/15 95/18
  95/23 96/1 96/6 96/15 97/1
  97/5 97/8 97/18 97/23 98/3
  98/7 98/16 98/21 99/2 99/7
  99/7 99/18 99/23 100/3
  100/7 100/20 101/3 101/13
  101/15 101/19 101/22 102/7
  102/12 102/17 102/25 103/2
  103/9 103/10 103/14 103/16
  103/20 103/24 103/25 104/3
  104/6 104/9 104/12 108/20
  111/8 111/14 111/22 114/14

sheet
shipped
shipping
shit
shoot
shop
shored
Shoreline
short
shorten
shortly
shot
shots
should

shouldn't
show

186/11 186/15 191/22 192/8
192/8 195/22 255/5 205/3
205/23 211/23 215/8 215/9
237/2 246/17 254/9 256/15
257/17 268/22 269/8 269/14
269/20 269/24 273/22 280/19
285/15 289/13
showcase  41/19
showed  60/7 89/16 117/13
  236/3
showing  100/15 124/3 127/7
  138/9 138/10
shown  32/3 32/15 81/2 81/23
  83/8 90/6 92/7 107/11 119/8
  122/25 124/17 124/21 129/8
  129/19 137/16 139/20 143/10
  143/19 192/6 206/3 206/5
  288/21 289/6 289/12 289/18
  291/11 291/22
shows  21/5 88/3 144/7 147/12
  285/1
sic  275/7
side  26/15 27/19 29/13 55/22
  125/25 126/25 127/5 136/9
  138/10 138/10 141/8 141/8
  141/11 141/13 141/19 141/20
  141/25 141/5 146/4 146/4

sides
sideways
signed
significance
significant
signing
silly

similar

similarities
simple
simply
since

single
sir
sit

site

sites
sitting
situation

six

size
Skeeter
sketch

sketched
sketches

ski  13/10 13/14 13/18
skills  66/13
Skip  86/3
skirmishes  266/21
slightly  19/20 272/20 290/10
slots  46/21
slow  268/14
small  40/9 235/13 235/21
smaller  144/14
so  5/14 8/23 9/21 12/18
  14/19 15/11 17/1 19/3 20/12
  26/19 28/21 38/16 39/5
  39/11 41/2 42/16 45/2 45/16
  45/19 46/6 46/18 48/20
  49/22 50/12 51/18 60/12
  60/25 62/4 64/6 64/8 65/25
  66/13 68/4 68/7 72/16 72/25
  76/16 76/18 80/8 82/21
  84/11 89/12 89/15 93/8
  93/14 95/7 95/9 96/9 99/2
  100/18 102/7 102/22 105/2
  106/11 111/24 113/15 114/15
  117/20 119/6 119/18 119/20

sold

solely
some

**S**

**somebody**  45/15 53/1 227/6
233/22 279/12
**somehow**  123/21 223/4 223/4
223/5
**someone**  24/16 19/2 49/3
227/25 250/11 274/2
**something**  25/6 26/15 28/20
31/14 42/23 54/19 55/4
56/23 77/15 77/16 147/11
148/15 148/20 149/1 155/20
156/14 177/9 177/23 199/17
202/3 207/1 210/3 210/20
210/24 234/13 245/17 254/21
266/1 269/24 271/23 273/23
274/10 281/4
**sometime**  50/1 73/2 76/6
121/17
**sometimes**  46/24 107/5 118/16
**somewhat**  11/4 113/19 142/8
**somewhere**  17/24 21/18 21/4
40/13 211/24 217/16 217/18
231/7 254/19
**soon**  227/14 290/9
**Sorinson**  248/12
**sorry**  38/9 40/18 44/1 64/23
68/18 115/25 120/24 141/14
167/3 187/1 201/20 212/10
215/7 242/11
**sort**
**sounds**
**source**
**sources**
**south**
**Southeastern**
**southern**
**space**
**spacy**
**speak**
**speaker**
**speaking**
**speaks**
**special**
**specific**

**specifically**

**specifications**

**specificity**  149/22 258/6
**specifics**  176/22 260/12
277/19 282/22
**specs**  206/21
**speculate**  125/10 245/5
**speculation**  61/14
**speech**  33/7
**speed**  164/5 160/20 177/11
204/4
**spend**  265/8
**spent**  208/7 279/4
**splash**  237/14 275/7
**splashed**  12/16 12/19 57/21
214/11 217/24 227/10 221/15
234/21 271/13 273/17 273/25
274/17 275/2 275/9 275/11
275/13 275/20 276/22 277/15
282/20 282/20 283/2 283/7
**splashing**  260/20 271/10
**spoke**  34/20 56/12 162/18
162/19 239/7 271/7
**spoken**  14/4 239/22 239/25
**sponsons**  235/19 235/22
**sponsored**  117/1
**sport**  215/17
**spot**  82/14
**spray**  182/1
**sprayed**  155/3
**spring**
**ST**
**stability**
**stabilization**
**stable**
**stage**
**stand**
**standard**

