IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MAVERICK BOAT COMPANY, INC., )
)
Plaintiff, )
)
vs. ) Civil Action No. 02-14102-CIV-
) MIDDLEBROOKS/LYNCH
AMERICAN MARINE HOLDINGS, INC., )
)
Defendant. )
_____ )

### SATISFACTION OF JUDGMENT

THAT, **AMERICAN MARINE HOLDINGS, INC.**, the undersigned, does hereby acknowledge receipt of payment in full of the judgment contained in each of those certain Orders on Motions for Attorneys' Fees and Costs executed by the Honorable Donald M. Middlebooks, United States District Judge, dated September 16, 2004, and June 12, 2006, respectively, and filed in the United States District Court, Southern District of Florida, Case Number 02-14102-CIV-MIDDLEBOOK/Lynch, entered in favor of AMERICAN MARINE HOLDINGS, INC., the Defendant, whose address is 1520 Suncoast Boulevard, Homosassa, Florida  32646, and against **MAVERICK BOAT COMPANY, INC.**, the Plaintiff, and does hereby direct the Clerk of the Court to satisfy and discharge of record the said judgment.

**AMERICAN MARINE HOLDINGS, INC.**

By: _____
F. Steven Herb, Esquire
Nelson Hesse
Attorneys for American Marine Holdings, Inc.
2070 Ringling Boulevard
Sarasota, FL  34237
(941) 366-7550
Fax:  (941) 955-3708



## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished to the following counsel of record for Defendant by depositing the same in the U.S. mail, first class mail and postage pre-paid, this __16th__ day of August 2006:

> F. Steven Herb, Esq.
> Nelson Hesse
> 2070 Ringling Boulevard
> Sarasota, FL  34237
>
> Robert W. Zelnick, Esq.
> Carrie Shufflebarger, Esq.
> McDermott, Will & Emery
> 600 13th Street, N.W., Suite 1200
> Washington, D.C.  20005-3096

*[signature: Thomas W. Tierney]*
Thomas W. Tierney
Rossway, Moore & Taylor
Attorneys for Plaintiff
5070 North Highway A-1-A,
Suite 200
Vero Beach, Florida 32963
(772) 231-4440
Fax (772) 231-4430
ttierney@verobeachlawyers.com
Fla. Bar No.: 0390150

2