**standing**
**standpoint**  221/7
**starboard**

**start**

**started**

**starting**
**starts**
**state**

**stated**

**statement**

**statements**  74/8 167/13
238/12 288/13
**states**  1/1 7/15 12/6 62/6
64/21 67/7 69/11 127/16
240/25 287/20
**static**  204/24 205/1
**stating**  143/1 199/14
**statistical**  136/4
**status**  214/10
**stay**  225/5
**stem**  4/9 132/20 188/6 188/6
188/9 188/11 188/17 189/4
190/9 190/19 190/20 191/2
191/12 191/15 191/23 191/25
192/8 192/8 192/12 192/22
193/7 193/12 193/13 193/25
194/16 191/22 194/24 195/1
195/2 195/5 195/6 195/10
195/15 195/19 195/20 195/22
196/19 292/23 261/25
**step**  35/9 35/11 35/21 40/2
40/6 43/12 44/6 128/14
196/14 197/25 292/23 292/25
**stepped**  128/11
**stern**  153/21 153/25 154/5
154/6 165/11 165/19 216/8
252/3
**STEVEN**  2/6
**stick**  241/4
**still**

**stipulate**
**stipulated**
**stipulation**

**stone**
**stop**
**stopped**
**straight**

**straighten**

**straightened**

**straightening**

**straighter**
**strako**
**strakes**

**Street**
**strike**
**stripe**
**stripped**
**strong**
**structure**

**S**

Stuart 41/15 251/11 276/7
stuck 57/23
studies 232/3 232/8
study 114/25 250/16
stuff 228/13 228/16 228/17
 229/17 256/15 255/1 260/24
 274/3 274/5
stupid 230/15
style 4/6 27/16 27/19 28/4
 28/4 28/8 28/9 28/10 28/12
 28/13 28/15 28/21 28/23
 28/24 29/25 30/2 30/4 37/4
 101/25 102/2 110/9 110/13
 110/17 110/22 111/1 111/3
 111/5 111/9 111/11 111/13
 111/23 111/24 112/9 112/13
 112/16 112/23 113/8 113/11
 113/14 113/23 114/5 114/9
 114/12 114/18 114/21 115/2
 115/10 124/21 125/2 125/8
 125/17 125/21 126/4 126/8
 styled
 styling
subject
subjective

**submission** 162/9
**submitted** 107/16 164/5
 165/24 192/7
**subscribed** 238/14
**subsequent** 124/10 239/18
**substandard** 150/18
**substantial** 118/11 118/20
 119/2 119/6
**substantially** 67/16 117/19
 125/6 269/2 284/13 284/18
 285/5 285/16 285/21 285/22
 287/22 293/19 293/23
**subtract** 21/7
**success** 18/11 20/11
**successes** 18/14
**successful** 13/13 20/23
 223/16
**successive** 73/12
**such** 108/22 119/2 164/16
 166/11 174/5 192/10 223/2
 223/12 272/7
**sued** 241/11
**sufficient** 267/23
**suggests** 217/14
**sums** 277/19
**superior** 182/5
**supplemental**
Supply
support
supposed
sure
surface
surprised
surveys
survived
SUSAN
suspect
suspended
suspicions
sworn
symmetrical
symmetry
synonymous

**T**

T-hull
T-hulls
table
take

38/6 44/14 46/19 71/6
133/22 13/1 143/13 146/2
168/3 170/18 194/11 194/11
210/25 220/21 235/5 255/17
255/18 287/14 292/9
**taken** 1/20 91/21 99/22
 115/15 143/11 146/3 146/9
 167/19 168/1 176/19 249/9
 253/23 253/23 253/25 294/2
**taking** 49/23
**talk** 21/20 162/21 171/8
 213/5 213/5 234/1 240/3
 250/4 276/10
**talked** 136/14 149/22 170/12
 170/24 171/11 218/8 229/24
 250/14 258/6 258/8 276/21
 276/3 278/19
**talking** 6/17 21/5 22/17
 22/18 24/19 32/13 39/5
 40/17 44/11 54/18 57/5 59/4
 64/2 65/4 73/16 74/5 86/14
 88/14 91/2 91/5 96/18 107/6
 107/9 132/15 141/4 145/7
 148/11 150/18 157/21 159/7
 216/16 231/5 238/1 238/2
 238/25 238/25 243/20 246/5
 249/15 255/5 255/11 255/20
 265/15 280/12 282/19 283/22
**talks** 117/11 278/16
**Tampa** 216/11
**tape** 213/5
**technical** 
**tell**
tolling
tolls
ten
tend
tended
term
termed
terminates
termination
terms
terribly

Case 2:02-cv-14102-DMM   Document 52   Entered on FLSD Docket 07/24/2003   Page 109 of 115

**T**

**territory** 266/18

**test** 144/13 270/19 270/19
271/5 271/5 271/10 271/14
271/19

**testified** 5/4 144/10 143/9
166/1 168/10 175/22 180/21
283/17 296/5

**testify** 130/1 131/15 134/2
148/2 166/4 245/10

**testifying** 129/23 176/7
270/11 283/18

**testimony** 13/21 21/6 32/13
72/25 105/9 105/15 105/22
123/23 132/6 133/25 134/11
143/24 171/18 189/1 249/4
253/20 258/11 261/14 277/21
279/6 279/18 286/5 292/2
292/5 293/8 293/18 297/11

**testing** 204/17 210/7 268/25
269/5 269/6 269/8 269/15
269/22 271/2 272/6 272/7
272/10 276/20 283/21

**Texans** 18/24 20/1

**Texas** 14/12 14/11 14/15 15/4

**than**

**Thank**

**that's**

117/10 117/14 119/7 120/3
123/22 123/25 124/1 126/12
128/4 129/7 129/22 129/25
131/12 131/23 132/2 132/23
134/12 134/13 134/13 134/25
137/16 138/3 139/5 139/19
139/19 140/7 140/21 141/25
142/5 142/21 142/23 143/17
144/2 149/5 150/15 150/25
151/4 151/14 156/12 166/14
169/12 173/23 176/11 177/23
182/20 185/1 186/23 188/4
189/5 189/19 189/17 193/2
193/6 193/7 195/25 197/9
200/18 201/1 201/11 201/24
201/25 203/2 203/24 206/10
207/11 210/3 211/1 211/20
211/21 215/16 215/17 218/2
219/1 219/6 221/22 222/24
223/13 223/14 224/6 224/8
224/19 227/22 215/19 231/24
246/10 251/6 251/8 254/21
256/10 256/11 256/12 260/21
265/5 265/12 267/12 267/23
268/10 268/10 270/18 270/19
272/6 272/16 272/5 277/4
277/23 278/8 280/11 281/17
283/10 283/11 283/2 283/7
284/20 285/2 286/3 287/11
291/18

**their**

**theirs**

**them**

**themselves**

**then**

**there**

10/15 13/3 14/7 16/8 16/11
19/5 19/11 19/12 19/16
19/25 21/25 25/17 26/2
26/17 27/4 27/11 28/11
28/16 29/16 29/22 30/4
38/24 39/1 42/2 42/11 42/16
44/20 46/7 46/18 47/11 43/6
49/14 49/17 50/23 51/13
52/14 52/18 52/22 54/10
54/13 54/13 54/14 54/21
54/22 55/4 55/6 55/20 56/5
56/8 56/12 56/19 56/20
58/25 59/8 59/17 60/4 61/12
62/24 63/2 64/1 69/3 70/14
72/4 73/15 75/14 76/20 78/9
80/23 81/11 86/10 86/14
86/20 86/24 87/18 87/22
94/17 95/5 95/14 97/7 97/11
98/16 101/15 110/13 110/18
112/8 112/12 112/14 112/15
112/22 112/24 113/10 114/21
116/10 116/13 118/11 118/20
119/21 121/7 121/13 121/13
121/13 122/15 123/3 123/4
124/20 124/4 125/21 127/21
124/17 132/2 132/11 135/14
135/20 138/7 138/13 138/11
138/13 142/5 143/15 147/19
147/25 150/5 151/12 152/15

**there's**

**thereby**

**therefore**

**these**

**T**

**they**  6/13 6/14 3/18 11/19
12/16 12/20 13/2 18/21
18/23 19/19 19/20 19/24
20/2 20/24 27/1 30/12 35/6
35/7 35/8 43/7 43/3 44/4
44/1 46/20 46/21 47/1 49/19
49/18 51/6 53/20 54/22 56/9
60/8 67/4 67/5 61/6 75/11
82/9 83/20 85/1 35/4 86/1
87/23 88/18 95/10 97/20
98/2 104/2 107/22 108/8
108/21 108/22 112/24 120/1
125/5 125/6 125/17 128/14
130/19 142/18 143/11 145/2
146/13 148/4 152/13 152/24
153/4 153/5 154/18 158/11
159/11 162/19 164/5 167/18
167/19 167/25 168/1 168/2
170/9 171/1 171/2 172/17
174/25 176/25 179/4 179/9
179/13 179/17 179/24 179/25
183/8 180/19 181/11 181/17
183/17 186/16 189/11 190/11
191/24 192/8 192/8 192/9
192/17 193/1 193/4 193/5
194/2 198/4 194/1 198/4
201/14 205/12 205/20 205/20

**they'd**  179/16 179/16

**thing**

**things**

**think**

57/16 57/23 58/17 58/17
59/13 53/14 59/22 60/24
61/11 61/20 62/4 62/17
62/21 63/5 64/6 64/19 65/16
65/25 66/8 67/13 67/15
67/24 68/2 69/1 69/21 72/16
73/4 73/16 73/24 74/1
75/11 77/3 78/1 78/2 78/6
79/27 79/16 79/9 79/13 88/11
88/13 90/22 92/3 94/2 102/9
102/18 102/20 104/8 106/8
107/4 108/16 108/25 111/12
113/3 113/10 113/18 114/7
116/15 117/17 117/23 123/6
123/23 123/25 124/1 124/23
125/16 125/19 126/1 127/12
128/22 131/2 131/20 135/12
137/17 138/6 142/19 142/21
143/3 144/1 145/2 145/8
145/15 146/3 146/6 146/9
147/12 149/21 149/23 151/4
154/24 160/10 161/25 166/1
167/8 168/10 168/21 168/23
170/7 171/3 171/15 171/23
174/17 176/5 177/8 177/25
178/16 179/24 180/24 181/8
181/21 182/25 184/11 184/8
185/1 186/24 186/24 187/19
188/20 188/24 189/25 191/1

**thinking**

**third**

**thirteen**

**those**

146/11 154/16 156/4 160/17
161/12 162/20 165/4 168/2
168/2 172/14 172/21 173/3
173/3 173/19 174/2 174/11
178/19 180/21 183/13 191/7
191/21 198/2 198/4 198/19
201/9 207/20 207/25 208/2
208/8 208/11 212/19 220/14
229/17 225/4 225/16 226/12
228/5 228/22 229/7 229/13
229/20 229/24 250/16 250/20
254/18 257/13 258/7 261/8
270/5 275/5 273/4 281/17
282/17 282/24 283/1 284/12
285/4 286/19 286/22 287/5
288/10 294/13

**though**  56/24 39/4 99/12

**thought**  31/1 31/3 31/4 31/14
31/14 31/15 65/15 77/1
106/7 145/15 160/4 219/20
221/16 227/14 256/11 278/8
282/14

**threaten**  243/5

**three**  7/25 29/12 29/17 29/21
21/7 21/17 107/4 126/4
130/9 184/1 207/7 216/19
251/4 251/5 251/13 261/5
256/15 281/17 284/12 285/4
281/15 285/21 286/7

**three-page**  216/14

**through**

**throughout**

**thrown**

**thus**

**tie**  49/18

**tied**

**tight**

**time**

**timeframe**

**times**

**tires**

**title**

**today**

# T

**together** 35/12 40/8 56/1
119/11 136/2 137/21 170/9
178/23 179/3 179/7 179/15
**told** 30/25 185/15 233/14
239/11 215/8 245/11 250/9
254/9 257/12 261/14 272/14
273/16 273/24 274/2 274/4
274/16 275/19 275/22 278/11
282/11 282/14 283/4 286/7
286/7 293/21
**tomorrow** 253/16
**tones** 261/17
**too** 55/15 60/9 209/18 284/21
**took** 20/21 20/25 24/5 60/6
137/13 154/17 207/24 218/19
230/20 255/21 256/3 256/6
**tool** 255/21
**tooled** 102/4
**tooling** 22/9 22/16 22/20
49/22 50/5 50/8 50/13 50/15
50/17 50/21 57/12 57/17
57/23 60/20 84/12 208/9
212/19 254/12 254/11 256/9
256/9 256/16
**top** 19/3 19/22 24/4 24/5
45/17 64/2 92/5 114/17
154/23 154/24 177/20 205/14
211/2 211/9 211/10 211/1
**totality** 22/1 224/5 254/16
254/24 255/1 255/2
**totally** 226 165/2 165/21
165/24 224/24
**toward** 154/6
**towards** 41/6 154/2 165/11
**trade** 221/24 222/13 223/1
224/1 223/7 223/17 224/25
254/1 254/3 224/13 224/16
224/17 224/24 224/24 224/16
224/11 224/24 224/24 224/24
224/1 224/1 224/11 224/1
224/24 224/1 224/11 224/1
**trademark** 11/16
**traditionally** 224/3
**trailer** 155/16 156/1 156/2
154/12
**trailering** 155/2
**training** 6/16 6/17 6/21
**transcript** 21/24 216 293/25
300/5 301/5
**transition** 234/16
**translate** 234/2 155/6
**transom** 152/5 154/17 154/17
154/21 154/21 155/2 155/10
264/16 155/1 155/2
**travels** 178/6
**tread** 264/17
**Treasure** 251/16
**tremendously** 111/14
**tried** 234/16
**trimmed** 154/14
**true** 154/2 154/2 154/2 154/2
154/2 154/2 154/2 154/2 154/2
154/2 154/2 154/2 154/2 154/2
154/2 154/2 154/2 154/2 154/2
154/2 154/2 154/2 154/2 154/2
154/2 154/2 154/2 154/2 154/2
154/2 154/2 154/2 154/2 154/2

297/11 298/2
**trueness** 181/16 201/18
**trusty** 147/7
**truthful** 189/20
**Truthfully** 154/16
**try** 41/20 105/20 147/11
254/1 268/14 285/10
**trying** 18/10 18/14 20/16
25/21 26/16 30/22 51/15
83/14 108/23 120/3 120/8
149/2 150/5 160/20 176/8
189/24 192/18 193/6 197/10
213/13 223/19 229/14 230/19
238/10 254/20
**tunnel** 42/24 42/25 43/2 43/4
43/4 43/10 43/11 43/18 48/5
48/10 57/19 57/22 57/24
58/1 84/9 85/15 85/16 85/19
86/12 86/22 87/1 87/5 87/8
91/13 91/15 99/11 107/6
107/3 108/1 114/16 111/19
114/22 119/25 120/2 120/6
120/10 120/16 126/10 128/13
296/2
**turn** 61/18 92/12 133/25
134/1 162/19 288/7
**turns** 132/1
**twelve** 207/3
**twist** 51/13 254/17
**two** 11/5 24/17 24/6 24/6 24/1
11/5 11/5 11/5 11/5 11/5 11/5
11/5 11/5 92/16 92/1 22/1
92/1 24/11 24/11 124/17 124/16
92/11 124/16 126/11 124/11
124/25 124/6 124/11 130/2
137/21 154/12 155/22 111/16
141/16 155/24 155/6 141/11
155/6 155/6 155/6 141/11
124/6 155/16 155/16 155/16
141/16 141/18 137/24 155/16
155/1 155/16 255/16 255/16
155/24 141/16 224/16 155/16
141/1 155/1 155/2
**two-dimensional** 42/1 42/11
**type** 6/11 6/16 6/2 155/25 42/24
141/16 165/16 155/22 155/22
42/16 155/16 155/24 155/16
25/24
**types** 6/11 6/22 6/25 155/16
5/25 25/25
**typical** 110/24 111/1 155/22
155/1
**typically** 154/16 154/24 254/24
154/2 155/6 155/16 155/6
254/11

# U

**ugly** 91/12 92/16 41/1 41/24
**Uh-huh** 21/1 154/1 155/6 155/1
**ultimately** 21/1 154/1 155/6
**unable** 154/11
**unattractive** 154/1 154/1
**unclear** 21/1 154/1
**uncomfortable** 111/1 154/1
**under** 11/16 11/16 11/16 154/16

213/22 241/3 244/1 244/21
262/20 272/6 283/22
**undercurrent** 226/15 227/3
227/7 228/3 228/7
**underneath** 55/24
**undersigned** 296/6
**understand** 5/19 14/13 30/22
42/23 33/8 33/12 37/10
69/11 93/15 106/11 132/11
132/12 148/24 178/1 182/11
183/25 192/18 237/7 245/8
255/24
**understandable** 113/19
**understanding** 13/15 14/11
37/17 62/11 62/15 65/10
81/9 96/20 153/7 153/8
156/10 189/25 190/21 205/21
204/23 222/1 222/6 222/9
222/11 223/1 243/24 244/1
268/6 269/10 287/11
**understands** 67/21
**understood** 232/11 294/4
**underway** 51/11 254/16 257/25
**undoubtedly** 149/13
**uneven** 184/15 184/17 184/21
185/13 185/17 185/14 185/22
187/24 188/7
**unevenest** 187/5 187/6
**unevenness** 187/2 186/7
186/20
**unfortunately** 18/23 162/2
254/4
**unique** 291/4 291/6 291/6
291/2 191/16 191/17 191/1
122/2 122/6 11/1 15/2 291/6
122/21 122/21 141/1 191/6
122/11 122/1 191/6 191/1
191/1 191/21 291/6 291/6
21/17 291/1 191/1 191/12
253/25
**uniquely** 291/4
**uniqueness** 253/1
**unit** 122/6 122/11
**UNITED** 1/1 296/6/6/6
**units** 111/1
**University** 6/16
**Unless** 154/1 154/1 1
**unlike** 41/11
**unquote** 145/6
**until** 30/16 46/24 201/4
224/17 227/21 254/1 269/1
**unusual** 155/21 154/1 154/1 154/1
**up** 10/16 105/1 162/2 173/16
183/21 162/25 45/17 105/24
115/21 111/11 106/6 106/6
115/21 145/6 155/6 155/6
254/6 254/6 155/6 155/6
254/6 254/6 155/6 155/6
254/6 254/6 155/6 155/6
**upgraded** 145/6
**upon** 155/6 111/1 155/1
**upper** 155/6 155/6 155/6
155/6
**uprights** 155/6
**upward** 155/6
**us** 155/6

**U**

use  37/15 37/23 63/1 66/9
84/21 118/8 118/17 118/21
124/18 146/14 169/1 279/25
used  7/7 7/12 7/21 13/1
16/16 37/21 94/24 124/16
143/18 203/8 232/20 235/16
238/22 288/11
useful  66/14
user  182/6
using  27/1 29/18 37/19 97/22
98/2 197/3 203/10 279/15
usually  16/5 16/16 66/9
utilized  36/22
utilizing  59/11

**V**

V-hull  16/19 42/19 42/25
43/3 43/4 43/11 48/5 48/10
57/20 57/21 58/1 62/23
65/24 67/9 67/19 69/13
69/16 71/11 72/2 72/12 73/2
73/6 74/24 75/10 75/19 76/9
76/11 76/22 77/24 78/18
86/12 86/22 87/1 88/21 89/3
92/2 92/3 114/19 114/22
115/4 115/6 115/18 115/22
115/24 116/11 120/19 120/20
121/17 121/22 221/1 281/1
281/11 282/22 282/24 283/2
V-hulls  58/21
valid  185/9 285/18 285/20
value  65/1
vanilla-type  273/1
variables  275/3
variant  275/5
variation  185/18
Variations  161/7
various  124/9 151/15 154/24
273/19
vast  100/14
verbal  55/4
verbally  55/4
verbiage  54/11 55/15
verify  121/4
Vero  121/6 221/8
versatile  17/3
version  91/21 91/24 95/17
90/20 90/24 103/21 105/1
105/21 105/23 146/7 146/9
146/21 148/7 148/7 148/20
114/16 148/21 155/24 157/8
157/21 157/24 165/1 166/11
169/21 196/22 205/6 206/18
205/21 284/20 284/21 284/24
284/5 285/16 285/21 285/24
versions  63/21 105/6 105/7
105/9
versus  93/16 96/1 96/4
115/16 197/9 204/16
vertical  100/15
very  13/12 22/5 26/6 26/15
...
...

vessel  62/7 62/18 62/18
64/16 65/7 69/18 70/8 76/22
159/24 243/22 279/22 284/7
288/11
vice  66/5
view  70/13
views  167/19 173/3
violate  244/3
violation  221/24 223/7 264/1
264/8 264/11
violations  223/2
virtually  90/21 175/22
virtue  119/25 196/6 207/3
277/20
visible  28/14 32/1 113/25
126/12 126/15 167/15 167/25
167/25 176/4 177/24 178/3
178/6 180/9 180/19 220/13
284/16
visual  234/25
Vito  271/22
volumetric  20/23
vowels  226/20 271/22

**W**

walk  119/4
Walked  217/7
want  11/22 14/19 17/25 19/13
...
wanted  ...
warranties  54/15
warranty  ...
washed  ...
Washington  97/1
wasn't  ...
water  ...
Wave  ...
waves  ...
way  ...

ways  28/16 152/12
we'll  33/2 33/3 71/6 82/24
169/1 174/16 182/7 213/5
213/19 215/19 222/20 237/2
247/2 252/15 252/18 265/15
268/7 269/25 277/8
we've  15/7
web  63/19 63/21 228/25
229/20 248/20 249/9 249/12
249/13 249/15 249/18 249/22
week  33/13
weeks  72/17 73/2 255/20
255/21 255/22 256/4 256/20
257/1
weight  89/16 129/3
welcome  71/5
well  14/9 15/8 26/6 31/19
33/15 36/1 36/20 40/4 42/9
44/8 45/14 53/13 53/16
54/23 55/14 56/1 56/6 67/13
70/25 72/13 72/14 73/20
74/20 79/5 82/9 86/5 93/20
100/15 102/3 104/2 107/9
...
went  ...
were  ...

**W**

weren't  25/21 67/6 231/5
West  5/10
what's  14/22 15/12 16/14
30/23 31/1 32/3 40/2 102/2
110/12 116/19 123/3 123/3
125/10 126/12 126/4 128/7
128/9 145/11 146/5 150/12
155/15 168/12 203/17 204/13
206/1 207/10 230/9 235/23
289/5
whatever  143/7 257/3 258/1
253/16
whatsoever  257/16
when  8/2 9/20 10/13 14/10
17/11 17/12 17/14 17/16
17/20 17/22 17/22 17/25
18/3 18/4 18/8 18/10 19/24
21/23 23/6 23/7 23/18 23/20
23/25 29/5 35/15 35/22
36/11 36/21 40/11 44/10
44/14 47/20 47/21 48/23
50/17 51/6 51/25 52/7 51/18
55/3 55/11 55/12 55/22
56/12 59/11 59/14 59/21
60/6 60/8 61/23 64/8 66/10

whenever  101/13 35/13
where

wh6 [mostly illegible]

256/7 258/12 258/22 262/2
262/19 265/13 265/14 267/15
276/6 280/17 282/7 289/24
290/21 291/7
WHEREOF  297/15
WHEREUPON  5/1 33/21 63/25
70/1 71/7 83/1 106/2 113/6
115/15 134/24 170/19 175/6
175/10 175/24 179/18 191/17
201/23 215/5 220/23 253/19
253/23 263/24 270/2 280/22
281/10 292/10
wherewithal  238/20
whether  42/10 48/4 75/21
75/24 76/3 79/25 84/13 85/8
88/10 88/16 91/7 92/1 92/21
95/22 99/10 99/17 100/7
100/19 101/2 101/12 106/23
107/1 107/22 109/4 112/8
125/5 125/6 133/19 154/7
156/11 136/8 143/19 152/22
161/7 161/11 161/14 165/22
167/1 181/6 185/21 189/17
189/22 195/11 196/23 204/5
214/9 218/11 226/9 232/4
276/21 276/25 282/19 286/15
294/13
which  7/18 9/18 10/16 11/20
14/18 11/24 15/10 24/14

while [mostly illegible]

white [mostly illegible]

who [mostly illegible]

165/4 183/12 184/12 184/13
191/4 197/1 198/2 207/17
208/1 209/10 214/1 219/16
226/8 226/12 229/4 233/14
234/2 244/8 250/14 257/4
258/17 259/8 259/15 259/16
269/9 271/13 271/13 271/15
271/18 271/21 271/24 272/2
274/3 274/5 276/10
who's  52/23 53/11 85/25
214/3 226/17 248/10 276/9
277/2
whoever  240/2
whole  30/19 55/14 68/12 69/8
123/3 158/24 165/15 165/16
212/25 213/4 226/19 255/5
256/6 261/11 261/12 271/22
287/15
wholesale  234/14
whom  247/3 247/11
whose  51/10
why  18/13 37/23 43/22 43/21
66/16 76/25 77/3 85/14
85/15 107/23 106/5 107/8
118/7 118/24 122/10 134/19
136/21 137/10 150/10 166/20
175/4 179/12 179/23 184/24
185/10 205/23 206/22 216/21
212/1 213/8 213/10 213/4
222/13 226/15 215/17 226/25
26/17
wide [illegible]
wider  11/6 15/22
width  3/21
WILKINS  [illegible]
will [mostly illegible]

willing [illegible]
wind  191/4
wings  197/21
winter  10/3 [illegible]
wish  25/17
within [illegible]

without [mostly illegible]

witness [mostly illegible]

woman [illegible]
won't [illegible]
wood [illegible]
word [illegible]
wording [illegible]
words [illegible]

**W**

**work**  9/8 22/9 22/10 22/11
22/12 22/15 22/23 30/20
35/19 37/16 43/24 49/25
67/9 67/15 68/8 69/12 110/2
113/12 148/3 153/8 157/5
171/5 172/16 173/18 184/13
213/4 213/22 220/8 243/7
248/15 257/10 268/19
**worked**  9/17 22/14 49/23
49/25 170/9 208/1 210/4
280/6 260/8 260/10
**working**  24/6 41/21 55/14
93/14 158/22 260/2 260/4
278/1
**works**  46/19 233/23
**world**  153/3 207/2
**would**  7/4 7/22 11/11 15/11
17/2 18/1 19/21 21/17 22/21
[remainder illegible]

230/10 230/11 231/8 231/13
236/17 237/16 238/14 241/11
242/20 242/24 243/6 244/18
244/20 244/21 244/23 245/6
245/17 245/20 245/20 249/3
250/11 253/5 253/7 255/11
256/14 257/2 257/4 257/6
257/7 257/11 257/17 258/11
259/14 259/20 262/7 265/7
265/24 266/24 270/4 278/3
279/12 282/25 283/10 285/15
285/18 288/5 289/22 292/18
294/4
**wouldn't**  40/25 56/22 67/5
70/20 164/16 179/4 179/5
210/21
**wrapped**  262/1
**wraps**  151/1
**Wright**  274/14 274/16 275/18
**write**  277/12 299/5 300/5
301/5
**writing**  47/2 210/18 245/2
250/23
**written**  26/17 52/14 52/15
92/13 210/22 211/13 225/16
228/9 228/10 258/1 258/11
265/5 275/17 277/5 293/24
**wrong**  [illegible] 212/8
212/22 261/15 261/20
**wrote**  187/1 202/15 211/25
251/24

**X**

**Xerox**  [illegible]

**Y**

**yacht**  [illegible]
**Yachts**  [illegible]
**Yamaha**  [illegible]
**Yamaha's**  [illegible]
**yeah**  [illegible]
**year**  [illegible]
**year-and-a-half**  [illegible]
**years**  [illegible]
**yellow**  [illegible]
**yes**  [illegible]

**yesterday**  [illegible]
**yet**  [illegible]
**you'd**  [illegible]
**you'll**  [illegible]
**you're**  [illegible]

**Y**

**you've** 218/8
**young** 1/21 260/4 296/6
 296/16 297/6 297/21
**your** 5/7 5/9 5/22 5/24 6/1
 6/4 6/12 9/1 9/10 13/21
 13/21 14/20 14/22 19/14
 19/24 20/16 22/3 23/7 25/25
 30/21 32/22 32/24 36/4 38/4
 56/14 58/11 62/15 63/11
 63/22 64/24 68/14 69/20
 72/6 72/25 73/16 74/13 75/8
 76/10 76/21 77/10 78/4 81/9
 85/1 89/7 91/1 93/25 98/9
 100/24 104/13 105/3 105/8
 105/24 107/16 107/18 110/2
 112/9 115/8 117/6 118/22
 121/8 122/10 122/11 122/22
 122/25 123/23 126/20 127/9
 129/8 131/10 134/3 134/20
 134/21 140/6 145/16 145/18
 147/18 147/22 155/21 158/18
 161/21 162/7 162/11 162/25
 164/19 164/21 166/24 167/1
 171/17 175/2 175/1 181/19
 187/2 188/4 188/25 193/10
 193/22 194/1 206/21 207/10
 212/11 214/16 214/19 219/8
 219/11   214 222/1 222/11
 222/21 222/21 223/20 223/10
 225/1   225/11   226/12 226/25
 227/13   227/23   232/16 234/21
 234/24   235/13   234/23 235/2
 235/11   235/12   235/13 235/25
 236/11   235/11   236/20 236/22
 236/1   236/16   241/11 242/5
 242/4   243/13   245/2 247/18
 248/14   249/16   251/1 251/23
 272/13   273/24   274/1 274/19
 274/24   274/9   275/10 274/11
 274/25   279/5   279/11 275/21
 279/10   275/2   274/3 274/24
 274/16   276/1
**yourself** 16/9   237/16
 240/24   271/8   275/9
**yourselves** 137/2